EXHIBIT "N"

MAY v 6 2005



**AMPER, POLITZINER & MATTIA** P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0200

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719

(732) 919-1400
FAX (732) 919-6230

Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheets of PITTRA G. B. International, Inc. as of September 30, 2004 and 2003, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2004 and 2003, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 22, 2004
Wall, New Jersey

Case Case 2:06-cv-03848-DMC-MCA Document 45-5 1-5 Filed Filed 10/05/2006 Page 26 of 26

# PITTRA G. B. INTERNATIONAL, INC.

### Balance Sheet
### September 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| **Current assets:** |  |  |
| Cash | $86,198 | $24,237 |
| Accounts receivable |  |  |
| Direct sales | 6,696,242 | 4,595,298 |
| Indirect sales | 209,834 | 836,096 |
| Other accounts receivable | 262,896 | 350,748 |
| Inventory | 967,298 | 491,763 |
| Prepaid income | 0 | 47,284 |
| Prepaid expenses | 36,781 | 27,636 |
| Total current assets | 8,259,249 | 6,373,062 |
| Equipment | 53,693 | 56,843 |
| Goodwill | 500,000 | 500,000 |
| Total assets | $8,812,942 | $6,929,905 |
| **Current liabilities:** |  |  |
| Credit line payable | $3,747,688 | $2,736,327 |
| Current maturity of long term debt | 166,667 | 0 |
| Accounts payable | 1,369,643 | 1,298,683 |
| Accrued expenses | 381,903 | 576,045 |
| Total current liabilities | 5,665,901 | 4,611,055 |
| Long term debt, less current maturities | 305,342 | 0 |
| Subordinated loans | 542,748 | 542,748 |
| Total liabilities | 6,513,991 | 5,153,803 |
| **Stockholder equity** |  |  |
| Capital stock | 15,000 | 15,000 |
| Additional paid in capital | 2,039,185 | 1,539,185 |
| Retained earnings | 244,766 | 221,917 |
| Total stockholder equity | 2,298,951 | 1,776,102 |
| Total liabilities and equity | $8,812,942 | $6,929,905 |

## PITTRA G. B. INTERNATIONAL, INC.
### Statements of Income and Retained Earnings
### For the Years Ended September 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| **Sales** | | |
| Direct | $49,785,362 | $32,154,064 |
| Brokered | 5,735,179 | 11,793,765 |
| Total sales | 55,520,541 | 43,947,829 |
| **Cost of sales** | | |
| Direct | 47,416,789 | 29,911,183 |
| Brokered | 5,527,316 | 11,218,760 |
| Total cost of sales | 52,944,105 | 41,129,943 |
| Operating income | 2,576,436 | 2,817,886 |
| Selling, general, and administrative expenses | 2,551,897 | 2,803,015 |
| Income before provision for taxes | 24,539 | 14,871 |
| Provision for taxes on income | 1,690 | 2,347 |
| Net income | 22,849 | 12,524 |
| Retained earnings - beginning | 221,917 | 209,393 |
| Retained earnings - ending | $244,766 | $221,917 |

# PITTRA G. B. INTERNATIONAL, INC.
### Statement of Cash Flows
#### For the Years Ended September 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net income | $22,849 | $12,524 |
| Adjustments to reconcile net income to net cash from operating activities |  |  |
| Depreciation and amortization | 50,434 | 287,956 |
| Decrease (increase) in: |  |  |
| Accounts receivable | (1,386,830) | (191,344) |
| Inventory | (475,535) | 926,520 |
| Prepaid expenses and other current assets | (9,145) | 76,327 |
| Increase (decrease) in: |  |  |
| Accounts payable | 70,960 | (2,440,614) |
| Accrued expenses | (194,142) | (237,087) |
| Total adjustments | (1,944,258) | (1,578,242) |
| Cash flow (used in) operations | (1,921,409) | (1,565,718) |
| Cash flows from investing activities: |  |  |
| Acquisition of furniture and equipment | 0 | (25,360) |
| Cash flows (used in) investing activities | 0 | (25,360) |
| Cash flows from financing activities: |  |  |
| Net increase in credit lines payable | 1,011,361 | 1,110,943 |
| Proceeds of long-term borrowings | 500,000 |  |
| Repayment of long-term borrowings | (27,991) |  |
| Contributions to additional paid in capital | 500,000 | 300,000 |
| Cash flows provided by financing activities | 1,983,370 | 1,410,943 |
| Net change in cash | 61,961 | (180,135) |
| Cash - beginning | 24,237 | 204,372 |
| Cash - ending | $86,198 | $24,237 |
| Supplemental disclosures of cash paid: |  |  |
| Interest | $158,259 | $136,879 |

# PITTRA G. B. INTERNATIONAL, INC.
## Notes to Financial Statements

Note 1    Organization

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

Note 2    Summary of significant accounting policies

Operations

PITTRA G.B. International, Inc. (the "Company") is an importer and distributor of fruit juice concentrates. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

Use of estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Revenue Recognition

Revenue is recognized upon shipment to customers.

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

Note 2   <u>Inventory</u>

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost (determined on a specific identity basis) or market.

<u>Furniture and Equipment</u>

Furniture and equipment are stated at cost, less accumulated depreciation. Depreciation is provided over the estimated useful lives of the assets as follows:

| | | |
|---|---|---|
| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

Note 3   <u>Concentration of Cash Balances</u>

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits. The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash and equivalents.

Note 4   <u>Prepaid Expense and Other Current Assets</u>

| | <u>2004</u> | <u>2003</u> |
|---|---|---|
| Prepaid insurance | $32,031 | $21,186 |
| Prepaid - miscellaneous | 4,750 | 5,450 |
| Total | $36,781 | $27,636 |

-6-

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

**Note 5    Furniture and equipment**

|  | 2004 | 2003 |
|---|---|---|
| Equipment | $67,409 | $67,409 |
| Furniture | 8,750 | 8,750 |
|    Total | 76,159 | 76,159 |
| Accumulated depreciation | 22,466 | 19,316 |
| Net furniture and equipment | $53,693 | $56,843 |

**Note 6    Credit line payable**

The Company maintains a credit line facility with a credit line of $3,750,000. Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term of the credit facility is one year. The credit facility is secured by all assets of the Company and is personally guaranteed by the stockholders of the Company.

**Note 7    Long term debt**

In June 2004 the Company entered into a term loan for $500,000 payable over a period of three years. Payments are made in equal monthly installments of principle plus interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term loan is from the same financial institution as the credit line referred to in Note 6 and is secured with the same collateral as the credit facility.

# AMPER, POLITZINER & MATTIA P.A.

CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0700

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719

(732) 919-1400
FAX (732) 919-6230

## Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheets of PITTRA G. B. International, Inc. as of September 30, 2005 and 2004, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2005 and 2004, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 16, 2005
Wall, New Jersey

MEMBERS OF AICPA DIVISION FOR CPA FIRMS · SEC AND PRIVATE COMPANIES PRACTICE SECTIONS

# PITTRA G. B. INTERNATIONAL, INC.

Balance Sheet

September 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| Current assets: | $90,178 | $86,198 |
| Cash |  |  |
| Accounts receivable | 9,346,248 | 6,696,242 |
| Direct sales | 152,190 | 209,834 |
| Indirect sales | 214,871 | 262,896 |
| Other accounts receivable | 728,190 | 967,298 |
| Inventory | 44,189 | 36,781 |
| Prepaid expenses |  |  |
| Total current assets | 10,575,866 | 8,259,249 |
| Equipment | 43,459 | 53,693 |
| Goodwill | 500,000 | 500,000 |
| Total assets | $11,119,325 | $8,812,942 |
| Current liabilities: | $3,748,948 | $3,747,688 |
| Credit line payable | 166,667 | 166,667 |
| Current maturity of long term debt | 2,780,676 | 1,369,643 |
| Accounts payable | 783,271 | 381,903 |
| Accrued expenses |  |  |
| Total current liabilities | 7,479,562 | 5,665,901 |
| Long term debt, less current maturities | 42,621 | 305,342 |
| Subordinated loans | 542,748 | 542,748 |
| Total liabilities | 8,064,931 | 6,513,991 |
| Stockholder equity | 15,000 | 15,000 |
| Capital stock | 2,739,185 | 2,039,185 |
| Additional paid in capital | 300,209 | 244,766 |
| Retained earnings |  |  |
| Total stockholder equity | 3,054,394 | 2,298,951 |
| Total liabilities and equity | $11,119,325 | $8,812,942 |

## PITTRA G. B. INTERNATIONAL, INC.
### Statements of Income and Retained Earnings
### For the Years Ended September 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| Sales |  |  |
| Direct | $53,987,193 | $49,785,362 |
| Brokered | 1,987,204 | 5,735,179 |
| Total sales | 55,974,397 | 55,520,541 |
| Cost of sales |  |  |
| Direct | 50,812,746 | 47,416,789 |
| Brokered | 1,907,723 | 5,527,316 |
| Total cost of sales | 52,720,469 | 52,944,105 |
| Operating income | 3,253,928 | 2,576,436 |
| Selling, general, and administrative expenses | 3,196,383 | 2,551,897 |
| Income before provision for taxes | 57,545 | 24,539 |
| Provision for taxes on income | 2,102 | 1,690 |
| Net income | 55,443 | 22,849 |
| Retained earnings - beginning | 244,766 | 221,917 |
| Retained earnings - ending | $300,209 | $244,766 |

# PETRA G. B. INTERNATIONAL, INC.

## Statement of Cash Flows

### For the Years Ended September 30, 2005 and 2004

| | 2004 | 2003 |
|---|---|---|
| Cash flows from operating activities: | $55,443 | $22,849 |
| Net income | | |
| Adjustments to reconcile net income to net cash from operating activities | 10,234 | 50,434 |
| Depreciation and amortization | | |
| Decrease (increase) in: | | |
| Accounts receivable | (2,544,337) | (1,386,830) |
| Inventory | 239,108 | (475,535) |
| Prepaid expenses and other current assets | (7,408) | (9,145) |
| Increase (decrease) in: | | |
| Accounts payable | 1,411,033 | 70,960 |
| Accrued expenses | 401,368 | (194,142) |
| Total adjustments | (490,002) | (1,944,258) |
| Cash flow (used in) operations | (434,559) | (1,921,409) |
| | | |
| Cash flows from financing activities: | | |
| Net increase in credit lines payable | 1,260 | 1,011,361 |
| Proceeds of long-term borrowings | 0 | 500,000 |
| Repayment of long-term borrowings | (262,721) | (27,991) |
| Contributions to additional paid in capital | 700,000 | 500,000 |
| Cash flows provided by financing activities | 438,539 | 1,983,370 |
| Net change in cash | 3,980 | 61,961 |
| Cash - beginning | 86,198 | 24,237 |
| Cash - ending | $90,178 | $86,198 |
| Supplemental disclosures of cash paid: | | |
| Interest | $243,776 | $158,259 |

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 1.  Organization

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

Note 2  Summary of significant accounting policies

Operations

PITTRA G.B. International, Inc. (the "Company") is an importer and distributor of fruit juice concentrates. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

Use of estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Revenue Recognition

Revenue is recognized upon shipment to customers.

-5-

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

**Note 2** <u>Inventory</u>

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost (determined on a specific identity basis) or market.

<u>Furniture and Equipment</u>

Furniture and equipment are stated at cost, less accumulated depreciation. Depreciation is provided over the estimated useful lives of the assets as follows:

| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

**Note 3** <u>Concentration of Cash Balances</u>

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits. The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash and equivalents.

**Note 4** <u>Prepaid Expense and Other Current Assets</u>

|  | 2005 | 2004 |
|---|---|---|
| Prepaid insurance | $36,901 | $32,031 |
| Prepaid - miscellaneous | 7,288 | 4,750 |
| Total | $44,189 | $36,781 |

-6-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 5   Furniture and equipment

|  | 2005 | 2004 |
|---|---|---|
| Equipment | $67,409 | $67,409 |
| Furniture | 8,750 | 8,750 |
| Total | 76,159 | 76,159 |
| Accumulated depreciation | 32,700 | 22,466 |
| Net furniture and equipment | $43,459 | $53,693 |

Note 6   Credit line payable

The Company maintains a credit line facility with a credit line of $3,750,000.
Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus
3.15%.  The term of the credit facility is one year.  The credit facility is secured by all
assets of the Company and is personally guaranteed by the stockholders of the
Company.

Note 7   Long term debt

In June 2004 the Company entered into a term loan for $500,000 payable over a period
of three years.  Payments are made in equal monthly installments of principle plus
interest at the London Interbank Offering Rate (LIBOR) plus 3.15%.  The term loan is
from the same financial institution as the credit line referred to in Note 6 and is secured
with the same collateral as the credit facility.

-7-

# PITTRA G. B. INTERNATIONAL, INC.
## Notes to Financial Statements

Note 8    Operating leases

The Company leases office space at a monthly rate of approximately $3,770 plus certain expenses. The lease is for a term of five years and expires on December 31, 2008.

Note 9    Income Taxes

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

Note 10    Commitments

As of September 20, 2005  the Company had no open letters of credit.

Note 11    Retirement Plan

The Company maintains a 401(K) profit-sharing plan ("Plan").  Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company.  The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries.  For the years ended September 30, 2005 and 2004 the contribution expense was approximately $40,100 and $37,600, respectively.

# EXHIBIT "O"

RECEIVED APR 27 2005 By

Accounts receivable

PITTRA G.B. International, Inc.

March 31, 2005

| Customer | City and State | Total | Current | 30 - 59 | 60 - 89 | over 90 | Comments | Foreign |
|---|---|---|---|---|---|---|---|---|
| Ex-Cordie | California | $46,656.50 | $13,328.25 | $33,328.25 | | | | |
| Fizzy Lizzy | New York | $5,973.00 | $5,973.00 | | | | | |
| Florida Bottling Co | Florida | $87,882.40 | $58,981.20 | $28,901.20 | | | | |
| Florida Bulk Sales | Florida | $78,918.20 | $78,918.20 | | | | | |
| Florida Distillers | Florida | $44,061.00 | | $44,061.00 | | | | |
| Foremost Farms | Wisconsin | $67,667.50 | $24,901.12 | $42,766.38 | | | | |
| Fruit D'Or | Canada | $34,323.25 | $34,323.25 | | | | | $34,323.25 |
| GLCC Inc. | Michigan | $141,481.30 | $96,893.10 | $28,909.00 | $15,679.20 | | | |
| Golden Valley Foods | Vancouver, BC Canada | $181,792.40 | $92,780.00 | $89,012.40 | | | | $181,792.40 |
| Gregory Packing | New Jersey | $285,252.43 | $176,349.23 | $108,903.20 | | | | |
| Hemisphere Associated | New York | $6,552.00 | $6,552.00 | | | | | |
| Henry & Henry, Inc | New York | $72,614.57 | $50,723.45 | $21,891.12 | | | | |
| H. J. Heinz of Canada Ltd. | Leamington, ON Canada | $80,682.68 | $54,893.56 | $25,789.12 | | | | $80,682.68 |
| H. R. Nicholson Co. | Maryland | $161,652.46 | $90,871.23 | $70,781.23 | | | | |
| Ice Creamery | California | $7,275.18 | | | | $7,275.18 | $7,275.18 PACA claim to collect | |
| Integrity Beverages | Minnesota | $17,957.45 | $17,892.45 | | $65.00 | | | |
| Juice Products | Florida | $72,182.97 | $51,289.50 | $20,893.47 | | | | |
| JuicePac | Kentucky | $137,764.46 | $102,983.46 | $34,781.00 | | | | |
| Juice Tyme | Illinois | $88,982.34 | $88,982.34 | | | | | |

March 31, 2006

PITTRA G.B. International, Inc.

Accounts receivable

| Customer | City and State | Total | Current | 30 - 59 | 60 - 89 | over 90 | Comments | Foreign |
|---|---|---|---|---|---|---|---|---|
| A. Duda Sons, Inc. | Florida | $42,629.00 | $42,629.00 | | | | | |
| Abbotsford Growers | Canada | $30,958.20 | $30,958.20 | | | | | $30,958.20 |
| Algood Foods Company | Kentucky | $92,491.20 | $92,491.20 | | | | | |
| All Juice Food & Beverage Corp. | North Carolina | $105,877.54 | $80,984.34 | $24,893.20 | | | | |
| Allen Canning | Louisiana | $123,490.45 | $123,490.45 | | | | | |
| Apple Valley/Old Orchard | Michigan | $225,753.55 | $150,960.80 | $74,792.75 | | | | |
| Arome Fleurs & Fruits | Canada | $4,347.00 | | $4,347.00 | | | | $4,347.00 |
| ATYS USA. Inc. | Ohio | $57,502.92 | $19,611.80 | $37,891.12 | | | | |
| Bakemark Industries | California | $12,903.45 | $12,903.45 | | | | | |
| Bell Marketing | Illionois | $27,893.12 | $27,893.12 | | | | | |
| C&C Juice Products, Inc. | Canada | $17,301.60 | | $17,301.60 | | | | $17,301.60 |
| Carriage House Foods | New York | $329,565.64 | $187,672.30 | $141,893.34 | | | | |
| Cherry Growers | Michigan | $108,902.38 | $108,902.38 | | | | | |
| Clements Foods | Alabama | $61,744.53 | $40,763.33 | $20,981.20 | | | | |
| Country Pure Foods | Connecticut | $187,998.12 | $125,903.56 | $62,094.56 | | | | |
| Danisco | Florida | $67,512.45 | $67,512.45 | | | | | |
| Del Monte Products | Pennsylvania | $181,328.43 | $104,983.34 | $76,345.09 | | | | |
| Efco | New York | $9,622.80 | $9,622.80 | | | | | |

March 31, 2005

PITTRA G.B. International, Inc.

Accounts receivable

| Customer | City and State | Total | Current | 30 - 59 | 60 - 89 | over 90 | Comments | Foreign |
|----------|----------------|-------|---------|---------|---------|---------|----------|---------|
| Knouse Foods Cooperative | Pennsylvania | $384,470.46 | $220,981.34 | $163,489.12 | | | | |
| Lakeside Food Sales, Inc. | Illinois | $73,737.38 | $36,868.69 | $36,868.69 | | | | |
| Langer Juice Co | California | $97,893.45 | $97,893.45 | | | | | |
| Le'Nature's Inc. | Pennsylvania | $79,871.60 | $68,831.60 | $11,040.00 | | | | |
| Leahy Orchards | Canada | $11,357.52 | | $11,357.52 | | | | $11,357.52 |
| Louis Dreyfus Citrus | Florida | $167,890.34 | $167,890.34 | | | | | |
| Mastertaste | Florida | $59,504.34 | $58,909.34 | $595.00 | | | | |
| MIA Products | Pennsylvania | $3,933.06 | | $3,933.06 | | | | |
| The Minute Maid Company | Texas | $337,996.90 | $200,104.56 | $137,892.34 | | | | |
| Mott's | Connecticut | $94,897.45 | $94,897.45 | | | | | |
| Naumes | Washington | $50,002.34 | $50,002.34 | | | | | |
| Nestle USA | California | $279,774.90 | $148,901.56 | $130,873.34 | | | | |
| Northland Cranberries | Wisconsin | $28,903.34 | | $28,903.34 | | | | |
| Clement Pappas Co. | New Jersey | $305,352.80 | $180,783.46 | $124,569.34 | | | | |
| Pilgrim Foods/Old Dutch | New Hampshire | $59,486.00 | | $59,486.00 | | | | |
| Portion-Pac | Ohio | $24,785.24 | | $24,785.24 | | | | |
| Smucker Quality Beverages | Ohio | $49,798.00 | $28,904.67 | $20,893.33 | | | | |
| International Suntrade Group Inc. | Toronto, ON Canada | $60,076.29 | $31,831.28 | $28,245.01 | | | | $60,076.29 |

PITTRA G.B. International, Inc.

March 31, 2005

Accounts receivable

| Customer | City and State | Total | Current | 30 - 59 | 60 - 89 | over 90 | Comments | Foreign |
|---|---|---|---|---|---|---|---|---|
| Sunny Delight Beverages | Pennsylvania | $70.55 | | $70.55 | | | | |
| Supreme Manufacturing | New Jersey | $31,050.00 | $31,050.00 | | | | | |
| Switch Beverage Company | Pennsylvania | $118,792.22 | $61,275.30 | $57,516.92 | | | | |
| Tropicana Products | Florida | $296,205.01 | $192,783.45 | $103,421.56 | | | | |
| Valley Processing | Washington | $34,894.20 | $34,894.20 | | | | | |
| Vitality Foodservice of Canada | Canada | $18,903.48 | $18,903.48 | | | | | $18,903.48 |
| | | | | | | | | |
| Totals | | $5,977,141.34 | $3,990,001.57 | $1,964,120.39 | $15,744.20 | $7,275.18 | | $439,742.42 |
| | | | | | | | | |
| Less - foreign | | -$439,742.42 | | | | | | |
| Less - over 90 days old | | -$7,275.18 | | | | | | |
| Eligible receivables | | $5,530,123.74 | | | | | | |
| | | | | | | | | |
| Advance rate | | 80.00% | | | | | | |
| | | | | | | | | |
| Maximum loan | | $4,424,098.99 | | | | | | |
| | | | | | | | | |
| Outstanding: | | | | | | | | |
| Credit line | | $3,746,495.00 | | | | | | |
| Term loan | | $387,510.11 | | | | | | |
| | | $4,134,005.11 | | | | | | |
| | | | | | | | | |
| Excess | | $290,093.88 | | | | | | |

MAY 06 2005

# PITTRA GB International, Inc.
## Balance Sheet
### December 31, 2004

| | | |
|---|---:|---:|
| Current assets: | | |
| Cash | $82,808 | |
| Accounts receivable | | |
| Direct sales | 6,625,784 | |
| Indirect sales | 408,782 | |
| Other accounts receivable | 302,127 | |
| Inventory | 632,127 | |
| Prepaid expenses | 12,109 | |
| | | |
| Total current assets | | $8,063,737 |
| | | |
| Equipment | | 52,905 |
| | | |
| Goodwill | | 500,000 |
| | | |
| Total assets | | $8,616,642 |
| | | |
| Current liabilities: | | |
| Due to Merrill Lynch-credit line | $3,748,549 | |
| Due to Merrill Lynch-term loan current | 166,667 | |
| Accounts payable | 1,218,613 | |
| Accrued expenses | 87,228 | |
| | | |
| Total current liabilities | | $5,221,057 |
| | | |
| Other liabilities: | | |
| Due to Merrill Lynch-term loan non-current | 429,177 | |
| Subordinated loans | 542,748 | |
| | | 971,925 |
| | | |
| Total liabilities | | 6,192,982 |
| | | |
| Stockholder equity | | |
| Capital stock | 15,000 | |
| Additional paid in capital | 2,039,185 | |
| Retained earnings | 369,475 | |
| | | |
| Total stockholder equity | | 2,423,660 |
| | | |
| Total liabilities and equity | | $8,616,642 |

# PITTRA GB International, Inc.

Statement of income

For the three months ended December 31, 2004

| | | |
|---|---:|---:|
| Sales | | $11,359,902 |
| Cost of sales | | 10,692,958 |
| Gross profit | | 666,944 |
| Commission income: | | |
|   Sales value | $1,301,602 | |
|   Cost of sales | 1,242,470 | |
|    Net commission income | | 59,132 |
| Operating income | | 726,076 |
| Selling, general, and administrative expenses | | 601,367 |
| Income before provision for taxes | | $124,709 |

**Fedorski, Kimberly (MLBFS-CHI)**

| | |
|---|---|
| **From:** | Vagelatos, Aaron (ML BFS - Chicago) |
| **Sent:** | Wednesday, May 04, 2005 4:27 PM |
| **To:** | Fedorski, Kimberly (MLBFS-CHI) |
| **Subject:** | FW: December 31 2004 statements |



December 31 2004
  internal stat...            Here you go

Aaron P. Vagelatos, CPA
Sr. Credit Underwriter
Merrill Lynch Business Financial Services Inc.
222 N. LaSalle Street, 17th Floor
Chicago, IL 60601
Direct: (312) 499-3332
Fax: (312) 499-3256
aaron_vagelatos@ml.com


-----Original Message-----
From: Arthur Kupperman-PGB [mailto:akupperman@pgb-international.com]
Sent: Tuesday, February 22, 2005 10:18 AM
To: Vagelatos, Aaron (ML BFS - Chicago)
Subject: December 31 2004 statements

Sorry for the delay.


Let me know of any questions.



Best regards
Arthur Kupperman
PGB International LLC
6 South Street     Suite 301
Morristown, NJ 07960 USA
Phone   973-401-9000
Fax   973-401-9001

# PITTRA GB International, Inc.
### Balance Sheet
March 31, 2005



| Current assets: | | |
|---|---:|---:|
| Cash | $150,675 | |
| Accounts receivable | 5,977,141 | |
|    Direct sales | 276,387 | |
|    Indirect sales | 263,408 | |
|    Other accounts receivable | 981,298 | |
| Inventory | 30,904 | |
| Prepaid expenses | | |
| | | |
|    Total current assets | | $7,679,813 |
| | | |
| Equipment | | 52,905 |
| | | |
| Goodwill | | 500,000 |
| | | |
|    Total assets | | $8,232,718 |
| | | |
| | | |
| Current liabilities: | | |
|    Due to Merrill Lynch-credit line | $3,746,495 | |
|    Due to Merrill Lynch-term loan current | 166,667 | |
|    Accounts payable | 802,278 | |
|    Accrued expenses | 20,705 | |
| | | |
|    Total current liabilities | | $4,736,145 |
| | | |
| Other liabilities: | | |
|    Due to Merrill Lynch-term loan non-current | 387,510 | |
|    Subordinated loans | 542,748 | |
| | | 930,258 |
| | | |
|    Total liabilities | | 5,666,403 |
| | | |
| Stockholder equity | | |
|    Capital stock | 15,000 | |
|    Additional paid in capital | 2,039,185 | |
|    Retained earnings | 512,130 | |
| | | |
|    Total stockholder equity | | 2,566,315 |
| | | |
|    Total liabilities and equity | | $8,232,718 |

RECEIVED MAY 1 3 2005 By

# PITTRA GB International, Inc.
Statement of income
For the six months ended March 31, 2005

| | | |
|---|---:|---:|
| Sales | | $22,324,852 |
| Cost of sales | | <u>21,034,029</u> |
| Gross profit | | 1,290,823 |
| Commission income: | | |
|   Sales value | $1,637,204 | |
|   Cost of sales | <u>1,574,172</u> | |
|     Net commission income | | <u>63,032</u> |
| Operating income | | 1,353,855 |
| Selling, general, and administrative expenses | | <u>1,086,491</u> |
| Income before provision for taxes | | <u>$267,364</u> |