George R. Hirsch (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P.O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

RECEIVED
WILLIAM T. WALSH, CLERK

2006 OCT -6  P 1: 19

UNITED STATES
DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MERRILL LYNCH BUSINESS
FINANCIAL SERVICES INC.,

           Plaintiff,

vs.

ARTHUR KUPPERMAN, E. ROSS
BROWNE, PAULETTE KRELMAN
and PGB INTERNATIONAL, LLC,

           Defendants.

06 Civ. 4802 (DMC)

### WRIT OF ATTACHMENT

**To United States Marshals Service For
The District Of New Jersey**

YOU ARE COMMANDED TO IMMEDIATELY ATTACH THE FOLLOWING:

Property of Defendant PGB International, LLC to the extent of $4,139,146.78 to

satisfy the complaint of Plaintiff in the above-entitled action and the Order of this Court,

including but not limited to Defendant PGB International, LLC's interests in the following:

(1) All personal property maintained at 6 South Street, Morristown, New Jersey or 123 Madison Avenue, Madison, NJ; and

(2) Any and all bank accounts, including any maintained at JP Morgan Chase Bank.

YOU ARE FURTHER COMMANDED to retain the funds and property so attached so that such funds may be subject to further proceedings in this Court.

YOU ARE FURTHER COMMANDED to make a true return of this writ showing the manner and extent of execution.

This Writ is entered by Order of the Honorable _DENNIS M. CAVANAUGH,_ United States District Judge of the United States District Court for the District of New Jersey, dated October ___6th___, 2006.

# WILLIAM T. WALSH

Clerk of the Court

Dated: October 6th, 2006

By: _____

Scott P. Creegan, Deputy Clerk