**SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**
Vincent F. Papalia (VP1418)
Mark A. Roney (MR1931)
One Gateway Center-13th Floor
Newark, New Jersey 07012
Telephone: (973) 622-3333
Facsimile (973) 622-3349

Counsel for Defendant E. Ross Browne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC, <br><br> Defendants. | Case No. 06-4802 (DMC) |

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR SERVICE OF PAPERS**</u>

   PLEASE TAKE NOTICE that the undersigned attorneys hereby appear in the

above-captioned case on behalf of defendant E. Ross Browne and kindly request that all notices

and pleadings given or filed in this case be given and served upon:

William F. Maderer, Esq.
Vincent F. Papalia, Esq.
Mark A. Roney, Esq.
Saiber Schlesinger Satz & Goldstein, LLC
One Gateway Center - 13th Floor
Newark, New Jersey 07102
(973) 622-3333 (Telephone) / (973) 622-3349 (Telecopier)
wfm@saiber.com
vfp@saiber.com
mar@saiber.com

{00456841.DOC}

PLEASE TAKE FURTHER NOTICE THAT, the foregoing request includes not only the notices and papers referred to above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telecopier, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

                Respectfully submitted,

                **SAIBER SCHLESINGER**
                **SATZ & GOLDSTEIN, LLC**
                One Gateway Center - 13th Floor
                Newark, New Jersey 07102
                (973) 622-3333 (Telephone)
                (973) 622-3349 (Telecopier)

                By: <u>s/ Vincent F. Papalia</u>
                     VINCENT F. PAPALIA

DATED: October 12, 2006

## CERTIFICATE OF SERVICE

I, Mark A. Roney, an attorney at law in the State of New Jersey, hereby certify that on October 12, 2006, I caused copies of the foregoing Notice of Appearance be served via regular mail upon the following parties:

George R. Hirsch, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703

Frederick B. Polak, Esq.
Post, Polak, Goodsell, MacNeill & Strauchler, P.A.
425 Eagle Rock Avenue - Suite 200
Roseland, New Jersey 07068-1717

I certify that the foregoing statements made by me are true.  I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment.

s/ Mark A. Roney
MARK A. RONEY

{00456841.DOC}