HERRICK, FEINSTEIN LLP
Andrew C. Gold (AG - 4875)
Paul Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC, <br><br> Defendants. | <u>CIVIL ACTION</u> <br><br> Civil Action No. 06-4802 (DMC) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Herrick, Feinstein LLP appears herein as counsel for JPMorgan Chase Bank, N.A. and requests that all notices in this case be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of copies of all papers, including but not limited to pleadings, motions, or other papers filed in the above-captioned case by mailing one copy of each, unless otherwise directed by the Court, to the following:

John M. August, Esq.
Herrick, Feinstein LLP
One Gateway Center
Newark, New Jersey  07102
jaugust@herrick.com

        HERRICK, FEINSTEIN LLP
        Attorneys for JPMorgan Chase Bank, N.A.

By: /s/ John M. August
     John M. August
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000

Dated: October 13, 2006
       Newark, New Jersey