

Crystal Pruden
2000 Westchester Ave
Purchase, NY 10577

*Law Division*

Phone (914) 225-5628
Fax (914) 750-0331
Crystal.Pruden@morganstanley.com

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 OCT 13  P 2: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. <br><br> Plaintiff, <br> Vs. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC <br> Defendant. <br><br> MORGAN STANLEY <br><br> Garnishee | ANSWER TO WRIT OF ATTACHMENT <br><br> Case no. 2:06-cv-04802-DMC-MF |

ANSWER AND DISCLOSURE OF MORGAN STANLEY.

Comes now, Morgan Stanley, the garnishee herein, and by way of Answer to the Writ of Attachment, herein, alleges and avers as follows:

1.) After a search of our database using the information provided on the Writ of Attachment, Morgan Stanley found one account open for the defendant, Paulette Krelman.

2.) Account 127 071436 is a Trust account and has a balance of $398,554.00 and was restrained on October 10, 2006 until further order of the court. Please note that the account may fluctuate due to market conditions.

3.) Morgan Stanley is aware of no other party or individual indebted to the above mentioned Defendant.

4.) Morgan Stanley could not locate any other accounts registered to the defendants.

By: *[signature]*
Crystal Pruden