**Morgan Stanley**

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 OCT 13  P 2: 03

**Crystal Pruden**
2000 Westchester Ave
Purchase, NY 10577

*Law Division*
*Paralegal*

October 10, 2006

United States Courthouse District Court
50 Walnut Street
Newark, New Jersey 07102

    Re:    Merrill Lynch et. al.

To Whom It May Concern:

    Enclosed please find an Answer to Writ of Attachment.

Thank you for your anticipated cooperation to this matter.

                                      Very truly yours,

                                      Crystal Pruden

cc:

Bressler, Amery & Ross
P.O. Box 1980
Morristown, New Jersey 07962