George R. Hirsch (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P.O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 OCT 16 P 3: 09

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC,<br><br>Defendants. | 06 Civ. 4802<br><br>**SUPPLEMENTAL**<br><br>**ORDER FOR ATTACHMENTS** |

**THIS MATTER**, having been opened to the Court by Bressler, Amery & Ross, attorneys for the Plaintiff, the Court having previously issued an Order for Attachment on October 6, 2006, the terms of which are incorporated herein by reference, and it appearing that Defendant Arthur Kupperman maintains an interest in real property located at 10 Briar Court, Hamburg, New Jersey, and it further appearing that said property, while not individually identified in this Court's prior Order of October 6, 2006 is subject to the attachments previously imposed by this Court, and it further appearing that during the course of this litigation, Plaintiffs may discover additional real property

located within the State of New Jersey owned by one or more of the Defendants, which are subject to the attachments;

It is on this /6 day of October 2006, Ordered that:

1. Any interest of any Defendant in real property located in the State of New Jersey, including Defendants' Defendant Arthur Kupperman's interests in the real property located at 10 Briar Court, Hamburg, New Jersey, is subject to the prior Order for Attachment of this Court entered October 6, 2006 and the Writs of Attachment issued by the Clerk of the this Court on October 6, 2006.

2. The Clerk of the Court is immediately directed to issue the any such Supplemental Writ of Attachments as may be requested by Plaintiff consistent with this Order.

_____ USMJ for
Hon. Dennis M. Cavanaugh, U.S.D.J.