George R. Hirsch (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P.O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC, <br><br> Defendants. | 06 Civ. 4802 |

## **WRIT OF ATTACHMENT**

### To United States Marshals Service For
### The District Of New Jersey

YOU ARE COMMANDED TO IMMEDIATELY ATTACH THE FOLLOWING:

Property of Defendant Paulette Krelman to the extent of $4,139,146.78 to satisfy the complaint of Plaintiff in the above-entitled action and the Order of this Court, including but not limited to Defendant Paulette Krelman's interests in the following:

(1) Any and all bank accounts, including any maintained at Wachovia Bank;

(2) Any and all accounts maintained at Smith Barney;

(3) Any and all accounts maintained at Commerce Bank;

(4) Any and all accounts maintained at Dean Witter;

(5) Any and all interests in PGB, LLC;

(6) Any and all real property including that located at 43 Hampshire Drive, Mendham, New Jersey;

(7) Any stock interests in PITTRA G.B. International, LLC.

YOU ARE FURTHER COMMANDED to retain the funds and property so attached so that such funds may be subject to further proceedings in this Court.

YOU ARE FURTHER COMMANDED to make a true return of this writ showing the manner and extent of execution.

This Writ is entered by Order of the Honorable Dennis M. Cavanaugh, United States District Judge of the United States District Court for the District of New Jersey, dated October 6, 2006.

**WILLIAM T. WALSH**
Clerk of the Court

Dated: October 16, 2006         By: [signature] Charlie Sanders
                                    Deputy Clerk