# POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.

COUNSELLORS AT LAW

425 EAGLE ROCK AVENUE – SUITE 200
ROSELAND, NEW JERSEY 07068-1717

(973) 228-9900
FAX (973) 994-1705

NEW YORK OFFICE
SUITE 1006
575 MADISON AVENUE
NEW YORK, NY 10022
(212) 486-1455

JOHN N. POST
JAY SCOTT MacNEILL †
FREDERICK B. POLAK *
ROBERT A. GOODSELL
PAUL D. STRAUCHLER *
DAVID L. EPSTEIN
LAUREN KOFFLER O'NEILL † •
STEVEN C. ROTHER
─────
LORETTA B. CRITCHLEY ††
THOMAS J. PYLE, JR. *
DOUGLAS J. SHERMAN *
MICHAEL J. OVSIEVSKY *
PATRICIA M. WASON ▲
LAURA M. LOGIUDICE *
DEBRA J. SURGAN
MICHAEL J. KONTOS *

MARY H. POST
DAVID A. LEWIS
HOLLY ENGLISH ‡
LINDA PICKERING
LINDA G. O'CONNELL *
OF COUNSEL

† CERTIFIED CIVIL TRIAL ATTORNEY
* NJ AND NY BAR
†† NJ AND PA BAR
‡ NJ AND MA BAR
• NJ, NY AND MA BAR
▲ NJ, NY AND OH BAR

REPLY TO ROSELAND OFFICE

October 26, 2006

**Via Electronic Delivery**

Honorable Dennis M. Cavanaugh, J.S.C.
United States District Court
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Merrill Lynch v. Krelman, et al.
     Docket No.: 06-4802 (DMC)
     PPGMS File No.: 3958-02

Dear Judge Cavanaugh:

  This firm represents the defendant Paulette Krelman in this action. In accordance with Your Honor's rulings this morning, we attach a proposed form of Order. Should the Court require any further information, we would be pleased to provide it.

  We thank the Court for its consideration of this Order.

         Respectfully submitted,

         POST, POLAK, GOODSELL, MacNEILL & STRAUCHLER, P.A.


         /s/ Frederick P. Polak
FBP:dmf         Frederick B. Polak
cc: A. Michael Covino, Esq. (via telefax 973-379-7734)
   Vincent F. Papalia, Esq. (via telefax 973-622-3349)
   George R. Hirsch, Esq. (via telefax 973-514-1660)
   John M. August, Esq. (via telefax 973-274-2500)
   James A. Scarpone, Esq. (via telefax 973-648-0152)