George R. Hirsch (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P. O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Defendants. | 06 Civ. 4802 (DMC) <br><br> NOTICE OF MOTION FOR SUMMARY JUDGMENT ON THE FOURTH COUNT OF THE VERIFIED COMPLAINT AND FOR CERTIFICATION OF JUDGMENT AS FINAL |

TO: ALL PERSONS ON THE ATTACHED SERVICE LIST

COUNSEL:

PLEASE TAKE NOTICE that on Monday, November 27, 2006 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Merrill Lynch Business Financial Services Inc. ("MLBFS"), by and through its attorneys, Bressler, Amery & Ross, P.C., shall move before the Honorable Dennis M. Cavanaugh, U.S.D.J., at the United States District Court for the District of New Jersey, 451 U.S. Post Office and Courthouse Building, Federal Square, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P.

56 granting MLBFS summary judgment on the Fourth Count of its Verified Complaint against Defendants Arthur Kupperman, E. Ross Browne, and Paulette Krelman and for certification of the judgment as final pursuant to Fed. R. Civ. P. 54(b).

In support of this motion, MLBFS shall rely upon: (i) the Local Civil Rule 56.1 Statement of Material Facts and Brief submitted herewith; (ii) the October 25, 2006 Declaration of George R. Hirsch and the Verified Complaint, both previously filed; and (iii) the Declaration of Catherine L. Briick submitted herewith.

A proposed form of Order is also submitted herewith.

BRESSLER, AMERY & ROSS, P.C.<br>
Attorneys for Plaintiff<br><br>
By: _____<br>
George R. Hirsch

DATED: November 1, 2006

# SERVICE LIST

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-7734

*Attorneys for Defendants Arthur Kupperman and PGB International, LLC*

Vincent F. Papalia, Esq.
Saiber Schlesinger Satz & Goldstein, LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311

*Attorneys for Defendant E. Ross Browne*

Frederick B. Polak, Esq.
Post, Polak, Goodsell, MacNeill, & Strauchler, P.A.
425 Eagle Rock Avenue, Suite 200
Roseland, New Jersey 07068

*Attorneys for Defendant Paulette Krelman*

John M. August, Esq.
Herrick, Feinstein LLP
One Gateway Center
Newark, New Jersey 07102

*Attorneys for J.P. Morgan Chase Bank, N.A.*

John P. Gleason, Esq.
Gleason & Koatz, LLP
230 Park Avenue
New York, New York 10169

*Attorneys for Empresas Lourdes, S.A.*

James A. Scarpone, Esq.
Scarpone Staiano & Savage
744 Broad Street, Suite 1901
Newark, New Jersey 07102

*Attorneys for Chapter 7 Trustee
of the Bankruptcy Estate of PITTRA G.B. International, Inc.*