George R. Hirsch, Esq. (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P. O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Defendants. | Civil Action No: 06 Civ. 4802 (DMC) <br><br> **DECLARATION OF CATHERINE L. BRIICK In SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COUNT FOUR OF VERIFIED COMPLAINT** |

**CATHERINE L. BRIICK,** of full age, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am a Vice President with the Special Handling unit at Merrill Lynch Business Financial Services Inc. ("MLBFS").

2. The amount owed to MLBFS by PITTRA G.B. International, Inc. (exclusive of collection costs) as of the close of business on October 30, 2006 was $4,179,059.54 calculated as follows:

WCMA Line of Credit:

```
    Principal           $3,803,138.55
    Accrued Interest    +  26,838.39
                                         3,829,976.94
            5% late charge    + 188,822.76
                                                    4,018,799.70

Term Loan: Principal        $149,572.53
           Accrued Interest +   3,208.68
                                         152,781.21
            5% late charge    +   7,478.63
                                                      +160,259.84
                                                    $4,179,059.54
```

3.   Pursuant to the loan documents, the unpaid principal balance of each loan accrues interest at a rate equal to the sum of (i) 3.15% per annum and (ii) the one-month London Interbank Offered Rate ( generally known as "LIBOR") published from time to time in the "Money Rates" section of *The Wall Street Journal.*

I declare under penalty of perjury that the foregoing is true and correct.

*Catherine L. Briick* (signature)
Catherine L. Briick

Dated: October 31, 2006