HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., <br><br> Defendants, <br><br> and <br><br> JOHN DOES (1-10) and ABC CORPORATIONS (1-10), <br><br> Additionally Defendants on the Crossclaim. | <u>CIVIL ACTION</u> <br><br> Civil Action No. 06-4802 (DMC) <br><br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for JPMorgan Chase Bank, N.A., certifies that JPMorgan Chase Bank, N.A. is a wholly owned banking affiliate of JPMorgan Chase & Co. and there is no publicly held corporation that owns 10% or more of its stock.

HERRICK, FEINSTEIN LLP
Attorneys for JPMorgan Chase Bank, N.A.

By: _____
Paul H. Schafhauser

Dated: November 8, 2006

HF 3434330v.1 #04055/0002 11/08/2006 11:30 AM