HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants,<br><br>and<br><br>JOHN DOES (1-10) and ABC CORPORATIONS (1-10),<br><br>Additionally Defendants on the Crossclaim. | <u>CIVIL ACTION</u><br><br>Civil Action No. 06-4802 (DMC)<br><br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 201.1** |

JPMorgan Chase Bank, N.A., through its undersigned counsel, hereby certifies that the damages recoverable in this action exceed $150,000, exclusive of interest, costs and any claim for punitive damages.

HERRICK, FEINSTEIN LLP
Attorneys for JPMorgan Chase Bank, N.A.

By: _____
Paul H. Schafhauser

Dated: November 8, 2006