FREDERICK B. POLAK, ESQ.
POST, POLAK, GOODSELL, MacNEILL & STRAUCHLER, P.A.
425 Eagle Rock Avenue – Suite 200
Roseland, New Jersey 07068-1717
TEL: (973) 228-9900  FAX: (973) 994-1705
Attorneys for Defendant Paulette Krelman

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. | Civil Action No. 06 Civ. 4802 (DMC) |
| | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | |
| | **Motion Returnable: December 11, 2006** |
| vs. | |
| | **NOTICE OF CROSS MOTION TO** |
| ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC, and JPMorgan Chase Bank, N.A. | **DISMISS/FOR SUMMARY JUDGMENT** |
| | **Document Electronically Filed** |
| Defendants. | |

**TO:**   George R. Hirsch, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
Counsel for Plaintiff, Merrill Lynch Business Financial Services, Inc.

William F. Maderer, Esq.
Vincent F. Papalia, Esq.
Mark A. Roney, Esq.
Saiber, Schlesinger, Satz & Goldstein, LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102
Counsel for Defendant, E. Ross Browne

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-2703
Counsel for Defendants, Arthur Kupperman and PGB International, LLC

1

John M. August, Esq.
Herrick Feinstein
One Gateway Center
Newark, New Jersey 07102
Counsel for JP Morgan Chase Bank, N.A.

**SIRS:**

**PLEASE TAKE NOTICE** that on December 11, 2006, at 9:30 a.m. or as soon thereafter as counsel may be heard, defendant, Paulette Krelman, by and through her attorneys, Post, Polak, Goodsell, MacNeill & Strauchler, P.A. (Frederick, B. Polak, Esq. appearing), shall join in the Cross Motion to Dismiss/For Summary Judgment filed by defendants Arthur Kupperman and PGB International, LLC against plaintiff, Merrill Lynch Business Financial Services, Inc. before the Honorable Dennis M. Cavanaugh, U.S.D.J., at the United States Courthouse, 451 U.S. Post Office Courthouse Building, Federal Square, Newark, New Jersey.

**PLEASE TAKE FURTHER NOTICE** that defendant Paulette Krelman shall rely upon the documents filed by defendants Arthur Kupperman and PGB International, LLC.

                POST, POLAK, GOODSELL, MACNEILL
                & STRAUCHLER, P.A.
                Attorneys for Defendant Paulette Krelman

November 29, 2006        By: ___s/Frederick B. Polak_____
                                      Frederick B. Polak

2
H:\HOME\LML\KRELMAN\OPPOSITION TO SJ COUNT FOUR\Cross Motion 11.29.06.Doc