BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER+
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALLMADGE+
EDWIN A. ZIPF+
GEORGE R. HIRSCH*
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK F. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALD+
LAWRENCE E. FENSTER△
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN*
DIANA C. MANNING*
BENNETT FALK°
KEITH OLIN◻
ALEX J. SABO◻
FRANK J. CUCCIO*
ANDREW W. SIDMAN△
RICHARD C. SZUCH+
JED L. MARCUS*

OF COUNSEL
RICHARD R. SPENCER, JR.+

COUNSEL
KENNETH M. MOLTNER△
MICHAEL J. CONNOLLY+
FELICIA L. GARLAND+

BERNARD BRESSLER
(1928-2005)

# BRESSLER, AMERY & ROSS, P.C.
## ATTORNEYS AT LAW

P.O. BOX 1980
MORRISTOWN, NJ 07962
(973) 514-1200
FAX: (973) 514-1660

HAND DELIVERY:
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

www.bressler.com

NEW YORK OFFICE
17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

DANIEL R. KORB, JR+
RICHARD J. TEER*
MICHAEL S. RUBIN+
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
KALMAN G. MAGYAR*
JILL E. DOKSON◻
ROBIN C. STEPHAN△
CHRISTIAN D. JOHNSON+
STEVEN G. HEMMERT◻
RONALD J. CAMPIONE*
ANGELA M. SCAFURI+
SEAN C. CALLAHAN*
DENNISE S. MULVIHILL*
COREN H. STERN°
SETH V. ALHADEFF◻
JASON L. SMITH+
DAVID J. BUTLER*
BENJAMIN J. DiLORENZO+
DIANA C. CAMPBELL△
DAVID G. SMITHAM*
DOUGLAS B. LIPSKY*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
DENNIS E. KADIAN*
REGINA PEPE MARTORANA*
EDWARD D. TAN+
DIANA M. HEDRICK◻
CHRISTOPHER G. MASSEY*
JACQUELYN R. TRUSSELL*
SMIT KAPADIA*
MATTHEW E. WOLPER◻
RISA M. DAVID+
ANDREW M. GREENIDGE◻
KIRSTIN K. O'CALLAGHAN*

*ADMITTED IN NJ AND NY
+ADMITTED IN NJ
△ADMITTED IN NY
◻ADMITTED IN FL
°ADMITTED IN FL AND NY

WRITER'S DIRECT INFORMATION:

December 4, 2006

## VIA ELECTRONIC FILING AND FIRST CLASS MAIL

Clerk
United States District Court
District of New Jersey
M.L. King Jr. Building & U.S. Courthouse
50 Walnut Street
Room 4040
Newark, New Jersey 07102

    Re:   Re:   **Merrill Lynch Business Financial Services Inc.
vs. Arthur Kupperman, et al.
Civil Action No: 06-CIV-4802 (DMC)**

**Automatic Extension Pursuant to Local Civil Rule 7.1(d)(5)**

Dear Sir/Madam:

    Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff Merrill Lynch Business Financial Services Inc. hereby invokes the automatic extension of time in which to file opposition to a dispositive motion, i.e., the "cross-motion" of Defendant JPMorgan Chase Bank, N.A. for summary judgment on its counterclaim ("Chase's Cross-motion").

Chase's Cross-motion was filed on November 27, 2006, and, if otherwise procedurally proper, would be returnable on December 11, 2006, with Plaintiff's opposition due on December 4, 2006.

Accordingly, Plaintiff hereby requests an extension of the time to respond to Chase's Cross-motion to and including December 18, 2006. The new motion date for the "cross-motion" only will be December 26, 2006.

Plaintiffs motion was not directed against Defendant JPMorgan Chase Bank, N.A. Accordingly, Chase's Cross-motion was not properly filed as a "cross-motion". It was also premature under Fed. R. Civ. P. 56(a). In addition, Chase's Cross-motion is not directed to the merits of (and is independent of) Plaintiff's motion against the guarantor Defendants and should not serve to delay determination Plaintiff's motion. Thus, the return date of Plaintiff's motion should remain December 11, 2006.

Respectfully,

George R. Hirsch

GRH\
cc: Frederick B. Polak, Esq. (via electronic and First Class Mail)
A. Michael Covino, Esq. (via electronic and First Class Mail)
John M. August, Esq. (via electronic and First Class Mail)
John P. Gleason, Esq. (via electronic and First Class Mail)
Vincent F. Papalia, Esq. (via electronic and First Class Mail)
James A. Scarpone, Esq. (via electronic and First Class Mail)