George R. Hirsch (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P. O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Defendants. | Civil Action No:  06 Civ. 4802 (DMC) <br><br><br> **DECLARATION OF CATHERINE L. BRIICK IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COUNT FOUR OF VERIFIED COMPLAINT** |

**CATHERINE L. BRIICK,** of full age, pursuant to 28 U.S.C. §1746, declares as follows:

1.     I am a Vice President with the Special Handling unit at Merrill Lynch Business Financial Services Inc. ("MLBFS").

2.     I previously submitted a Declaration to this Court in support of MLBFS's motion for summary judgment on the Fourth Count of the Verified Complaint.    In that Declaration, I stated that the amount owed to MLBFS by PITTRA G.B. International, Inc. (exclusive of collection costs)  as of the close of business on October 30, 2006 was

$4,179,059.54 calculated as follows:

<u>WCMA Line of Credit:</u>

| | | | |
|---|---|---|---|
| Principal | $3,803,138.55 | | |
| Accrued Interest | + <u>26,838.39</u> | | |
| | | 3,829,976.94 | |
| 5% late charge | | + <u>188,822.76</u> | |
| | | | 4,018,799.70 |

| | | | | |
|---|---|---|---|---|
| <u>Term Loan:</u> Principal | $149,572.53 | | | |
| Accrued Interest | + <u>3,208.68</u> | | | |
| | | 152,781.21 | | |
| 5% late charge | | + <u>7,478.63</u> | | |
| | | | +<u>160,259.84</u> | |
| | | | $4,179,059.54 | |

3.      I further stated in my prior Declaration that pursuant to the loan documents, the unpaid principal balance of each loan accrues interest at a rate equal to the sum of (i) 3.15% per annum and (ii) the one-month London Interbank Offered Rate ( generally known as "LIBOR") published from time to time in the "Money Rates" section of *The Wall Street Journal.*

4.      The statements and calculations set forth in my prior Declaration are based upon the records of MLBFS kept in the ordinary course of its business.

5.      The business records of MLBFS include a detailed loan payment and advance history for the WCMA Line of Credit from inception in 2002 through November of 2006.  A copy of that loan history is annexed hereto as Exhibit "A."  The business records also contain a detailed loan payment and advance history for the Term Loan from inception in June of 2004 through November of 2006, a copy of which is annexed hereto as Exhibit "B".

6.     The attached Exhibits track the history of advances and payments for the indebtedness in this matter.   Exhibit "A" regarding the WCMA Line of Credit also identifies monthly increases in the principal balance posted on the first business day following the previous month's end attributable to accrued interest for that prior month.

7.     The amounts due as set forth in my Declaration are higher than the amounts alleged due in paragraph 32 of the Verified Complaint.   The reason for this is that additional late fees and interest accrued between the filing of the Verified Complaint and the filing of my Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Catherine L. Briick

Dated:  November 30, 2006

# EXHIBIT "A"

# WCMA DAILY BALANCE REPORT

| | | | |
|---|---|---|---|
| 11/29/2002 | LOAN ADVANCE | $391,997.17 | $2,191,997.17 |
| 12/02/2002 | LOAN ADVANCE | $1,004.65 | $2,193,001.82 |
| 12/03/2002 | LOAN PAYMENT | ($85,893.16) | $2,107,108.66 |
| 12/03/2002 | LOAN ADVANCE | $75,020.00 | $2,182,128.66 |
| 12/04/2002 | LOAN ADVANCE | $15,525.00 | $2,197,653.66 |
| 12/09/2002 | LOAN ADVANCE | $50,020.00 | $2,247,673.66 |
| 12/12/2002 | LOAN PAYMENT | ($8,256.60) | $2,239,417.06 |
| 12/13/2002 | LOAN ADVANCE | $5,875.04 | $2,245,292.10 |
| 12/24/2002 | LOAN PAYMENT | ($5,935.72) | $2,239,356.38 |
| 12/24/2002 | LOAN ADVANCE | $26.00 | $2,239,382.38 |
| 12/30/2002 | LOAN ADVANCE | $10,020.00 | $2,249,402.38 |
| 12/31/2002 | LOAN PAYMENT | ($24,804.90) | $2,224,597.48 |
| 12/31/2002 | LOAN ADVANCE | $15,020.00 | $2,239,617.48 |
| 01/02/2003 | LOAN PAYMENT | ($16,250.36) | $2,223,367.12 |
| 01/02/2003 | LOAN ADVANCE | $8,782.55 | $2,232,149.67 |
| 01/03/2003 | LOAN ADVANCE | $2,520.00 | $2,234,669.67 |
| 01/06/2003 | LOAN PAYMENT | ($62,985.60) | $2,171,684.07 |
| 01/06/2003 | LOAN ADVANCE | $76,726.58 | $2,248,410.65 |
| 01/07/2003 | LOAN ADVANCE | $620.00 | $2,249,030.65 |
| 01/08/2003 | LOAN PAYMENT | ($29,127.71) | $2,219,902.94 |
| 01/09/2003 | LOAN ADVANCE | $7,145.00 | $2,227,047.94 |
| 01/10/2003 | LOAN ADVANCE | $34,178.65 | $2,261,226.59 |
| 01/16/2003 | LOAN PAYMENT | ($27,894.30) | $2,233,332.29 |
| 01/16/2003 | LOAN ADVANCE | $14,738.00 | $2,248,070.29 |
| 01/17/2003 | LOAN ADVANCE | $437,340.03 | $2,685,410.32 |
| 01/21/2003 | LOAN ADVANCE | $115,119.60 | $2,800,529.92 |
| 01/22/2003 | LOAN ADVANCE | $19,323.44 | $2,819,853.36 |
| 01/23/2003 | LOAN PAYMENT | ($16,050.00) | $2,803,803.36 |
| 01/24/2003 | LOAN PAYMENT | ($21,317.05) | $2,782,486.31 |
| 01/24/2003 | LOAN ADVANCE | $67,313.13 | $2,849,799.44 |
| 01/27/2003 | LOAN ADVANCE | $1,268.00 | $2,851,067.44 |
| 01/28/2003 | LOAN PAYMENT | ($1,757.71) | $2,849,309.73 |
| 01/28/2003 | LOAN ADVANCE | $57,630.49 | $2,906,940.22 |
| 01/30/2003 | LOAN PAYMENT | ($210,996.92) | $2,695,943.30 |
| 01/30/2003 | LOAN ADVANCE | $5,995.07 | $2,701,938.37 |
| 01/31/2003 | LOAN ADVANCE | $3,951.08 | $2,705,889.45 |
| 02/03/2003 | LOAN ADVANCE | $52,800.32 | $2,758,689.77 |
| 02/04/2003 | LOAN PAYMENT | ($49,911.54) | $2,708,778.23 |
| 02/04/2003 | LOAN ADVANCE | $4,971.81 | $2,713,750.04 |
| 02/05/2003 | LOAN PAYMENT | ($52,731.00) | $2,661,019.04 |
| 02/05/2003 | LOAN ADVANCE | $10,588.77 | $2,671,607.81 |
| 02/06/2003 | LOAN PAYMENT | ($1,560.00) | $2,670,047.81 |
| 02/06/2003 | LOAN ADVANCE | $27,153.00 | $2,697,200.81 |
| 02/07/2003 | LOAN PAYMENT | ($15,973.20) | $2,681,227.61 |
| 02/07/2003 | LOAN ADVANCE | $64,897.60 | $2,746,125.21 |
| 02/10/2003 | LOAN PAYMENT | ($69,897.60) | $2,676,227.61 |
| 02/10/2003 | LOAN ADVANCE | $26,977.05 | $2,703,204.66 |
| 02/11/2003 | LOAN ADVANCE | $125,000.00 | $2,828,204.66 |
| 02/12/2003 | LOAN PAYMENT | ($11,684.04) | $2,816,520.62 |
| 02/13/2003 | LOAN ADVANCE | $2,461.64 | $2,818,982.26 |
| 02/14/2003 | LOAN PAYMENT | ($98,988.25) | $2,719,994.01 |
| 02/14/2003 | LOAN ADVANCE | $23,055.00 | $2,743,049.01 |
| 02/18/2003 | LOAN ADVANCE | $75,863.44 | $2,818,912.45 |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 02/19/2003 | LOAN PAYMENT | ($17,315.06) | $2,801,597.39 |
| 02/20/2003 | LOAN PAYMENT | ($24,975.00) | $2,776,622.39 |
| 02/20/2003 | LOAN ADVANCE | $8,718.32 | $2,785,340.71 |
| 02/21/2003 | LOAN PAYMENT | ($41,108.00) | $2,744,232.71 |
| 02/21/2003 | LOAN ADVANCE | $55,167.48 | $2,799,400.19 |
| 02/24/2003 | LOAN ADVANCE | $54,273.13 | $2,853,673.32 |
| 02/25/2003 | LOAN PAYMENT | ($50,345.46) | $2,803,327.86 |
| 02/25/2003 | LOAN ADVANCE | $3,975.04 | $2,807,302.90 |
| 02/26/2003 | LOAN PAYMENT | ($103,420.80) | $2,703,882.10 |
| 02/26/2003 | LOAN ADVANCE | $45,336.00 | $2,749,218.10 |
| 02/27/2003 | LOAN PAYMENT | ($17,290.80) | $2,731,927.30 |
| 02/27/2003 | LOAN ADVANCE | $8,563.22 | $2,740,490.52 |
| 02/28/2003 | LOAN ADVANCE | $41,824.42 | $2,782,314.94 |
| 03/03/2003 | LOAN PAYMENT | ($44,793.00) | $2,737,521.94 |
| 03/03/2003 | LOAN ADVANCE | $12,760.11 | $2,750,282.05 |
| 03/04/2003 | LOAN PAYMENT | ($147,744.00) | $2,602,538.05 |
| 03/05/2003 | LOAN PAYMENT | ($93,209.20) | $2,509,328.85 |
| 03/05/2003 | LOAN ADVANCE | $187,243.06 | $2,696,571.91 |
| 03/06/2003 | LOAN PAYMENT | ($29,655.60) | $2,666,916.31 |
| 03/06/2003 | LOAN ADVANCE | $78,095.96 | $2,745,012.27 |
| 03/10/2003 | LOAN PAYMENT | ($14,064.56) | $2,730,947.71 |
| 03/10/2003 | LOAN ADVANCE | $14,712.50 | $2,745,660.21 |
| 03/11/2003 | LOAN PAYMENT | ($78,078.00) | $2,667,582.21 |
| 03/11/2003 | LOAN ADVANCE | $56,822.50 | $2,724,404.71 |
| 03/13/2003 | LOAN PAYMENT | ($2,474.00) | $2,721,930.71 |
| 03/13/2003 | LOAN ADVANCE | $26,194.00 | $2,748,124.71 |
| 03/18/2003 | LOAN PAYMENT | ($16,514.00) | $2,731,610.71 |
| 03/18/2003 | LOAN ADVANCE | $14,731.40 | $2,746,342.11 |
| 03/25/2003 | LOAN PAYMENT | ($27,395.80) | $2,718,946.31 |
| 03/26/2003 | LOAN ADVANCE | $5,020.00 | $2,723,966.31 |
| 03/28/2003 | LOAN ADVANCE | $55.00 | $2,724,021.31 |
| 03/31/2003 | LOAN ADVANCE | $25,000.00 | $2,749,021.31 |
| 04/01/2003 | LOAN ADVANCE | $10,503.58 | $2,759,524.89 |
| 04/02/2003 | LOAN PAYMENT | ($27,395.80) | $2,732,129.09 |
| 04/03/2003 | LOAN PAYMENT | ($2,380.40) | $2,729,748.69 |
| 04/03/2003 | LOAN ADVANCE | $25,000.00 | $2,754,748.69 |
| 04/04/2003 | LOAN PAYMENT | ($6,500.00) | $2,748,248.69 |
| 04/07/2003 | LOAN ADVANCE | $1,590.00 | $2,749,838.69 |
| 04/17/2003 | LOAN PAYMENT | ($30,500.00) | $2,719,338.69 |
| 04/17/2003 | LOAN ADVANCE | $30,000.00 | $2,749,338.69 |
| 04/23/2003 | LOAN PAYMENT | ($120,140.28) | $2,629,198.41 |
| 04/23/2003 | LOAN ADVANCE | $25,000.00 | $2,654,198.41 |
| 04/24/2003 | LOAN ADVANCE | $94,869.65 | $2,749,068.06 |
| 05/01/2003 | LOAN PAYMENT | ($10,500.00) | $2,738,568.06 |
| 05/01/2003 | LOAN ADVANCE | $10,211.14 | $2,748,779.20 |
| 05/02/2003 | LOAN ADVANCE | $10,000.00 | $2,758,779.20 |
| 05/05/2003 | LOAN PAYMENT | ($10,000.00) | $2,748,779.20 |
| 05/05/2003 | LOAN ADVANCE | $32,540.00 | $2,781,319.20 |
| 05/06/2003 | LOAN PAYMENT | ($32,260.00) | $2,749,059.20 |
| 05/08/2003 | LOAN PAYMENT | ($13,722.10) | $2,735,337.10 |
| 05/08/2003 | LOAN ADVANCE | $10,020.00 | $2,745,357.10 |
| 05/12/2003 | LOAN ADVANCE | $125.00 | $2,745,482.10 |
| 05/13/2003 | LOAN ADVANCE | $35.00 | $2,745,517.10 |
| 05/14/2003 | LOAN ADVANCE | $35.00 | $2,745,552.10 |
| 05/19/2003 | LOAN ADVANCE | $30.00 | $2,745,582.10 |
| 05/21/2003 | LOAN PAYMENT | ($10,076.12) | $2,735,505.98 |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 05/21/2003 | LOAN ADVANCE | $12,515.00 | $2,748,020.98 |
| 05/22/2003 | LOAN PAYMENT | ($31,710.22) | $2,716,310.76 |
| 05/22/2003 | LOAN ADVANCE | $32,025.61 | $2,748,336.37 |
| 05/29/2003 | LOAN PAYMENT | ($16,055.00) | $2,732,281.37 |
| 05/29/2003 | LOAN ADVANCE | $15,530.00 | $2,747,811.37 |
| 06/02/2003 | LOAN ADVANCE | $10,571.07 | $2,758,382.44 |
| 06/04/2003 | LOAN PAYMENT | ($10,000.00) | $2,748,382.44 |
| 06/06/2003 | LOAN ADVANCE | $35.00 | $2,748,417.44 |
| 06/16/2003 | LOAN ADVANCE | $35.00 | $2,748,452.44 |
| 06/17/2003 | LOAN PAYMENT | ($18,236.80) | $2,730,215.64 |
| 06/17/2003 | LOAN ADVANCE | $53,327.30 | $2,783,542.94 |
| 06/18/2003 | LOAN PAYMENT | ($66,244.72) | $2,717,298.22 |
| 06/18/2003 | LOAN ADVANCE | $30,000.00 | $2,747,298.22 |
| 06/19/2003 | LOAN ADVANCE | $38,393.00 | $2,785,691.22 |
| 06/20/2003 | LOAN PAYMENT | ($37,603.80) | $2,748,087.42 |
| 06/23/2003 | LOAN PAYMENT | ($20,150.36) | $2,727,937.06 |
| 06/23/2003 | LOAN ADVANCE | $7,418.00 | $2,735,355.06 |
| 06/24/2003 | LOAN ADVANCE | $22,456.40 | $2,757,811.46 |
| 06/25/2003 | LOAN PAYMENT | ($17,334.22) | $2,740,477.24 |
| 06/25/2003 | LOAN ADVANCE | $15,764.80 | $2,756,242.04 |
| 06/26/2003 | LOAN PAYMENT | ($41,521.25) | $2,714,720.79 |
| 06/26/2003 | LOAN ADVANCE | $33,561.30 | $2,748,282.09 |
| 06/27/2003 | LOAN PAYMENT | ($27,840.00) | $2,720,442.09 |
| 06/27/2003 | LOAN ADVANCE | $4,511.82 | $2,724,953.91 |
| 06/30/2003 | LOAN ADVANCE | $9,403.18 | $2,734,357.09 |
| 07/01/2003 | LOAN PAYMENT | ($33,123.40) | $2,701,233.69 |
| 07/01/2003 | LOAN ADVANCE | $33,698.76 | $2,734,932.45 |
| 07/02/2003 | LOAN PAYMENT | ($6,911.26) | $2,728,021.19 |
| 07/02/2003 | LOAN ADVANCE | $5,691.72 | $2,733,712.91 |
| 07/03/2003 | LOAN ADVANCE | $33,801.16 | $2,767,514.07 |
| 07/07/2003 | LOAN PAYMENT | ($31,462.40) | $2,736,051.67 |
| 07/07/2003 | LOAN ADVANCE | $17,658.22 | $2,753,709.89 |
| 07/08/2003 | LOAN ADVANCE | $30,143.05 | $2,783,852.94 |
| 07/09/2003 | LOAN PAYMENT | ($34,344.22) | $2,749,508.72 |
| 07/09/2003 | LOAN ADVANCE | $10,140.00 | $2,759,648.72 |
| 07/10/2003 | LOAN PAYMENT | ($18,614.66) | $2,741,034.06 |
| 07/10/2003 | LOAN ADVANCE | $2,500.00 | $2,743,534.06 |
| 07/11/2003 | LOAN PAYMENT | ($5,356.61) | $2,738,177.45 |
| 07/11/2003 | LOAN ADVANCE | $7,575.00 | $2,745,752.45 |
| 07/15/2003 | LOAN PAYMENT | ($10,063.40) | $2,735,689.05 |
| 07/15/2003 | LOAN ADVANCE | $15,145.60 | $2,750,834.65 |
| 07/16/2003 | LOAN PAYMENT | ($4,672.66) | $2,746,161.99 |
| 07/16/2003 | LOAN ADVANCE | $6,320.99 | $2,752,482.98 |
| 07/17/2003 | LOAN PAYMENT | ($22,218.40) | $2,730,264.58 |
| 07/17/2003 | LOAN ADVANCE | $47,774.48 | $2,778,039.06 |
| 07/18/2003 | LOAN PAYMENT | ($32,490.55) | $2,745,548.51 |
| 07/18/2003 | LOAN ADVANCE | $1,035.00 | $2,746,583.51 |
| 07/21/2003 | LOAN ADVANCE | $49,374.01 | $2,795,957.52 |
| 07/22/2003 | LOAN PAYMENT | ($50,967.00) | $2,744,990.52 |
| 07/22/2003 | LOAN ADVANCE | $19,622.14 | $2,764,612.66 |
| 07/23/2003 | LOAN PAYMENT | ($33,658.00) | $2,730,954.66 |
| 07/23/2003 | LOAN ADVANCE | $14,084.85 | $2,745,039.51 |
| 07/24/2003 | LOAN ADVANCE | $3,967.75 | $2,749,007.26 |
| 07/25/2003 | LOAN ADVANCE | $18,093.10 | $2,767,100.36 |
| 07/28/2003 | LOAN PAYMENT | ($22,004.40) | $2,745,095.96 |
| 07/28/2003 | LOAN ADVANCE | $20,906.47 | $2,766,002.43 |

| 07/29/2003 | LOAN PAYMENT | ($51,444.00) | $2,714,558.43 |
| 07/29/2003 | LOAN ADVANCE | $71,850.35 | $2,786,408.78 |
| 07/30/2003 | LOAN PAYMENT | ($36,924.55) | $2,749,484.23 |
| 07/30/2003 | LOAN ADVANCE | $18,091.74 | $2,767,575.97 |
| 07/31/2003 | LOAN PAYMENT | ($32,284.83) | $2,735,291.14 |
| 07/31/2003 | LOAN ADVANCE | $8,890.65 | $2,744,181.79 |
| 08/01/2003 | LOAN ADVANCE | $20,856.77 | $2,765,038.56 |
| 08/04/2003 | LOAN PAYMENT | ($18,554.24) | $2,746,484.32 |
| 08/04/2003 | LOAN ADVANCE | $2,393.12 | $2,748,877.44 |
| 08/05/2003 | LOAN PAYMENT | ($1,643.52) | $2,747,233.92 |
| 08/05/2003 | LOAN ADVANCE | $6,317.64 | $2,753,551.56 |
| 08/06/2003 | LOAN PAYMENT | ($34,760.32) | $2,718,791.24 |
| 08/06/2003 | LOAN ADVANCE | $30,657.86 | $2,749,449.10 |
| 08/07/2003 | LOAN ADVANCE | $911.65 | $2,750,360.75 |
| 08/08/2003 | LOAN PAYMENT | ($9,552.00) | $2,740,808.75 |
| 08/11/2003 | LOAN PAYMENT | ($24,612.00) | $2,716,196.75 |
| 08/11/2003 | LOAN ADVANCE | $22,515.00 | $2,738,711.75 |
| 08/12/2003 | LOAN ADVANCE | $3,377.00 | $2,742,088.75 |
| 08/13/2003 | LOAN PAYMENT | ($1,164.00) | $2,740,924.75 |
| 08/13/2003 | LOAN ADVANCE | $15,038.68 | $2,755,963.43 |
| 08/14/2003 | LOAN PAYMENT | ($13,500.00) | $2,742,463.43 |
| 08/14/2003 | LOAN ADVANCE | $166.00 | $2,742,629.43 |
| 08/15/2003 | LOAN ADVANCE | $4,010.00 | $2,746,639.43 |
| 08/18/2003 | LOAN ADVANCE | $2,879.38 | $2,749,518.81 |
| 08/19/2003 | LOAN ADVANCE | $5,237.48 | $2,754,756.29 |
| 08/20/2003 | LOAN ADVANCE | $41,060.35 | $2,795,816.64 |
| 08/21/2003 | LOAN PAYMENT | ($48,207.54) | $2,747,609.10 |
| 08/21/2003 | LOAN ADVANCE | $1,231.15 | $2,748,840.25 |
| 08/22/2003 | LOAN PAYMENT | ($48,467.35) | $2,700,372.90 |
| 08/22/2003 | LOAN ADVANCE | $43,146.63 | $2,743,519.53 |
| 08/25/2003 | LOAN PAYMENT | ($27,781.04) | $2,715,738.49 |
| 08/25/2003 | LOAN ADVANCE | $17,089.34 | $2,732,827.83 |
| 08/26/2003 | LOAN PAYMENT | ($27,195.42) | $2,705,632.41 |
| 08/26/2003 | LOAN ADVANCE | $40,154.72 | $2,745,787.13 |
| 08/27/2003 | LOAN PAYMENT | ($7,078.30) | $2,738,708.83 |
| 08/27/2003 | LOAN ADVANCE | $12,522.01 | $2,751,230.84 |
| 08/28/2003 | LOAN PAYMENT | ($5,461.70) | $2,745,769.14 |
| 08/28/2003 | LOAN ADVANCE | $3,729.59 | $2,749,498.73 |
| 08/29/2003 | LOAN ADVANCE | $78.00 | $2,749,576.73 |
| 09/02/2003 | LOAN PAYMENT | ($3,035.12) | $2,746,541.61 |
| 09/02/2003 | LOAN ADVANCE | $10,086.56 | $2,756,628.17 |
| 09/03/2003 | LOAN PAYMENT | ($1,500.00) | $2,755,128.17 |
| 09/04/2003 | LOAN PAYMENT | ($9,552.00) | $2,745,576.17 |
| 09/04/2003 | LOAN ADVANCE | $10,821.53 | $2,756,397.70 |
| 09/05/2003 | LOAN PAYMENT | ($32,660.53) | $2,723,737.17 |
| 09/05/2003 | LOAN ADVANCE | $18,646.19 | $2,742,383.36 |
| 09/08/2003 | LOAN ADVANCE | $38,310.76 | $2,780,694.12 |
| 09/09/2003 | LOAN ADVANCE | $210.00 | $2,780,904.12 |
| 09/10/2003 | LOAN PAYMENT | ($38,738.83) | $2,742,165.29 |
| 09/10/2003 | LOAN ADVANCE | $13,284.09 | $2,755,449.38 |
| 09/11/2003 | LOAN PAYMENT | ($17,305.44) | $2,738,143.94 |
| 09/11/2003 | LOAN ADVANCE | $7,131.66 | $2,745,275.60 |
| 09/12/2003 | LOAN ADVANCE | $19,922.00 | $2,765,197.60 |
| 09/15/2003 | LOAN PAYMENT | ($17,355.00) | $2,747,842.60 |
| 09/15/2003 | LOAN ADVANCE | $627.07 | $2,748,469.67 |
| 09/16/2003 | LOAN ADVANCE | $1,180.00 | $2,749,649.67 |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 09/17/2003 | LOAN PAYMENT | ($30,630.80) | $2,719,018.87 |
| 09/17/2003 | LOAN ADVANCE | $17,747.95 | $2,736,766.82 |
| 09/18/2003 | LOAN ADVANCE | $10,593.09 | $2,747,359.91 |
| 09/19/2003 | LOAN PAYMENT | ($23,460.00) | $2,723,899.91 |
| 09/19/2003 | LOAN ADVANCE | $21,821.40 | $2,745,721.31 |
| 09/22/2003 | LOAN PAYMENT | ($10,000.00) | $2,735,721.31 |
| 09/22/2003 | LOAN ADVANCE | $12,015.00 | $2,747,736.31 |
| 09/23/2003 | LOAN PAYMENT | ($11,653.20) | $2,736,083.11 |
| 09/23/2003 | LOAN ADVANCE | $12,671.02 | $2,748,754.13 |
| 09/24/2003 | LOAN PAYMENT | ($17,678.21) | $2,731,075.92 |
| 09/24/2003 | LOAN ADVANCE | $13,244.09 | $2,744,320.01 |
| 09/25/2003 | LOAN PAYMENT | ($17,216.05) | $2,727,103.96 |
| 09/25/2003 | LOAN ADVANCE | $1,184.94 | $2,728,288.90 |
| 09/26/2003 | LOAN ADVANCE | $14,040.24 | $2,742,329.14 |
| 09/29/2003 | LOAN ADVANCE | $6,350.49 | $2,748,679.63 |
| 09/30/2003 | LOAN ADVANCE | $1,343.43 | $2,750,023.06 |
| 10/01/2003 | LOAN PAYMENT | ($1,945.44) | $2,748,077.62 |
| 10/01/2003 | LOAN ADVANCE | $9,787.00 | $2,757,864.62 |
| 10/02/2003 | LOAN ADVANCE | $35.00 | $2,757,899.62 |
| 10/03/2003 | LOAN PAYMENT | ($57,031.20) | $2,700,868.42 |
| 10/03/2003 | LOAN ADVANCE | $43,522.56 | $2,744,390.98 |
| 10/06/2003 | LOAN ADVANCE | $140.00 | $2,744,530.98 |
| 10/06/2003 | LOAN ADVANCE | $258.42 | $2,744,789.40 |
| 10/07/2003 | LOAN ADVANCE | $15,321.22 | $2,760,110.62 |
| 10/08/2003 | LOAN PAYMENT | ($85,165.47) | $2,674,945.15 |
| 10/08/2003 | LOAN ADVANCE | $72,732.95 | $2,747,678.10 |
| 10/09/2003 | LOAN PAYMENT | ($95,274.97) | $2,652,403.13 |
| 10/09/2003 | LOAN ADVANCE | $78,298.27 | $2,730,701.40 |
| 10/10/2003 | LOAN PAYMENT | ($48,927.46) | $2,681,773.94 |
| 10/10/2003 | LOAN ADVANCE | $64,002.25 | $2,745,776.19 |
| 10/13/2003 | LOAN PAYMENT | ($18,418.80) | $2,727,357.39 |
| 10/14/2003 | LOAN ADVANCE | $7,160.84 | $2,734,518.23 |
| 10/15/2003 | LOAN PAYMENT | ($1,968.40) | $2,732,549.83 |
| 10/15/2003 | LOAN ADVANCE | $5,114.71 | $2,737,664.54 |
| 10/16/2003 | LOAN ADVANCE | $13,924.09 | $2,751,588.63 |
| 10/17/2003 | LOAN PAYMENT | ($26,275.41) | $2,725,313.22 |
| 10/17/2003 | LOAN ADVANCE | $21,345.23 | $2,746,658.45 |
| 10/20/2003 | LOAN PAYMENT | ($20,432.40) | $2,726,226.05 |
| 10/20/2003 | LOAN ADVANCE | $17,264.13 | $2,743,490.18 |
| 10/21/2003 | LOAN PAYMENT | ($22,300.00) | $2,721,190.18 |
| 10/21/2003 | LOAN ADVANCE | $20,606.00 | $2,741,796.18 |
| 10/22/2003 | LOAN PAYMENT | ($41,596.80) | $2,700,199.38 |
| 10/22/2003 | LOAN ADVANCE | $35,316.69 | $2,735,516.07 |
| 10/23/2003 | LOAN PAYMENT | ($35,837.23) | $2,699,678.84 |
| 10/23/2003 | LOAN ADVANCE | $43,755.71 | $2,743,434.55 |
| 10/24/2003 | LOAN ADVANCE | $5,879.95 | $2,749,314.50 |
| 10/27/2003 | LOAN PAYMENT | ($3,252.07) | $2,746,062.43 |
| 10/28/2003 | LOAN ADVANCE | $516.00 | $2,746,578.43 |
| 10/29/2003 | LOAN ADVANCE | $35.00 | $2,746,613.43 |
| 10/30/2003 | LOAN ADVANCE | $70.00 | $2,746,683.43 |
| 10/31/2003 | LOAN ADVANCE | $70.00 | $2,746,753.43 |
| 11/03/2003 | LOAN ADVANCE | $10,094.46 | $2,756,847.89 |
| 11/04/2003 | LOAN PAYMENT | ($39,750.07) | $2,717,097.82 |
| 11/04/2003 | LOAN ADVANCE | $20,283.84 | $2,737,381.66 |
| 11/05/2003 | LOAN PAYMENT | ($4,408.80) | $2,732,972.86 |
| 11/05/2003 | LOAN ADVANCE | $16,079.00 | $2,749,051.86 |

| | | | |
|---|---|---|---|
| 11/07/2003 | LOAN PAYMENT | ($335.17) | $2,748,716.69 |
| 11/10/2003 | LOAN PAYMENT | ($18,445.80) | $2,730,270.89 |
| 11/10/2003 | LOAN ADVANCE | $15,300.48 | $2,745,571.37 |
| 11/14/2003 | LOAN PAYMENT | ($20,397.88) | $2,725,173.49 |
| 11/14/2003 | LOAN ADVANCE | $21,140.00 | $2,746,313.49 |
| 11/17/2003 | LOAN PAYMENT | ($2,430.00) | $2,743,883.49 |
| 11/18/2003 | LOAN ADVANCE | $1,706.13 | $2,745,589.62 |
| 11/19/2003 | LOAN PAYMENT | ($18,143.57) | $2,727,446.05 |
| 11/19/2003 | LOAN ADVANCE | $17,729.13 | $2,745,175.18 |
| 11/20/2003 | LOAN PAYMENT | ($4,147.20) | $2,741,027.98 |
| 11/20/2003 | LOAN ADVANCE | $7,876.68 | $2,748,904.66 |
| 11/21/2003 | LOAN PAYMENT | ($9,371.70) | $2,739,532.96 |
| 11/21/2003 | LOAN ADVANCE | $8,530.00 | $2,748,062.96 |
| 11/24/2003 | LOAN PAYMENT | ($49,678.00) | $2,698,384.96 |
| 11/24/2003 | LOAN ADVANCE | $43,463.61 | $2,741,848.57 |
| 11/25/2003 | LOAN ADVANCE | $8,029.13 | $2,749,877.70 |
| 11/26/2003 | LOAN PAYMENT | ($16,759.60) | $2,733,118.10 |
| 11/26/2003 | LOAN ADVANCE | $15,811.00 | $2,748,929.10 |
| 11/28/2003 | LOAN ADVANCE | $652.69 | $2,749,581.79 |
| 12/01/2003 | LOAN ADVANCE | $13,790.78 | $2,763,372.57 |
| 12/02/2003 | LOAN PAYMENT | ($24,514.31) | $2,738,858.26 |
| 12/02/2003 | LOAN ADVANCE | $9,039.88 | $2,747,898.14 |
| 12/03/2003 | LOAN PAYMENT | ($25,366.35) | $2,722,531.79 |
| 12/03/2003 | LOAN ADVANCE | $23,774.59 | $2,746,306.38 |
| 12/04/2003 | LOAN ADVANCE | $2,515.00 | $2,748,821.38 |
| 12/08/2003 | LOAN ADVANCE | $1,277.17 | $2,750,098.55 |
| 12/09/2003 | LOAN PAYMENT | ($20,400.00) | $2,729,698.55 |
| 12/09/2003 | LOAN ADVANCE | $18,236.53 | $2,747,935.08 |
| 12/10/2003 | LOAN PAYMENT | ($36,636.29) | $2,711,298.79 |
| 12/10/2003 | LOAN ADVANCE | $38,698.03 | $2,749,996.82 |
| 12/15/2003 | LOAN ADVANCE | $1,250.95 | $2,751,247.77 |
| 12/16/2003 | LOAN ADVANCE | $854.53 | $2,752,102.30 |
| 12/17/2003 | LOAN ADVANCE | $6,145.36 | $2,758,247.66 |
| 12/18/2003 | LOAN PAYMENT | ($19,716.00) | $2,738,531.66 |
| 12/18/2003 | LOAN ADVANCE | $6,631.93 | $2,745,163.59 |
| 12/19/2003 | LOAN ADVANCE | $3,059.00 | $2,748,222.59 |
| 12/22/2003 | LOAN ADVANCE | $2,586.69 | $2,750,809.28 |
| 12/23/2003 | LOAN PAYMENT | ($27,440.00) | $2,723,369.28 |
| 12/23/2003 | LOAN ADVANCE | $26,169.18 | $2,749,538.46 |
| 12/24/2003 | LOAN PAYMENT | ($20,000.00) | $2,729,538.46 |
| 12/24/2003 | LOAN ADVANCE | $12,528.68 | $2,742,067.14 |
| 12/26/2003 | LOAN ADVANCE | $481.23 | $2,742,548.37 |
| 12/29/2003 | LOAN ADVANCE | $868.47 | $2,743,416.84 |
| 12/30/2003 | LOAN PAYMENT | ($2,500.00) | $2,740,916.84 |
| 12/30/2003 | LOAN ADVANCE | $4,662.89 | $2,745,579.73 |
| 12/31/2003 | LOAN PAYMENT | ($5,001.40) | $2,740,578.33 |
| 12/31/2003 | LOAN ADVANCE | $481.24 | $2,741,059.57 |
| 01/02/2004 | LOAN ADVANCE | $10,186.68 | $2,751,246.25 |
| 01/05/2004 | LOAN ADVANCE | $35.00 | $2,751,281.25 |
| 01/08/2004 | LOAN ADVANCE | $481.23 | $2,751,762.48 |
| 01/09/2004 | LOAN PAYMENT | ($13,795.00) | $2,737,967.48 |
| 01/09/2004 | LOAN ADVANCE | $4,700.39 | $2,742,667.87 |
| 01/12/2004 | LOAN PAYMENT | ($75,000.00) | $2,667,667.87 |
| 01/12/2004 | LOAN ADVANCE | $71,276.85 | $2,738,944.72 |
| 01/13/2004 | LOAN PAYMENT | ($2,224.00) | $2,736,720.72 |
| 01/13/2004 | LOAN ADVANCE | $11,110.27 | $2,747,830.99 |

| Date | Type | Amount | Balance |
|------|------|-------:|--------:|
| 01/14/2004 | LOAN ADVANCE | $4,448.35 | $2,752,279.34 |
| 01/15/2004 | LOAN PAYMENT | ($10,000.00) | $2,742,279.34 |
| 01/15/2004 | LOAN ADVANCE | $2,720.00 | $2,744,999.34 |
| 01/16/2004 | LOAN PAYMENT | ($2,584.53) | $2,742,414.81 |
| 01/16/2004 | LOAN ADVANCE | $285.95 | $2,742,700.76 |
| 01/20/2004 | LOAN ADVANCE | $3,500.00 | $2,746,200.76 |
| 01/21/2004 | LOAN ADVANCE | $11,955.20 | $2,758,155.96 |
| 01/22/2004 | LOAN ADVANCE | $376,807.77 | $3,134,963.73 |
| 01/23/2004 | LOAN PAYMENT | ($46,958.15) | $3,088,005.58 |
| 01/23/2004 | LOAN ADVANCE | $63,053.08 | $3,151,058.66 |
| 01/26/2004 | LOAN PAYMENT | ($2,760.00) | $3,148,298.66 |
| 01/26/2004 | LOAN ADVANCE | $43,782.00 | $3,192,080.66 |
| 01/27/2004 | LOAN PAYMENT | ($43,770.00) | $3,148,310.66 |
| 01/27/2004 | LOAN ADVANCE | $38,918.45 | $3,187,229.11 |
| 01/28/2004 | LOAN ADVANCE | $45,749.98 | $3,232,979.09 |
| 01/29/2004 | LOAN ADVANCE | $2,498.60 | $3,235,477.69 |
| 01/30/2004 | LOAN ADVANCE | $2,125.00 | $3,237,602.69 |
| 02/02/2004 | LOAN ADVANCE | $11,823.41 | $3,249,426.10 |
| 02/03/2004 | LOAN PAYMENT | ($7,500.00) | $3,241,926.10 |
| 02/03/2004 | LOAN ADVANCE | $397.43 | $3,242,323.53 |
| 02/04/2004 | LOAN ADVANCE | $4,290.00 | $3,246,613.53 |
| 02/05/2004 | LOAN ADVANCE | $868.10 | $3,247,481.63 |
| 02/10/2004 | LOAN ADVANCE | $150.00 | $3,247,631.63 |
| 02/11/2004 | LOAN PAYMENT | ($39,049.91) | $3,208,581.72 |
| 02/11/2004 | LOAN ADVANCE | $37,390.20 | $3,245,971.92 |
| 02/12/2004 | LOAN PAYMENT | ($31,105.95) | $3,214,865.97 |
| 02/12/2004 | LOAN ADVANCE | $29,890.20 | $3,244,756.17 |
| 02/17/2004 | LOAN ADVANCE | $1,620.37 | $3,246,376.54 |
| 02/18/2004 | LOAN ADVANCE | $10,000.00 | $3,256,376.54 |
| 02/19/2004 | LOAN PAYMENT | ($10,750.00) | $3,245,626.54 |
| 02/20/2004 | LOAN ADVANCE | $72,500.00 | $3,318,126.54 |
| 02/24/2004 | LOAN PAYMENT | ($84,300.00) | $3,233,826.54 |
| 02/24/2004 | LOAN ADVANCE | $5,945.87 | $3,239,772.41 |
| 02/25/2004 | LOAN ADVANCE | $3,265.00 | $3,243,037.41 |
| 03/01/2004 | LOAN ADVANCE | $11,133.26 | $3,254,170.67 |
| 03/03/2004 | LOAN PAYMENT | ($9,000.00) | $3,245,170.67 |
| 03/03/2004 | LOAN ADVANCE | $4,149.17 | $3,249,319.84 |
| 03/04/2004 | LOAN ADVANCE | $53,200.00 | $3,302,519.84 |
| 03/05/2004 | LOAN PAYMENT | ($54,465.00) | $3,248,054.84 |
| 03/05/2004 | LOAN ADVANCE | $93,510.00 | $3,341,564.84 |
| 03/09/2004 | LOAN PAYMENT | ($97,350.00) | $3,244,214.84 |
| 03/09/2004 | LOAN ADVANCE | $18,000.00 | $3,262,214.84 |
| 03/10/2004 | LOAN PAYMENT | ($1,019.90) | $3,261,194.94 |
| 03/17/2004 | LOAN PAYMENT | ($16,700.00) | $3,244,494.94 |
| 03/17/2004 | LOAN ADVANCE | $2,191.00 | $3,246,685.94 |
| 03/18/2004 | LOAN ADVANCE | $24,800.00 | $3,271,485.94 |
| 03/19/2004 | LOAN ADVANCE | $28,000.00 | $3,299,485.94 |
| 03/22/2004 | LOAN PAYMENT | ($49,980.00) | $3,249,505.94 |
| 03/22/2004 | LOAN ADVANCE | $22,500.00 | $3,272,005.94 |
| 03/23/2004 | LOAN ADVANCE | $8,500.00 | $3,280,505.94 |
| 03/24/2004 | LOAN PAYMENT | ($32,500.00) | $3,248,005.94 |
| 03/24/2004 | LOAN ADVANCE | $1,392.08 | $3,249,398.02 |
| 03/25/2004 | LOAN ADVANCE | $380.50 | $3,249,778.52 |
| 03/29/2004 | LOAN PAYMENT | ($7,177.80) | $3,242,600.72 |
| 03/29/2004 | LOAN ADVANCE | $12,035.66 | $3,254,636.38 |
| 03/30/2004 | LOAN PAYMENT | ($18,740.18) | $3,235,896.20 |

| | | | |
|---|---|---|---|
| 03/31/2004 | LOAN PAYMENT | ($6,500.00) | $3,229,396.20 |
| 03/31/2004 | LOAN ADVANCE | $18,265.00 | $3,247,661.20 |
| 04/01/2004 | LOAN ADVANCE | $11,958.59 | $3,259,619.79 |
| 04/02/2004 | LOAN PAYMENT | ($10,000.00) | $3,249,619.79 |
| 04/05/2004 | LOAN ADVANCE | $35.00 | $3,249,654.79 |
| 04/08/2004 | LOAN PAYMENT | ($16,084.53) | $3,233,570.26 |
| 04/08/2004 | LOAN ADVANCE | $15,572.40 | $3,249,142.66 |
| 04/12/2004 | LOAN ADVANCE | $17,500.00 | $3,266,642.66 |
| 04/13/2004 | LOAN PAYMENT | ($24,715.00) | $3,241,927.66 |
| 04/13/2004 | LOAN ADVANCE | $36,135.00 | $3,278,062.66 |
| 04/14/2004 | LOAN PAYMENT | ($47,500.00) | $3,230,562.66 |
| 04/14/2004 | LOAN ADVANCE | $66,215.00 | $3,296,777.66 |
| 04/21/2004 | LOAN PAYMENT | ($47,500.00) | $3,249,277.66 |
| 04/21/2004 | LOAN ADVANCE | $23,450.00 | $3,272,727.66 |
| 04/26/2004 | LOAN PAYMENT | ($35,000.00) | $3,237,727.66 |
| 04/26/2004 | LOAN ADVANCE | $22,500.00 | $3,260,227.66 |
| 04/27/2004 | LOAN PAYMENT | ($15,120.00) | $3,245,107.66 |
| 04/27/2004 | LOAN ADVANCE | $3,315.00 | $3,248,422.66 |
| 04/28/2004 | LOAN ADVANCE | $6,550.00 | $3,254,972.66 |
| 04/29/2004 | LOAN PAYMENT | ($18,300.00) | $3,236,672.66 |
| 04/29/2004 | LOAN ADVANCE | $7,030.00 | $3,243,702.66 |
| 04/30/2004 | LOAN ADVANCE | $5,700.44 | $3,249,403.10 |
| 05/03/2004 | LOAN ADVANCE | $34,064.52 | $3,283,467.62 |
| 05/04/2004 | LOAN PAYMENT | ($14,500.00) | $3,268,967.62 |
| 05/05/2004 | LOAN PAYMENT | ($23,041.60) | $3,245,926.02 |
| 05/05/2004 | LOAN ADVANCE | $2,115.00 | $3,248,041.02 |
| 05/06/2004 | LOAN ADVANCE | $22,000.00 | $3,270,041.02 |
| 05/12/2004 | LOAN PAYMENT | ($21,475.00) | $3,248,566.02 |
| 05/13/2004 | LOAN ADVANCE | $175.00 | $3,248,741.02 |
| 05/19/2004 | LOAN PAYMENT | ($580.11) | $3,248,160.91 |
| 05/20/2004 | LOAN PAYMENT | ($15,606.00) | $3,232,554.91 |
| 05/20/2004 | LOAN ADVANCE | $16,516.26 | $3,249,071.17 |
| 05/24/2004 | LOAN ADVANCE | $740.00 | $3,249,811.17 |
| 05/25/2004 | LOAN ADVANCE | $38,220.40 | $3,288,031.57 |
| 06/01/2004 | LOAN PAYMENT | ($39,500.00) | $3,248,531.57 |
| 06/01/2004 | LOAN ADVANCE | $5,000.00 | $3,253,531.57 |
| 06/01/2004 | LOAN ADVANCE | $408,030.26 | $3,661,561.83 |
| 06/02/2004 | LOAN PAYMENT | ($500,000.00) | $3,161,561.83 |
| 06/02/2004 | LOAN ADVANCE | $389,686.24 | $3,551,248.07 |
| 06/03/2004 | LOAN ADVANCE | $29,083.27 | $3,580,331.34 |
| 06/04/2004 | LOAN ADVANCE | $47,717.00 | $3,628,048.34 |
| 06/07/2004 | LOAN ADVANCE | $6,327.46 | $3,634,375.80 |
| 06/08/2004 | LOAN ADVANCE | $6,843.00 | $3,641,218.80 |
| 06/09/2004 | LOAN PAYMENT | ($24,305.00) | $3,616,913.80 |
| 06/09/2004 | LOAN ADVANCE | $83,937.45 | $3,700,851.25 |
| 06/14/2004 | LOAN ADVANCE | $408.83 | $3,701,260.08 |
| 06/16/2004 | LOAN ADVANCE | $25,578.16 | $3,726,838.24 |
| 06/24/2004 | LOAN ADVANCE | $10,846.20 | $3,737,684.44 |
| 06/25/2004 | LOAN ADVANCE | $1,350.00 | $3,739,034.44 |
| 06/30/2004 | LOAN PAYMENT | ($25,000.00) | $3,714,034.44 |
| 07/01/2004 | LOAN ADVANCE | $13,513.79 | $3,727,548.23 |
| 07/02/2004 | LOAN ADVANCE | $5,706.20 | $3,733,254.43 |
| 07/09/2004 | LOAN PAYMENT | ($2,584.53) | $3,730,669.90 |
| 07/09/2004 | LOAN ADVANCE | $9,865.00 | $3,740,534.90 |
| 07/15/2004 | LOAN ADVANCE | $2,630.00 | $3,743,164.90 |
| 07/21/2004 | LOAN ADVANCE | $3,290.00 | $3,746,454.90 |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 07/26/2004 | LOAN ADVANCE | $1,250.00 | $3,747,704.90 |
| 08/02/2004 | LOAN PAYMENT | ($15,000.00) | $3,732,704.90 |
| 08/02/2004 | LOAN ADVANCE | $14,680.29 | $3,747,385.19 |
| 08/06/2004 | LOAN ADVANCE | $1,500.00 | $3,748,885.19 |
| 09/01/2004 | LOAN ADVANCE | $15,303.17 | $3,764,188.36 |
| 09/08/2004 | LOAN PAYMENT | ($16,500.00) | $3,747,688.36 |
| 10/01/2004 | LOAN ADVANCE | $15,394.17 | $3,763,082.53 |
| 10/13/2004 | LOAN PAYMENT | ($175,000.00) | $3,588,082.53 |
| 10/13/2004 | LOAN ADVANCE | $112,560.00 | $3,700,642.53 |
| 10/14/2004 | LOAN ADVANCE | $18,545.15 | $3,719,187.68 |
| 10/15/2004 | LOAN PAYMENT | ($2,584.53) | $3,716,603.15 |
| 10/15/2004 | LOAN ADVANCE | $19,257.17 | $3,735,860.32 |
| 10/19/2004 | LOAN ADVANCE | $6,849.60 | $3,742,709.92 |
| 10/25/2004 | LOAN ADVANCE | $329.03 | $3,743,038.95 |
| 10/27/2004 | LOAN ADVANCE | $112.49 | $3,743,151.44 |
| 10/29/2004 | LOAN PAYMENT | ($42,500.00) | $3,700,651.44 |
| 10/29/2004 | LOAN ADVANCE | $25,015.00 | $3,725,666.44 |
| 11/01/2004 | LOAN ADVANCE | $16,276.02 | $3,741,942.46 |
| 11/02/2004 | LOAN ADVANCE | $16,687.53 | $3,758,629.99 |
| 11/03/2004 | LOAN ADVANCE | $7,188.36 | $3,765,818.35 |
| 11/04/2004 | LOAN PAYMENT | ($20,818.09) | $3,745,000.26 |
| 11/04/2004 | LOAN ADVANCE | $1,519.19 | $3,746,519.45 |
| 11/08/2004 | LOAN ADVANCE | $150.00 | $3,746,669.45 |
| 11/17/2004 | LOAN ADVANCE | $485.00 | $3,747,154.45 |
| 11/18/2004 | LOAN PAYMENT | ($45,000.00) | $3,702,154.45 |
| 11/19/2004 | LOAN ADVANCE | $42,654.79 | $3,744,809.24 |
| 11/23/2004 | LOAN PAYMENT | ($15,000.00) | $3,729,809.24 |
| 11/23/2004 | LOAN ADVANCE | $12,515.00 | $3,742,324.24 |
| 11/26/2004 | LOAN ADVANCE | $323.42 | $3,742,647.66 |
| 11/30/2004 | LOAN PAYMENT | ($31,000.00) | $3,711,647.66 |
| 12/01/2004 | LOAN ADVANCE | $37,971.00 | $3,749,618.66 |
| 12/03/2004 | LOAN PAYMENT | ($10,000.00) | $3,739,618.66 |
| 12/03/2004 | LOAN ADVANCE | $4,966.55 | $3,744,585.21 |
| 12/06/2004 | LOAN ADVANCE | $1,134.00 | $3,745,719.21 |
| 12/08/2004 | LOAN ADVANCE | $1,315.00 | $3,747,034.21 |
| 12/15/2004 | LOAN ADVANCE | $1,515.00 | $3,748,549.21 |
| 01/03/2005 | LOAN PAYMENT | ($32,500.00) | $3,716,049.21 |
| 01/03/2005 | LOAN ADVANCE | $33,814.67 | $3,749,863.88 |
| 01/04/2005 | LOAN PAYMENT | ($7,000.00) | $3,742,863.88 |
| 01/05/2005 | LOAN ADVANCE | $6,679.94 | $3,749,543.82 |
| 01/13/2005 | LOAN PAYMENT | ($2,584.53) | $3,746,959.29 |
| 01/13/2005 | LOAN ADVANCE | $2,019.43 | $3,748,978.72 |
| 01/21/2005 | LOAN PAYMENT | ($4,627.00) | $3,744,351.72 |
| 01/21/2005 | LOAN ADVANCE | $3,561.65 | $3,747,913.37 |
| 01/25/2005 | LOAN ADVANCE | $1,546.65 | $3,749,460.02 |
| 01/31/2005 | LOAN PAYMENT | ($35,000.00) | $3,714,460.02 |
| 02/01/2005 | LOAN ADVANCE | $34,063.79 | $3,748,523.81 |
| 02/02/2005 | LOAN PAYMENT | ($1,500.00) | $3,747,023.81 |
| 02/02/2005 | LOAN ADVANCE | $1,826.59 | $3,748,850.40 |
| 02/08/2005 | LOAN PAYMENT | ($4,000.00) | $3,744,850.40 |
| 02/09/2005 | LOAN ADVANCE | $1,546.65 | $3,746,397.05 |
| 02/16/2005 | LOAN ADVANCE | $1,546.65 | $3,747,943.70 |
| 02/23/2005 | LOAN ADVANCE | $1,546.65 | $3,749,490.35 |
| 03/01/2005 | LOAN PAYMENT | ($80,000.00) | $3,669,490.35 |
| 03/01/2005 | LOAN ADVANCE | $34,020.46 | $3,703,510.81 |
| 03/08/2005 | LOAN ADVANCE | $1,597.00 | $3,705,107.81 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/11/2005 | LOAN ADVANCE | $5,000.00 | $3,710,107.81 |
| 03/15/2005 | LOAN ADVANCE | $1,597.00 | $3,711,704.81 |
| 03/22/2005 | LOAN ADVANCE | $1,597.00 | $3,713,301.81 |
| 03/28/2005 | LOAN ADVANCE | $20,265.00 | $3,733,566.81 |
| 03/29/2005 | LOAN PAYMENT | ($40,000.00) | $3,693,566.81 |
| 03/29/2005 | LOAN ADVANCE | $52,928.83 | $3,746,495.64 |
| 04/01/2005 | LOAN PAYMENT | ($40,000.00) | $3,706,495.64 |
| 04/01/2005 | LOAN ADVANCE | $34,931.72 | $3,741,427.36 |
| 04/04/2005 | LOAN ADVANCE | $1,597.00 | $3,743,024.36 |
| 04/12/2005 | LOAN ADVANCE | $1,597.00 | $3,744,621.36 |
| 04/15/2005 | LOAN PAYMENT | ($2,584.53) | $3,742,036.83 |
| 04/19/2005 | LOAN ADVANCE | $1,597.00 | $3,743,633.83 |
| 04/26/2005 | LOAN ADVANCE | $1,597.00 | $3,745,230.83 |
| 05/02/2005 | LOAN PAYMENT | ($35,000.00) | $3,710,230.83 |
| 05/02/2005 | LOAN ADVANCE | $34,858.88 | $3,745,089.71 |
| 05/04/2005 | LOAN ADVANCE | $1,597.00 | $3,746,686.71 |
| 05/10/2005 | LOAN PAYMENT | ($5,000.00) | $3,741,686.71 |
| 05/10/2005 | LOAN ADVANCE | $1,597.00 | $3,743,283.71 |
| 05/16/2005 | LOAN ADVANCE | $1,597.00 | $3,744,880.71 |
| 05/27/2005 | LOAN ADVANCE | $1,597.00 | $3,746,477.71 |
| 06/01/2005 | LOAN PAYMENT | ($37,500.00) | $3,708,977.71 |
| 06/01/2005 | LOAN ADVANCE | $38,558.98 | $3,747,536.69 |
| 06/07/2005 | LOAN ADVANCE | $1,597.00 | $3,749,133.69 |
| 06/15/2005 | LOAN PAYMENT | ($5,000.00) | $3,744,133.69 |
| 06/15/2005 | LOAN ADVANCE | $1,597.00 | $3,745,730.69 |
| 06/17/2005 | LOAN PAYMENT | ($677.23) | $3,745,053.46 |
| 06/20/2005 | LOAN ADVANCE | $1,597.00 | $3,746,650.46 |
| 06/27/2005 | LOAN ADVANCE | $1,597.00 | $3,748,247.46 |
| 07/01/2005 | LOAN ADVANCE | $19,950.64 | $3,768,198.10 |
| 07/05/2005 | LOAN PAYMENT | ($35,000.00) | $3,733,198.10 |
| 07/05/2005 | LOAN ADVANCE | $15,722.75 | $3,748,920.85 |
| 07/07/2005 | LOAN PAYMENT | ($2,500.00) | $3,746,420.85 |
| 07/08/2005 | LOAN ADVANCE | $1,597.00 | $3,748,017.85 |
| 07/11/2005 | LOAN ADVANCE | $445.00 | $3,748,462.85 |
| 07/13/2005 | LOAN PAYMENT | ($3,500.00) | $3,744,962.85 |
| 07/13/2005 | LOAN ADVANCE | $1,597.00 | $3,746,559.85 |
| 07/19/2005 | LOAN ADVANCE | $1,597.00 | $3,748,156.85 |
| 07/25/2005 | LOAN PAYMENT | ($2,584.53) | $3,745,572.32 |
| 07/27/2005 | LOAN PAYMENT | ($1,194.32) | $3,744,378.00 |
| 07/27/2005 | LOAN ADVANCE | $40,625.00 | $3,785,003.00 |
| 07/29/2005 | LOAN PAYMENT | ($40,000.00) | $3,745,003.00 |
| 08/01/2005 | LOAN ADVANCE | $21,231.19 | $3,766,234.19 |
| 08/02/2005 | LOAN PAYMENT | ($40,000.00) | $3,726,234.19 |
| 08/02/2005 | LOAN ADVANCE | $15,764.44 | $3,741,998.63 |
| 08/04/2005 | LOAN ADVANCE | $1,597.00 | $3,743,595.63 |
| 08/05/2005 | LOAN ADVANCE | $1,597.00 | $3,745,192.63 |
| 08/09/2005 | LOAN ADVANCE | $1,597.00 | $3,746,789.63 |
| 08/16/2005 | LOAN ADVANCE | $1,597.00 | $3,748,386.63 |
| 08/23/2005 | LOAN PAYMENT | ($5,000.00) | $3,743,386.63 |
| 08/24/2005 | LOAN ADVANCE | $1,597.00 | $3,744,983.63 |
| 08/29/2005 | LOAN PAYMENT | ($19,970.00) | $3,725,013.63 |
| 08/29/2005 | LOAN ADVANCE | $1,597.00 | $3,726,610.63 |
| 08/30/2005 | LOAN ADVANCE | $3,640.00 | $3,730,250.63 |
| 08/31/2005 | LOAN PAYMENT | ($40,000.00) | $3,690,250.63 |
| 08/31/2005 | LOAN ADVANCE | $37,333.47 | $3,727,584.10 |
| 09/01/2005 | LOAN PAYMENT | ($39,875.00) | $3,687,709.10 |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 09/01/2005 | LOAN ADVANCE | $55,543.98 | $3,743,253.08 |
| 09/06/2005 | LOAN ADVANCE | $1,597.00 | $3,744,850.08 |
| 09/09/2005 | LOAN ADVANCE | $2,680.00 | $3,747,530.08 |
| 09/12/2005 | LOAN ADVANCE | $1,597.00 | $3,749,127.08 |
| 09/22/2005 | LOAN PAYMENT | ($2,500.00) | $3,746,627.08 |
| 09/23/2005 | LOAN ADVANCE | $1,597.00 | $3,748,224.08 |
| 09/26/2005 | LOAN PAYMENT | ($55,000.00) | $3,693,224.08 |
| 09/26/2005 | LOAN ADVANCE | $51,597.00 | $3,744,821.08 |
| 09/27/2005 | LOAN PAYMENT | ($25,000.00) | $3,719,821.08 |
| 09/27/2005 | LOAN ADVANCE | $17,515.00 | $3,737,336.08 |
| 09/28/2005 | LOAN ADVANCE | $10,015.00 | $3,747,351.08 |
| 09/29/2005 | LOAN ADVANCE | $1,597.00 | $3,748,948.08 |
| 10/03/2005 | LOAN ADVANCE | $21,616.75 | $3,770,564.83 |
| 10/05/2005 | LOAN PAYMENT | ($38,250.00) | $3,732,314.83 |
| 10/05/2005 | LOAN ADVANCE | $15,646.52 | $3,747,961.35 |
| 10/13/2005 | LOAN ADVANCE | $1,597.00 | $3,749,558.35 |
| 10/20/2005 | LOAN PAYMENT | ($2,000.00) | $3,747,558.35 |
| 10/21/2005 | LOAN PAYMENT | ($2,584.53) | $3,744,973.82 |
| 10/21/2005 | LOAN ADVANCE | $2,197.00 | $3,747,170.82 |
| 10/26/2005 | LOAN ADVANCE | $1,597.00 | $3,748,767.82 |
| 10/31/2005 | LOAN ADVANCE | $60.00 | $3,748,827.82 |
| 11/01/2005 | LOAN ADVANCE | $23,020.03 | $3,771,847.85 |
| 11/04/2005 | LOAN PAYMENT | ($50,000.00) | $3,721,847.85 |
| 11/07/2005 | LOAN ADVANCE | $16,686.75 | $3,738,534.60 |
| 11/08/2005 | LOAN PAYMENT | ($10,000.00) | $3,728,534.60 |
| 11/10/2005 | LOAN ADVANCE | $1,597.00 | $3,730,131.60 |
| 11/14/2005 | LOAN ADVANCE | $17,500.00 | $3,747,631.60 |
| 11/18/2005 | LOAN ADVANCE | $1,597.00 | $3,749,228.60 |
| 11/22/2005 | LOAN PAYMENT | ($2,750.00) | $3,746,478.60 |
| 11/23/2005 | LOAN ADVANCE | $1,520.61 | $3,747,999.21 |
| 11/28/2005 | LOAN ADVANCE | $1,440.61 | $3,749,439.82 |
| 12/01/2005 | LOAN ADVANCE | $22,754.79 | $3,772,194.61 |
| 12/02/2005 | LOAN ADVANCE | $16,384.74 | $3,788,579.35 |
| 12/05/2005 | LOAN PAYMENT | ($42,500.00) | $3,746,079.35 |
| 12/07/2005 | LOAN ADVANCE | $1,437.00 | $3,747,516.35 |
| 12/12/2005 | LOAN ADVANCE | $1,437.00 | $3,748,953.35 |
| 12/15/2005 | LOAN PAYMENT | ($6,500.00) | $3,742,453.35 |
| 12/20/2005 | LOAN ADVANCE | $2,235.76 | $3,744,689.11 |
| 12/27/2005 | LOAN ADVANCE | $5,000.00 | $3,749,689.11 |
| 12/28/2005 | LOAN PAYMENT | ($100,000.00) | $3,649,689.11 |
| 12/29/2005 | LOAN ADVANCE | $50,000.00 | $3,699,689.11 |
| 12/30/2005 | LOAN ADVANCE | $3,794.00 | $3,703,483.11 |
| 01/03/2006 | LOAN ADVANCE | $43,783.88 | $3,747,266.99 |
| 01/10/2006 | LOAN ADVANCE | $1,747.20 | $3,749,014.19 |
| 01/17/2006 | LOAN PAYMENT | ($100,000.00) | $3,649,014.19 |
| 01/17/2006 | LOAN ADVANCE | $80,015.00 | $3,729,029.19 |
| 01/19/2006 | LOAN ADVANCE | $2,347.20 | $3,731,376.39 |
| 01/20/2006 | LOAN ADVANCE | $15,015.00 | $3,746,391.39 |
| 01/23/2006 | LOAN PAYMENT | ($102,653.49) | $3,643,737.90 |
| 01/23/2006 | LOAN ADVANCE | $61,762.20 | $3,705,500.10 |
| 01/25/2006 | LOAN PAYMENT | ($2,584.53) | $3,702,915.57 |
| 01/27/2006 | LOAN ADVANCE | $2,515.00 | $3,705,430.57 |
| 01/30/2006 | LOAN ADVANCE | $1,747.20 | $3,707,177.77 |
| 02/01/2006 | LOAN ADVANCE | $40,010.68 | $3,747,188.45 |
| 02/07/2006 | LOAN PAYMENT | ($25,000.00) | $3,722,188.45 |
| 02/07/2006 | LOAN ADVANCE | $11,782.50 | $3,733,970.95 |

| | | | |
|---|---|---|---|
| 02/08/2006 | LOAN ADVANCE | $14,477.20 | $3,748,448.15 |
| 02/28/2006 | LOAN ADVANCE | $400.00 | $3,748,848.15 |
| 03/01/2006 | LOAN PAYMENT | ($45,000.00) | $3,703,848.15 |
| 03/01/2006 | LOAN ADVANCE | $37,808.57 | $3,741,656.72 |
| 03/03/2006 | LOAN ADVANCE | $7,000.00 | $3,748,656.72 |
| 03/31/2006 | LOAN ADVANCE | $277.65 | $3,748,934.37 |
| 04/03/2006 | LOAN ADVANCE | $25,503.76 | $3,774,438.13 |
| 04/04/2006 | LOAN PAYMENT | ($16,000.00) | $3,758,438.13 |
| 04/04/2006 | LOAN ADVANCE | $17,240.65 | $3,775,678.78 |
| 04/11/2006 | LOAN PAYMENT | ($50,000.00) | $3,725,678.78 |
| 04/11/2006 | LOAN ADVANCE | $23,250.00 | $3,748,928.78 |
| 04/12/2006 | LOAN ADVANCE | $515.00 | $3,749,443.78 |
| 04/18/2006 | LOAN PAYMENT | ($50,000.00) | $3,699,443.78 |
| 04/18/2006 | LOAN ADVANCE | $50,250.00 | $3,749,693.78 |
| 05/01/2006 | LOAN ADVANCE | $25,224.16 | $3,774,917.94 |
| 05/02/2006 | LOAN PAYMENT | ($45,000.00) | $3,729,917.94 |
| 05/02/2006 | LOAN ADVANCE | $15,270.46 | $3,745,188.40 |
| 05/11/2006 | LOAN ADVANCE | $3,515.00 | $3,748,703.40 |
| 06/01/2006 | LOAN ADVANCE | $26,557.95 | $3,775,261.35 |
| 06/02/2006 | LOAN PAYMENT | ($40,500.00) | $3,734,761.35 |
| 06/02/2006 | LOAN ADVANCE | $15,248.45 | $3,750,009.80 |
| 07/03/2006 | LOAN ADVANCE | $26,196.04 | $3,776,205.84 |
| 07/10/2006 | LOAN PAYMENT | ($45,000.00) | $3,731,205.84 |
| 07/10/2006 | LOAN ADVANCE | $15,123.95 | $3,746,329.79 |
| 07/11/2006 | LOAN ADVANCE | $35.00 | $3,746,364.79 |
| 08/01/2006 | LOAN PAYMENT | ($40,000.00) | $3,706,364.79 |
| 08/01/2006 | LOAN ADVANCE | $42,657.74 | $3,749,022.53 |
| 09/01/2006 | LOAN ADVANCE | $27,432.70 | $3,776,455.23 |
| 10/02/2006 | LOAN ADVANCE | $26,683.32 | $3,803,138.55 |
| 11/01/2006 | LOAN ADVANCE | $27,733.19 | $3,830,871.74 |

# EXHIBIT "B"



