George R. Hirsch, Esq. (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P. O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., | Docket No: 06-Civ-4802 (DMC) |
| Plaintiff, | **DECLARATION OF SERVICE** |
| vs. | |
| ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Defendants. | |

**MARIA S. KRAFT**, of full age, declares pursuant to 28 U.S.C. §1746, as follows:

1. I am employed as a legal secretary by the law firm of Bressler, Amery & Ross, P.C. attorneys for Plaintiff. Said firm maintains offices for the practice of law at 325 Columbia Turnpike, Florham Park, New Jersey 07932.

2. On Tuesday, December 5, 2006, I caused to be served upon the parties on the annexed Service List, via the means indicated thereon, copies of the following documents:

- Notice of Electronic Filing (94);

- Letter to Clerk of the United States District Court District of New Jersey regarding Cross-Motion for Summary Judgment filed by Defendant JP Morgan Chase Bank, N.A.;

- Notice of Electronic Filing (97);

- Plaintiff's Brief in Opposition to Defendant's Cross-Motions to Dismiss;

- Declaration of Eric R. Billings;

- Declaration of Edward D. Tan, Esq;

- Notice of Electronic Filing (99); and

- Plaintiff's Reply Brief In Further Support of Motion For Summary Judgment On The Fourth Count Of The Verified Complaint And For Certification of Judgment As Final.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: December 5, 2006

_____
Maria S. Kraft

MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. vs.
ARTHUR KUPPERMAN, ET AL.

CIVIL ACTION NO: 06-4802 (DMC)

SERVICE LIST

## VIA UPS

Honorable Dennis M. Cavanaugh, U.S.D.J.

## VIA ELECTRONIC NOTIFICATION

John M. August
jaugust@herrick.com

A. Michael Covino, Esq.
mcovino@budd-larner.com, filingnotice@budd-larner.com

John P. Gleason, Esq.
jgleason@gleasonkoatz.com

Vincent Frank Papalia, Esq.
vfp@saiber.com, bonnie@saiber.com

Frederick B. Polak, Esq.
fbp@ppgms.com, kmw@ppgms.com

## VIA FIRST-CLASS MAIL

Frederick B. Polak, Esq.
Post, Polak, Goodsell, MacNeill,
 & Strauchler, P.A.
425 Eagle Rock Avenue
Suite 200
Roseland, New Jersey 07068

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-7734

John M. August, Esq.
Herrick Feinstein, LLP
One Gateway Center
Newark, New Jersey 07102

John P. Gleason, Esq.
Gleason & Koatz, LLP
230 Park Avenue
New York, New York 10169

Vincent F. Papalia, Esq.
Saiber, Schlesinger, Satz & Goldstein, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102-5311

James A. Scarpone, Esq.
Scarpone, Staiano & Savage, LLC
744 Broad Street
Newark, New Jersey 07102