George R. Hirsch, Esq. (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P. O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>Defendants. | Docket No: 06-Civ-4802 (DMC)<br><br>**DECLARATION OF SERVICE** |

**MARIA S. KRAFT**, of full age, declares pursuant to 28 U.S.C. §1746, as follows:

1. I am employed as a legal secretary by the law firm of Bressler, Amery & Ross, P.C. attorneys for Plaintiff. Said firm maintains offices for the practice of law at 325 Columbia Turnpike, Florham Park, New Jersey 07932.

2. On Friday, December 8, 2006, I caused to be served upon the parties on the annexed Service List, via the means indicated thereon, copies of the following documents:

- Notice of Electronic Filing (106); and

- Letter Brief in Opposition to Defendant Krelman's Motion to Release Funds for Bankruptcy Filing.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: December 11, 2006          _____
                                              Maria S. Kraft

MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. vs.
ARTHUR KUPPERMAN, ET AL.

CIVIL ACTION NO: 06-4802 (DMC)

SERVICE LIST

## *VIA ECF AND FEDEX*

Honorable Dennis M. Cavanaugh, U.S.D.J.

## *VIA ELECTRONIC NOTIFICATION*

John M. August
jaugust@herrick.com

A. Michael Covino, Esq.
mcovino@budd-larner.com, filingnotice@budd-larner.com

John P. Gleason, Esq.
jgleason@gleasonkoatz.com

Vincent Frank Papalia, Esq.
vfp@saiber.com, bonnie@saiber.com

Frederick B. Polak, Esq.
fbp@ppgms.com, kmw@ppgms.com

## *VIA FIRST-CLASS MAIL*

Frederick B. Polak, Esq.
Post, Polak, Goodsell, MacNeill,
 & Strauchler, P.A.
425 Eagle Rock Avenue
Suite 200
Roseland, New Jersey 07068

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-7734

John M. August, Esq.
Herrick Feinstein, LLP
One Gateway Center
Newark, New Jersey 07102

John P. Gleason, Esq.
Gleason & Koatz, LLP
230 Park Avenue
New York, New York 10169

Vincent F. Papalia, Esq.
Saiber, Schlesinger, Satz & Goldstein, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102-5311

James A. Scarpone, Esq.
Scarpone, Staiano & Savage, LLC
744 Broad Street
Newark, New Jersey 07102