A. Michael Covino (AC 4352)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Defendants
Arthur Kupperman and
PGB International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., | Civil Action No. 06-Civ-4802(DMC) |
| Plaintiff, | |
| vs. | **ARTHUR KUPPERMAN'S RESPONSE TO JP MORGAN CHASE'S LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS AND THEIR OWN STATEMENT OF UNDISPUTED MATERIAL FACTS** |
| ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC, | |
| Defendants. | |

    Pursuant to L.Civ.R. 56.1, Defendant Arthur Kupperman ("Kupperman") submits this Response to JP Morgan Chase's Statement of Undisputed Material Facts in opposition to JP Morgan Chase's cross-motion for partial summary judgment:

1. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 1.

2. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 2.

3. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 3.

4. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 4.

5.  Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 5.

6.  Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 6.

7.  Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 7.

8.  Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 8.

9.  Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 9.

10. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 10.

11. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 11.

12. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 12.

13. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 13.

14. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 14.

15. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 15.

16. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 16.

17. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 17.

18. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 18.

19. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 19.

20. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 20.

21. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 21.

22. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 22.

23. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 23.

24. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 24.

25. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 25

26. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 26.

27. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 27.

28. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 28.

29. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 29.

30. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 30.

31. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 31.

32. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 32.

33. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 33.

34. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 34.

35. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 35.

36. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 36.

37. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 37.

38. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 38.

39. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 39.

40. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 40.

41. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 41.

42. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 42.

43. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 43.

44. Kupperman asserts his Fifth Amendment Privilege as to statements contained in paragraph 44.

_____
A. Michael Covino

Dated: December 26, 2006
624460.W