A. Michael Covino (AC 4352)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Defendants
Arthur Kupperman and
PGB International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., | Civil Action No. 06-Civ-4802(DMC) |
| Plaintiff, | |
| vs. | |
| ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC, | **PGB INTERNATIONAL, LLC'S RESPONSE TO JP MORGAN CHASE'S LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS AND THEIR OWN STATEMENT OF UNDISPUTED MATERIAL FACTS** |
| Defendants. | |

Pursuant to L.Civ.R. 56.1, Defendants PGB International LLC ("PGB") submits this Response to JP Morgan Chase's Statement of Undisputed Material Facts in opposition to JP Morgan Chase's cross-motion for partial summary judgment:

1. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 1.

2. PGB refers to the relevant documents for the contents thereof.

3. PGB refers to the relevant documents for the contents thereof.

4. PGB refers to the relevant documents for the contents thereof.

5. PGB refers to the relevant documents for the contents thereof.

6. PGB refers to the relevant documents for the contents thereof.

7. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 7.

8. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 8.

9. PGB refers to the relevant documents for the contents thereof.

10. PGB refers to the relevant documents for the contents thereof.

11. PGB refers to the relevant documents for the contents thereof.

12. PGB refers to the relevant documents for the contents thereof.

13. PGB refers to the relevant documents for the contents thereof.

14. PGB refers to the relevant documents for the contents thereof.

15. PGB refers to the relevant documents for the contents thereof.

16. PGB refers to the relevant documents for the contents thereof.

17. PGB refers to the relevant documents for the contents thereof.

18. PGB refers to the relevant documents for the contents thereof.

19. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 19.

20. PGB refers to the relevant documents for the contents thereof.

21. PGB refers to the relevant documents for the contents thereof.

22. PGB refers to the relevant documents for the contents thereof.

23. PGB refers to the relevant documents for the contents thereof.

24. PGB refers to the relevant documents for the contents thereof.

25. PGB refers to the relevant documents for the contents thereof.

26. PGB refers to the relevant documents for the contents thereof.

27. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 27.

28. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 28.

29. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 29.

30. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 30.

31. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 31.

32. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 32.

33. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 33.

34. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 34.

35. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 35.

36. PGB refers to the relevant documents for the contents thereof.

37. PGB refers to the relevant documents for the contents thereof.

38. PGB refers to the relevant documents for the contents thereof.

39. PGB denies knowledge or information sufficient to form a belief as to the statements contained in paragraph 39.

40. PGB admits this statement.

41. PGB refers to the relevant documents for the contents thereof.

42. PGB refers to the relevant documents for the contents thereof.

43. PGB refers to the relevant documents for the contents thereof.

44. PGB refers to the relevant documents for the contents thereof.

_____
A. Michael Covino

Dated:   December 26, 2006
625041.W