HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., <br><br> Defendants, <br><br> and <br><br> JOHN DOES (1-10) and ABC CORPORATIONS (1-10), <br><br> Additionally Defendants <br> on the Crossclaim. | CIVIL ACTION <br><br> Civil Action No. 06-4802 (DMC) <br><br><br> **SUPPLEMENTAL DECLARATION OF JOHN M. AUGUST IN SUPPORT OF CROSS-MOTION OF DEFENDANT JPMORGAN CHASE BANK, N.A FOR PARTIAL SUMMARY JUDGMENT AND RELATED RELIEF** |

**JOHN M. AUGUST** declares as follows pursuant to 28 U.S.C. § 1746:

1.    I am an associate with the law firm of Herrick, Feinstein LLP ("HF"), attorneys for defendant JPMorgan Chase Bank, N.A. ("Chase") in the above matter. I make this declaration in further support of Chase's Cross-Motion for summary judgment against defendants PGB International, LLC ("PGB"), Arthur Kupperman ("Kupperman"), E. Ross Browne ("Browne"), and Paulette Krelman ("Krelman").

2.       Attached hereto as Exhibit A is a true copy of the Affidavit of Wayne P.

Tessler.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2007

_____
John M. August

HF 3490678v.1 #04055/0002 01/04/2007

EXHIBIT A

GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Amper, Politziner & Mattia P.C.

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br>              Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC <br><br>              Defendants. | **CIVIL ACTION NO. 06 Civ. 4802 (DMC)** <br><br> **AFFIDAVIT OF WAYNE P. TESSLER** |

STATE OF NEW JERSEY )
                     ) SS:
COUNTY OF MONMOUTH )

I, WAYNE P. TESSLER, of full age, being duly sworn, hereby deposes and says:

1. I am a CPA and an officer and shareholder of Amper, Politziner & Mattia P.C. ("APM"). I have personal knowledge of the facts stated herein.

2. APM is in receipt of a subpoena issued by counsel for Merrill Lynch Business Financial Services, Inc. dated November 7, 2006 and a subpoena issued by counsel for JPMorgan Chase Bank, N.A. dated November 10, 2006 (collectively the "Subpoenas").

3.   APM has previously produced documents responsive to the Subpoenas to counsel for JPMorgan and Merrill Lynch. In connection with this Affidavit, it will also produce individual tax returns for Ross Browne for the periods covered by the Subpoenas. To the best of APM's knowledge, there are no other documents responsive to the Subpoenas.

4.   APM is also in receipt of a document entitled Independent Auditors' Report purportedly issued by an entity referred to as "Amper, Politziner & Mattia P.A." to the Board of Directors of PGB International LLC dated December 17, 2003 and a document entitled Independent Auditors' Report purportedly issued by an entity referred to as "Amper, Politziner & Mattia P.A." to the Board of Directors of PITTRA G.B. International, Inc. dated December 16, 2005 (collectively "the Documents"). Copies of the Documents are annexed hereto as Exhibits A and B.

5.   Neither Document was prepared by APM or anyone at the direction of APM. APM has no record of these Documents in its files. Indeed, the letterhead on the Documents is inaccurate. For example, the Documents state that APM is a P.A. whereas it is a P.C. Moreover, the Documents list Princeton, New Jersey and Flemington, New Jersey as offices of APM. These offices were closed prior to the date of the 2005 Documents. Additionally, the unauthorized letterhead also does not include new office locations in New York City and Rochelle Park that

2

existed in 2003 and was on our official letterhead. The 2005
unauthorized letterhead also does not include our New York City
and Hackensack offices.

_Wayne P. Tessler_
Wayne P. Tessler, CPA

DATED: December 19th ,2006

Sworn to before me this
19a day of December 2006

_[signature]_
Notary Public

**DONALD F MULLER II**
**ID # 2341071**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission Expires 2/22/2011**
_Monmouth County_ .

3

**EXHIBIT A**

**AMPER, POLITZINER & MATTIA** P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0200

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719

(732) 919-1400
FAX (732) 919-6230

Independent Auditors' Report

Board of Directors
PGB International LLC

We have audited the accompanying balance sheets of PGB International LLC as of September 30, 2003 and 2002, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PGB International LLC as of September 30, 2003 and 2002, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 17, 2003
Wall, New Jersey

## PGB INTERNATIONAL LLC.
### Balance Sheet
September 30, 2003 and 2002

|                                    | 2003         | 2002         |
|------------------------------------|-------------:|-------------:|
| Current assets:                    |              |              |
| Cash                               | $24,237      | $204,372     |
| Accounts receivable                |              |              |
| Direct sales                       | 4,595,298    | 3,581,348    |
| Indirect sales                     | 836,096      | 1,612,408    |
| Other accounts receivable          | 350,748      | 397,042      |
| Inventory                          | 491,763      | 1,418,283    |
| Prepaid income                     | 47,284       | 325,280      |
| Prepaid expenses                   | 27,636       | 103,963      |
| Total current assets               | 6,373,062    | 7,642,696    |
| Equipment                          | 56,843       | 41,443       |
| Goodwill                           | 500,000      | 500,000      |
| Total assets                       | $6,929,905   | $8,184,139   |
| Current liabilities:               |              |              |
| Credit line payable                | $2,736,327   | $1,625,384   |
| Accounts payable                   | 1,298,683    | 3,739,297    |
| Accrued expenses                   | 576,045      | 813,132      |
| Total current liabilities          | 4,611,055    | 6,177,813    |
| Subordinated loans                 | 542,748      | 542,748      |
| Total liabilities                  | 5,153,803    | 6,720,561    |
| Stockholder equity                 |              |              |
| Capital stock                      | 15,000       | 15,000       |
| Additional paid in capital         | 1,539,185    | 1,239,185    |
| Retained earnings                  | 221,917      | 209,393      |
| Total stockholder equity           | 1,776,102    | 1,463,578    |
| Total liabilities and equity       | $6,929,905   | $8,184,139   |

PGB INTERNATIONAL LLC
Statements of Income and Retained Earnings
For the Years Ended September 30, 2003 and 2002

|  | 2003 | 2002 |
|---|---|---|
| Sales |  |  |
| Direct | $32,154,064 | $32,476,401 |
| Brokered | 11,793,765 | 15,387,208 |
| Total sales | 43,947,829 | 47,863,609 |
| Cost of sales |  |  |
| Direct | 29,911,183 | 30,647,557 |
| Brokered | 11,218,760 | 14,654,284 |
| Total cost of sales | 41,129,943 | 45,301,841 |
| Operating income | 2,817,886 | 2,561,768 |
| Selling, general, and administrative expenses | 2,803,015 | 2,223,875 |
| Income before provision for taxes | 14,871 | 337,893 |
| Provision for taxes on income | 2,347 | 128,500 |
| Net income | 12,524 | 209,393 |
| Retained earnings - beginning | 209,393 | 0 |
| Retained earnings - ending | $221,917 | $209,393 |

PGB INTERNATIONAL LLC
Statement of Cash Flows
For the Years Ended September 30, 2003 and 2002

|  | 2003 | 2002 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net income | $12,524 | $209,393 |
| Adjustments to reconcile net income to net cash from operating activities |  |  |
| Depreciation and amortization | 287,956 | 822,488 |
| Decrease (Increase) in: |  |  |
| Accounts receivable | (191,344) | (5,590,798) |
| Inventory | 926,520 | (1,418,283) |
| Income paid in advance |  | (325,280) |
| Prepaid expenses and other current assets | 76,327 | (103,963) |
| Increase (decrease) in: |  |  |
| Accounts payable | (2,440,614) | 3,739,297 |
| Accrued expenses | (237,087) | 813,132 |
| Total adjustments | (1,578,242) | (2,876,539) |
| Cash flow (used in) operations | (1,565,718) | (2,667,146) |
| Cash flows from investing activities: |  |  |
| Acquisition of furniture and equipment | (25,360) | (50,799) |
| Goodwill paid in connection with acquisition | 0 | (500,000) |
| Cash flows (used in) investing activities | (25,360) | (550,799) |
| Cash flows from financing activities: |  |  |
| Net increase in credit lines payable | 1,110,943 | 1,625,384 |
| Proceeds from subordinated loans | 0 | 542,748 |
| Contributions to additional paid in capital | 300,000 | 1,239,185 |
| Proceeds from sale of common stock | 0 | 15,000 |
| Cash flows provided by financing activities | 1,410,943 | 3,422,317 |
| Net change in cash | (180,135) | 204,372 |
| Cash - beginning | 204,372 | 0 |
| Cash - ending | $24,237 | $204,372 |
| Supplemental disclosures of cash paid: |  |  |
| Interest | $136,879 | $124,787 |

PGB INTERNATIONAL LLC
Notes to Financial Statements

Note 1   Organization

The company was incorporated in October 2001 to acquire the net assets of G.B.
International, Inc. and simultaneously acquire accounts receivable, inventory and the
goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value
have been recorded as goodwill.

Note 2   Summary of significant accounting policies

Operations

PGB International LLC (the "Company") is an importer and distributor of fruit juice
concentrates. The company imports the concentrates from countries in Europe, Asia,
Africa, and South America. Distribution of the concentrates is principally to
companies located throughout the United States. Credit is granted to substantially all
customers, the majority of whom are in the juice industry.

Use of estimates

The preparation of financial statements in conformity with generally accepted
accounting principles requires management to make estimates and assumptions that
affect the reported amounts of assets and liabilities and disclosure of contingent assets
and liabilities at the date of the financial statements and the reported amounts of
revenues and expenses during the reporting period. Actual results could differ from
those estimates.

Revenue Recognition

Revenue is recognized upon shipment to customers.

-5-

PGB INTERNATIONAL LLC
Notes to Financial Statements

Note 2   <u>Inventory</u>

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost
(determined on a specific identity basis) or market.

<u>Furniture and Equipment</u>

Furniture and equipment are stated at cost, less accumulated depreciation.
Depreciation is provided over the estimated useful lives of the assets as follows:

| | | |
|---|---|---|
| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

Note 3   <u>Concentration of Cash Balances</u>

The Company maintains its cash in bank deposit accounts which, at times, may exceed
federally insured limits. The Company has not experienced any losses in such
accounts. The Company believes it is not exposed to any significant credit risk on cash
and equivalents.

Note 4   <u>Prepaid Expense and Other Current Assets</u>

| | 2003 | 2002 |
|---|---|---|
| Prepaid insurance | $21,186 | $84,673 |
| Prepaid - miscellaneous | 5,450 | 29,390 |
| Total | $27,636 | $103,963 |

-6-

PGB INTERNATIONAL LLC
Notes to Financial Statements

Note 5   Furniture and equipment

|  | 2003 | 2002 |
|---|---|---|
| Equipment | $67,409 | $42,049 |
| Furniture | 8,750 | 8,750 |
| Total | 76,159 | 50,799 |
| Accumulated depreciation | 19,316 | 9,356 |
| Net furniture and equipment | $56,843 | $41,443 |

Note 6   Credit line payable

On November 27, 2002, the Company entered into a credit line facility with an initial credit line in the initial amount of $2,250,000, and subsequently increased to $2,750,000. Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The initial term of the credit facility is one year. The credit facility is secured by all assets of the Company and is personally guaranteed by the stockholders of the Company.

The above credit line facility replaced a previous facility.

Note 7   Operating leases

The Company is leasing office space in New Jersey from a stockholder at a monthly rate of approximately $5,400. The lease is a month to month lease. Rent expense recorded in connection with the stockholder lease was $65,200 for the year ended September 30, 2003.

The Company has other operating leases for transportation vehicles and office equipment. The lease expenses in connection with these operating leases were approximately $52,000 for the year ended September 30, 2003. These leases expire at various times through June 2005.

-7-

PGB INTERNATIONAL LLC
Notes to Financial Statements

Note 8    Income Taxes

The provision for income taxes differs from the amount expected using statutory rates
because of permanent differences (officers's life insurance, entertainment expenses,
etc.), state taxes, and other timing differences.

Note 9    Commitments

As of September 20, 2003 the Company had no open letters of credit.

Note 10   Retirement Plan

The Company maintains a 401(K) profit-sharing plan ("Plan"). Employees become
eligible to participate in the Plan after completing nine months of continuous service
for the Company. The Company, at its discretion, can make a contribution not
exceeding 5% of the employees' salaries. For the years ended September 30, 2003 and
2002 the contribution expense was approximately $38,500 and $37,000, respectively.

-8-

# PGB International LLC
### Selling, general, and administrative expenses
### For the year ended September 30, 2002

| | |
|---|---:|
| Officers salaries | $688,000 |
| Office salaries | 577,473 |
| Payroll taxes | 89,148 |
| Employee benefits | 108,311 |
| | |
| Rent | 65,663 |
| Utilities | 9,425 |
| Telephone | 39,903 |
| Insurance | 142,490 |
| | |
| Travel and entertainment | 135,874 |
| Dues and subscriptions | 26,384 |
| Office equipment rental | 8,345 |
| Office equipment maintenance | 2,589 |
| | |
| General office expenses | 29,398 |
| Postage | 6,845 |
| Professional fees | 22,500 |
| Courier services | 33,187 |
| | |
| Laboratory fees | 29,345 |
| Interest expense | 156,982 |
| Depreciation | 3,030 |
| Bank charges | 48,983 |
| | |
| Total | $2,223,875 |

# PGB International LLC
## Selling, general, and administrative expenses
### For the year ended September 30, 2003

| | |
|---|---:|
| Officers salaries | $1,368,000 |
| Office salaries | 571,843 |
| Payroll taxes | 89,473 |
| Employee benefits | 123,874 |
| | |
| Rent | 65,039 |
| Utilities | 8,745 |
| Telephone | 33,852 |
| Insurance | 128,453 |
| | |
| Travel and entertainment | 122,398 |
| Dues and subscriptions | 17,472 |
| Office equipment rental | 8,772 |
| Office equipment maintenance | 4,871 |
| | |
| General office expenses | 27,765 |
| Postage | 7,347 |
| Professional fees | 12,500 |
| Courier services | 28,762 |
| | |
| Laboratory fees | 18,639 |
| Interest expense | 127,387 |
| Depreciation | 3,150 |
| Bank charges | 34,673 |
| | |
| Total | $2,803,015 |

**EXHIBIT B**



AMPER, POLITZINER & MATTIA P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0200

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719

(732) 919-1400
FAX (732) 919-6230

## Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheets of PITTRA G. B. International, Inc. as of September 30, 2005 and 2004, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2005 and 2004, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 16, 2005
Wall, New Jersey

MEMBERS OF AICPA DIVISION FOR CPA FIRMS - SEC AND PRIVATE COMPANIES PRACTICE SECTIONS

# PITTRA G. B. INTERNATIONAL, Inc.
## Balance Sheet
### September 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| Current assets: |  |  |
| Cash | $90,178 | $86,198 |
| Accounts receivable | 9,346,248 | 6,696,242 |
| Direct sales | 152,190 | 209,834 |
| Indirect sales | 214,871 | 262,896 |
| Other accounts receivable | 728,190 | 967,298 |
| Inventory | 44,189 | 36,781 |
| Prepaid expenses |  |  |
| Total current assets | 10,575,866 | 8,259,249 |
| Equipment | 43,459 | 53,693 |
| Goodwill | 500,000 | 500,000 |
| Total assets | $11,119,325 | $8,812,942 |
| Current liabilities: |  |  |
| Credit line payable | $3,748,948 | $3,747,688 |
| Current maturity of long term debt | 166,667 | 166,667 |
| Accounts payable | 2,780,676 | 1,369,643 |
| Accrued expenses | 783,271 | 381,903 |
| Total current liabilities | 7,479,562 | 5,665,901 |
| Long term debt, less current maturities | 42,621 | 305,342 |
| Subordinated loans | 542,748 | 542,748 |
| Total liabilities | 8,064,931 | 6,513,991 |
| Stockholder equity |  |  |
| Capital stock | 15,000 | 15,000 |
| Additional paid in capital | 2,739,185 | 2,039,185 |
| Retained earnings | 300,209 | 244,766 |
| Total stockholder equity | 3,054,394 | 2,298,951 |
| Total liabilities and equity | $11,119,325 | $8,812,942 |

## PITTRA G. B. INTERNATIONAL, INC.
### Statements of Income and Retained Earnings
### For the Years Ended September 30, 2005 and 2004

|                                              | 2005         | 2004         |
|----------------------------------------------|-------------:|-------------:|
| Sales                                        |              |              |
| Direct                                       | $53,987,193  | $49,785,362  |
| Brokered                                     | 1,987,204    | 5,735,179    |
| Total sales                                  | 55,974,397   | 55,520,541   |
| Cost of sales                                |              |              |
| Direct                                       | 50,812,746   | 47,416,789   |
| Brokered                                     | 1,907,723    | 5,527,316    |
| Total cost of sales                          | 52,720,469   | 52,944,105   |
| Operating income                             | 3,253,928    | 2,576,436    |
| Selling, general, and administrative expenses| 3,196,383    | 2,551,897    |
| Income before provision for taxes            | 57,545       | 24,539       |
| Provision for taxes on income                | 2,102        | 1,690        |
| Net income                                   | 55,443       | 22,849       |
| Retained earnings - beginning                | 244,766      | 221,917      |
| Retained earnings - ending                   | $300,209     | $244,766     |

## PETRA G. B. INTERNATIONAL, INC.
### Statement of Cash Flows
#### For the Years Ended September 30, 2005 and 2004

|  | 2004 | 2003 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net income | $55,443 | $22,849 |
| Adjustments to reconcile net income to net |  |  |
| cash from operating activities |  |  |
| Depreciation and amortization | 10,234 | 50,434 |
| Decrease (increase) in: |  |  |
| Accounts receivable | (2,544,337) | (1,386,830) |
| Inventory | 239,108 | (475,535) |
| Prepaid expenses and other current assets | (7,408) | (9,145) |
| Increase (decrease) in: |  |  |
| Accounts payable | 1,411,033 | 70,960 |
| Accrued expenses | 401,368 | (194,142) |
| Total adjustments | (490,002) | (1,944,258) |
| Cash flow (used in) operations | (434,559) | (1,921,409) |
|  |  |  |
| Cash flows from financing activities: |  |  |
| Net increase in credit lines payable | 1,260 | 1,011,361 |
| Proceeds of long-term borrowings | 0 | 500,000 |
| Repayment of long-term borrowings | (262,721) | (27,991) |
| Contributions to additional paid in capital | 700,000 | 500,000 |
| Cash flows provided by financing activities | 438,539 | 1,983,370 |
| Net change in cash | 3,980 | 61,961 |
| Cash - beginning | 86,198 | 24,237 |
| Cash - ending | $90,178 | $86,198 |
| Supplemental disclosures of cash paid: |  |  |
| Interest | $243,776 | $158,259 |

# PITTRA G. B. INTERNATIONAL, INC.
## Notes to Financial Statements

**Note 1.**    Organization

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

**Note 2**    Summary of significant accounting policies

### Operations

PITTRA G.B. International, Inc. (the "Company") is an importer and distributor of fruit juice concentrates. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

### Use of estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Revenue Recognition

Revenue is recognized upon shipment to customers.

-5-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 2   <u>Inventory</u>

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost (determined on a specific identity basis) or market.

<u>Furniture and Equipment</u>

Furniture and equipment are stated at cost, less accumulated depreciation. Depreciation is provided over the estimated useful lives of the assets as follows:

| | | |
|---|---|---|
| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

Note 3   <u>Concentration of Cash Balances</u>

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits. The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash and equivalents.

Note 4   <u>Prepaid Expense and Other Current Assets</u>

| | 2005 | 2004 |
|---|---|---|
| Prepaid insurance | $36,901 | $32,031 |
| Prepaid - miscellaneous | 7,288 | 4,750 |
| Total | $44,189 | $36,781 |

-6-

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

Note 5   Furniture and equipment

|                              | 2005     | 2004     |
|------------------------------|----------|----------|
| Equipment                    | $67,409  | $67,409  |
| Furniture                    | 8,750    | 8,750    |
| Total                        | 76,159   | 76,159   |
| Accumulated depreciation     | 32,700   | 22,466   |
| Net furniture and equipment  | $43,459  | $53,693  |

Note 6   Credit line payable

The Company maintains a credit line facility with a credit line of $3,750,000. Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term of the credit facility is one year. The credit facility is secured by all assets of the Company and is personally guaranteed by the stockholders of the Company.

Note 7   Long term debt

In June 2004 the Company entered into a term loan for $500,000 payable over a period of three years. Payments are made in equal monthly installments of principle plus interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term loan is from the same financial institution as the credit line referred to in Note 6 and is secured with the same collateral as the credit facility.

-7-

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

Note 8     Operating leases

The Company leases office space at a monthly rate of approximately $3,770 plus certain expenses.  The lease is for a term of five years and expires on December 31, 2008.

Note 9     Income Taxes

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

Note 10    Commitments

As of September 20, 2005  the Company had no open letters of credit.

Note 11    Retirement Plan

The Company maintains a 401(K) profit-sharing plan ("Plan").  Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company.  The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries.  For the years ended September 30, 2005 and 2004 the contribution expense was approximately $40,100 and $37,600, respectively.

-8-