CASE NUMBER: 06 Civ. 4802
HONORABLE JUDGE

2007 JAN -5 A 11: 52

*Merrill Lynch Business Financial Services Inc.*

vs

*Arthur Kupperman, E. Ross Browne, Paulette Krelman and PGB International, LLC.*

and Wachovia Securities, LLC
as garnishee

## ANSWER OF GARNISHEE

Wachovia Securities, LLC for its Answer of the Writ of Garnishment for the above referenced matter, here within states the following.

At the time of service of this garnishment and at all times between such service date and the date of this Answer, Wachovia Securities, LLC has located an account in the name of Paulette Krelman which is held by this debtor and has a net worth balance of zero.

Therefore, Wachovia Securities, LLC has complied with the Garnishment to the fullest extent of the law, and shall have no opinions as to the truth of the garnishment served upon it.

Dated: **January 3, 2007**

_____
CARRIE B. ZEHFUSS, Esquire
Vice President
Regulatory Policy & Administrator

I hereby certify that a true and correct copy of the foregoing Answer was mailed on this _3_ day of _January_, 2007 to **PLAINTIFF'S ATTORNEY**.

BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER+
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALLMADGE+
EDWIN A. ZIPF+
GEORGE R. HIRSCH*
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK F. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALD+
LAWRENCE E. FENSTER ▲
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN*
DIANA C. MANNING*
BENNETT FALK º
KEITH OLIN □
ALEX J. SABO □
FRANK J. CUCCIO*
ANDREW W. SIDMAN ▲
RICHARD C. SZUCH+
JED L. MARCUS*

OF COUNSEL
RICHARD R. SPENCER, JR.+

COUNSEL
KENNETH M. MOLTNER ▲
MICHAEL J. CONNOLLY+
FELICIA L. GARLAND+

BERNARD BRESSLER
(1928-2005)

DANIEL R. KORB, JR.+
RICHARD J. TEER*
MICHAEL S. RUBIN+
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
KALMAN G. MAGYAR*
JILL E. DOKSON □
ROBIN C. STEPHAN ▲
CHRISTIAN D. JOHNSON ▲
STEVEN G. HEMMERT □
RONALD J. CAMPIONE*
ANGELA M. SCAFURI+
SEAN C. CALLAHAN*
DENNISE S. MULVIHILL*
COREN H. STERN º
SETH V. ALHADEFF □
JASON L. SMITH+
DAVID J. BUTLER*
BENJAMIN J. DiLORENZO+
DIANA C. CAMPBELL ▲
DAVID G. SMITHAM*
DOUGLAS B. LIPSKY*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
DENNIS E. KADIAN*
REGINA PEPE MARTORANA*
EDWARD D. TAN+
DIANA M. HEDRICK □
CHRISTOPHER G. MASSEY*
JACQUELYN R. TRUSSELL*
SMIT KAPADIA*
MATTHEW E. WOLPER □
RISA M. DAVID+
ANDREW M. GREENIDGE □
KIRSTIN K. O'CALLAGHAN*

*ADMITTED IN NJ AND NY
+ADMITTED IN NJ
▲ADMITTED IN NY
□ADMITTED IN FL
ºADMITTED IN FL AND NY

WRITER'S DIRECT INFORMATION:

# BRESSLER, AMERY & ROSS, P.C.
## ATTORNEYS AT LAW

17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300
FAX: (212) 425-9337

www.bressler.com

NEW JERSEY OFFICE
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
(973) 514-1200

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

December 18, 2006

**By Hand**
Wachovia Securities Financial Network
135 Columbia Turnpike
Suite 302
Florham Park, NJ 07932

Re:   <u>Merrill Lynch Business Financial Services Inc. v. Arthur Kupperman, et al.</u>
      Case No. 06-4802 (DMC/MF)

Dear Sir or Madam:

I enclose for service upon you four Writs of Attachment and an Order to Show Cause in the above matter. The Writs attach **all** accounts maintained by any of the following Defendants:

> Arthur Kupperman
> E. Ross Browne
> Paulette Krelman
> PGB International, LLC

This includes, but is not limited to Account No. 03509271-5026 in the name of Arthur Kupperman and Account No. 06493526-5841 maintained by Paulette Krelman.

BRESSLER, AMERY & ROSS, P.C.

December 18, 2006
Page 2

    Please adhere to the restraints imposed upon the Defendants and the accounts in issue. Please call if you have any questions.

                              Very truly yours,

                              BRESSLER, AMERY & ROSS, P.C.

                              Michael J. Connolly

MJC/pm
Enclosure
814756_1

George R. Hirsch (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P.O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC, <br><br> Defendants. | 06 Civ. 4802 |

### WRIT OF ATTACHMENT

To United States Marshals Service For
The District Of New Jersey

YOU ARE COMMANDED TO IMMEDIATELY ATTACH THE FOLLOWING:

Property of Defendant PGB International, LLC to the extent of $4,139,146.78 to satisfy the complaint of Plaintiff in the above-entitled action and the Order of this Court, including but not limited to Defendant PGB International, LLC's interests in the following:

(1)   All personal property maintained at 6 South Street, Morristown, New Jersey or 123 Madison Avenue, Madison, NJ;

(2)   Any and all bank accounts, including any maintained at JP Morgan Chase Bank; and

(3)   Any real property.

YOU ARE FURTHER COMMANDED to retain the funds and property so attached so that such funds may be subject to further proceedings in this Court.

YOU ARE FURTHER COMMANDED to make a true return of this writ showing the manner and extent of execution.

This Writ is entered by Order of the Honorable Dennis M. Cavanaugh, United States District Judge of the United States District Court for the District of New Jersey, dated October 6, 2006.

**WILLIAM T. WALSH**

Clerk of the Court

Dated: October 16, 2006

By: Charlie Sanders
    Deputy Clerk