HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., <br><br> Defendants, <br><br> and <br><br> JOHN DOES (1-10) and ABC CORPORATIONS (1-10), <br><br> Additionally Defendants <br> on the Crossclaim. | <u>CIVIL ACTION</u> <br><br> Civil Action No. 06-4802 (DMC) <br><br><br> **SECOND SUPPLEMENTAL DECLARATION OF JOHN M. AUGUST IN SUPPORT OF CROSS-MOTION OF DEFENDANT JPMORGAN CHASE BANK, N.A FOR PARTIAL SUMMARY JUDGMENT AND RELATED RELIEF** |

**JOHN M. AUGUST** declares as follows pursuant to 28 U.S.C. § 1746:

1.     I am an associate with the law firm of Herrick, Feinstein LLP ("HF"), attorneys for defendant JPMorgan Chase Bank, N.A. ("Chase") in the above matter. I make this second supplemental declaration in further support of Chase's Cross-Motion for summary judgment against defendants PGB International, LLC ("PGB"), Arthur Kupperman ("Kupperman"), E. Ross Browne ("Browne"), and Paulette Krelman ("Krelman").

2.     Attached hereto as Exhibit A is a true copy of the Affidavit of Sy Helderman (the "Helderman Affidavit"). It is my understanding that Mr. Helderman is an owner of Sy Helderman & Company ("SHC").

3.     As is obvious from a review of the Helderman Affidavit, the Accountants' Review Report, dated January 6, 2005 (the "January 2005 Report") and the Accountants' Review Report, dated December 21, 2005 (the "December 2005 Report"), both provided to Chase in connection with the Loan, are forgeries. PGB's provision of these forged reports to Chase in connection the Loan is further evidence of bank fraud, a RICO violation.

4.     A review of the attached documents will demonstrate that there is a stark difference between the numbers on the fraudulent financial statements that PGB provided to Chase and the numbers on the financial statements provided to SHC. A balance sheet dated September 30, 2005, which PGB provided to SHC (see Helderman Affidavit, Exh. C, SH00127 and SH00128), shows accounts receivable as of that date of $1,011,960.78 and total assets of $2,516,733.95. On the contrary, the balance sheet dated September 30, 2005, which is included in the December 2005 Report that PGB provided to Chase (see Helderman Affidavit, Exh. B), shows accounts receivable of $9,346,248.00 and total assets of $10,575,866.00. The numbers on the financial statements provided to SHC are closer to the less than $1,700,000.00 in current accounts receivable revealed by Israel Rodriquez's examination of PGB's books and records. See Declaration of Israel A. Rodriguez, dated January 4, 2007 and submitted to the Court along with Chase's reply papers.

5.     PGB's fraud is further evidenced by the balance sheet dated March 31, 2006 that PGB provided to SHC (see Helderman Affidavit, Exh. D, SH00704 and SH00705), which shows accounts receivable as of that date of $1,148,170.61 and total assets of

$2,953,678.79. Compare to this the balance sheet dated March 31, 2006 that PGB provided to Chase, which shows accounts receivable of $8,983,484.00 and total assets of $11,363,473.00. The balance sheet dated March 31, 2006 that PGB provided to Chase is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2007

/s/ John M. August
John M. August

HF 3508565v.1 #04055/0002 01/23/2007

**EXHIBIT A**
**TO SECOND SUPPLEMENTAL**
**DECLARATION OF JOHN M. AUGUST**

HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., <br><br> Defendants, <br><br> and <br><br> JOHN DOES (1-10) and ABC CORPORATIONS (1-10), <br><br> Additionally Defendants on the Crossclaim. | <u>CIVIL ACTION</u> <br><br> Civil Action No. 06-4802 (DMC) <br><br><br> **AFFIDAVIT OF SY HELDERMAN** |

STATE OF NEW JERSEY   )
                           ) SS:
COUNTY OF MORRIS     )

I, SY HELDERMAN, of full age, being duly sworn, hereby deposes and says:

1.      I am a CPA and an owner of Sy Helderman & Company ("SHC"). I have personal knowledge of the facts stated herein.

2. I am in receipt of two reports, one entitled Accountants' Review Report to the Board of Managers of PGB International LLC, dated January 6, 2005 and attached hereto as Exhibit A (the "January 2005 Report"), and a second entitled Accountants' Review Report to the Board of Managers of PGB International LLC, dated December 21, 2005 and attached hereto as Exhibit B (the "December 2005 Report", and collectively with the January 2005 Report, the "Reports"). The Reports were purportedly issued by an entity referred to as "Sy Helderman & Company".

3. Neither the January 2005 Report nor the December 2005 Report were prepared by SHC or anyone at the direction of SHC. SHC has no records of the Reports in its files.

4. SHC's files do contain a document entitled Independent Accountant's Report On Applying Agreed-Upon Procedures, dated December 6, 2005 (the "December 2005 Agreed-Upon Procedures Report"). The work papers related to the December 2005 Agreed-Upon Procedures Report contain a balance sheet as of September 20, 2005 and an income statement for the 12 months ending September 20, 2005. The balance sheet and income statement were provided to SHC by representatives of PGB International, LLC ("PGB"). A copy of the December 2005 Agreed-Upon Procedures Report and the balance sheet and income statement are attached hereto as Exhibit C.

5. SHC's files also contain a document entitled Independent Accountant's Report On Applying Agreed-Upon Procedures, dated June 29, 2006 (the "June 2006 Agreed-Upon Procedures Report"). The work papers related to the June 2006 Agreed-Upon Procedures Report contain a balance sheet as of March 31, 2006 and an income statement for the 10 months ending March 31, 2006. The balance sheet and income statement were provided to SHC by

representatives of PGB.  A copy of the June 2006 Agreed-Upon Procedures Report and the

balance sheet and income statement are attached hereto as Exhibit D.

Sy Helderman

Sworn to before me this
23 day of JANUARY, 2007

Notary Public

Ruth A. Laryea
Notary Public, State of New Jersey
My Commission Expires Jun. 10 2010

3

EXHIBIT A



SY HELDERMAN
& COMPANY
Certified Public Accountants

Sy Helderman, CPA, MBA
Alison C. Cogan, CPA

New Jersey Society of
Certified Public Accountants

American Institute of
Certified Public Accountants

### Accountants' Review Report

**Board of Managers**
**PGB International LLC**

We have reviewed the accompanying balance sheet of PGB International LLC as of September 30, 2004 and the related statements of income and retained earnings, and cash flows for the years then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the Company's management.

A review consists principally of inquiries of company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly we do not express such an opinion.

Based on our review, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with generally accepted accounting principles.

The accompanying supplementary information contained on page 8 is presented for the purpose of additional analysis. Such information has not been subjected to the same inquiries and analytical procedures applied in the review of the basic financial statements, but has been compiled from information that is the representation of the management of the Company, without audit or review. Accordingly, we do not express an opinion or any other form of assurance on such supplementary information.

*Sy Helderman*

January 6, 2005
Morristown, New Jersey

PGB INTERNATIONAL LLC
Balance Sheet
September 30, 2004

| | |
|---|---:|
| **Current assets:** | |
| Cash | $86,198 |
| Accounts receivable | |
| Direct sales | 6,696,242 |
| Indirect sales | 209,834 |
| Other accounts receivable | 262,896 |
| Inventory | 567,298 |
| Prepaid expenses | 36,781 |
| Total current assets | 7,859,249 |
| Equipment | 53,693 |
| Goodwill | 500,000 |
| Total assets | $8,412,942 |
| **Current liabilities:** | |
| Credit lines payable | $1,662,459 |
| Accounts payable | 3,226,881 |
| Accrued expenses | 681,903 |
| Total current liabilities | 5,571,243 |
| Subordinated loans | 542,748 |
| Total liabilities | 6,113,991 |
| **Stockholder equity** | |
| Capital stock | 15,000 |
| Additional paid in capital | 2,039,185 |
| Retained earnings | 244,766 |
| Total stockholder equity | 2,298,951 |
| Total liabilities and equity | $8,412,942 |

See accountants' review report

**PGB INTERNATIONAL LLC**
Statement of Income and Retained Earnings
For the Year Ended September 30, 2004

| | |
|---|---:|
| Sales | |
| Direct | $49,785,362 |
| Brokered | 5,735,179 |
| Total sales | 55,520,541 |
| Cost of sales | |
| Direct | 47,416,789 |
| Brokered | 5,527,316 |
| Total cost of sales | 52,944,105 |
| Operating income | 2,576,436 |
| Selling, general, and administrative expenses | 2,551,897 |
| Income before provision for taxes | 24,539 |
| Provision for taxes on income | 1,690 |
| Net income | 22,849 |
| Retained earnings - beginning | 221,917 |
| Retained earnings - ending | $244,766 |

**PGB INTERNATIONAL LLC**
**Statement of Cash Flows**
**For the Year Ended September 30, 2004**

| | |
|---|---:|
| Cash flows from operating activities: | |
| Net income | $22,849 |
| Adjustments to reconcile net income to net cash from operating activities | |
| Depreciation and amortization | 50,434 |
| (Increase) in: | |
| Accounts receivable | (1,386,830) |
| Inventory | (75,535) |
| Prepaid expenses and other current assets | (9,145) |
| Increase in: | |
| Accounts payable | 1,928,198 |
| Accrued expenses | 105,858 |
| Total adjustments | 612,980 |
| Cash flow from operations | 635,829 |
| | |
| Cash flows from financing activities: | |
| Net (decrease) in credit lines payable | (1,073,868) |
| Contributions to additional paid in capital | 500,000 |
| Cash flow used in financing activities | (573,868) |
| Net change in cash | 61,961 |
| Cash - beginning | 24,237 |
| Cash - ending | $86,198 |
| Supplemental disclosures of cash paid: Interest | $158,259 |

## Note 1 - Organization

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

## Note 2 - Summary of significant accounting policies

*Operations*

PGB International LLC (the "Company") is an importer and distributor of fruit juice concentrates and other items for industrial food production. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

*Use of estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Revenue Recognition*

Revenue is recognized upon shipment to customers.

*Inventory*

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost (determined on a specific identity basis) or market.

*Furniture and Equipment*

Furniture and equipment are stated at cost, less accumulated depreciation. Depreciation is provided over the estimated useful lives of the assets as follows:

| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

## Note 3 - Concentration of Cash Balances

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits. The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash and equivalents.

## Note 4 - Prepaid Expense and Other Current Assets

|  | 2004 |
|---|---|
| Prepaid insurance | $32,031 |
| Prepaid - miscellaneous | 4,750 |
| Total | $36,781 |

## Note 5 - Furniture and equipment

|  | 2004 |
|---|---|
| Equipment | $67,409 |
| Furniture | 8,750 |
| Total | 76,159 |
| Accumulated depreciation | 22,466 |
| Net furniture and equipment | $53,693 |

## Note 6 - Credit lines payable

On November 27, 2002, the Company entered into a credit line facility with an initial credit line in the initial amount of $2,250,000, and subsequently increased to $3,750,000. Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The initial term of the credit facility is one year. The credit facility is personally guaranteed by the stockholders of the Company.

In addition, a credit line of $400,000 was granted to the Company in January 2004 by a bank. Such credit line is guaranteed by the stockholders of the Company and is secured by general assets of the company.

## Note 7 - Operating leases

The Company leases office space in New Jersey at a monthly rate of approximately $3,770. The lease is for a period of 5 years expiring on December 31, 2008.

The Company has other operating leases for transportation vehicles and office equipment. The lease expenses in connection with these operating leases were approximately $28,000 for the year ended September 30, 2004. These leases expire at various times through October 2006.

### Note 8 - Income Taxes

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

### Note 9 - Commitments

As of September 20, 2004 the Company had no open letters of credit.

### Note 10 - Retirement Plan

The Company maintains a 401(K) profit-sharing plan ("Plan"). Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company. The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries. For the year ended September 30, 2004 the contribution expense was approximately $37,600.

### Note 11 - Subsequent Event

In October 2004 the company obtained a credit facility from a bank to replace the credit facilities as mentioned in Note 6. The new credit facility is in the amount of $2,500,000 and is for an initial term of six months. The interest rate on borrowings is based on, at the option of the Company, prime rate plus 2.75% or the London Interbank Offering Rate plus 2.75%. The credit facility is secured by substantially all assets of the Company and is guaranteed by the stockholders.

On October 1, 2004, the company sold a segment of its business to an unrelated company. The proceeds of the sale were used to pay down the credit facility and provide general working capital to the Company. The segment sold represented approximately 6% of the direct sales of the Company and provided approximately 5% of the gross profits earned by the Company. The sale of this segment of the business will allow the Company to devote more of its resources to the continuing development of the core business.

-7-

PGB International LLC
Selling, general, and administrative expenses
For the year ended September 30, 2004

| | |
|---|---:|
| Officers salaries | $1,147,690 |
| Office salaries | 568,237 |
| Payroll taxes | 90,124 |
| Employee benefits | 111,677 |
| | |
| Rent | 51,030 |
| Utilities | 10,078 |
| Telephone | 24,264 |
| Insurance | 121,686 |
| | |
| Travel and entertainment | 93,228 |
| Dues and subscriptions | 20,101 |
| Office equipment rental | 7,814 |
| Office equipment maintenance | 4,605 |
| | |
| General office expenses | 22,426 |
| Postage | 5,374 |
| Professional fees | 34,000 |
| Courier services | 27,244 |
| | |
| Laboratory fees | 15,921 |
| Interest expense | 158,259 |
| Depreciation | 3,150 |
| Bank charges | 34,989 |
| | |
| | $2,551,897 |

EXHIBIT B



**SY HELDERMAN & COMPANY**
Certified Public Accountants

Sy Helderman, CPA, MBA
Alison C. Cogan, CPA

New Jersey Society of
Certified Public Accountants

American Institute of
Certified Public Accountants

December 21, 2005

Accountants' Review Report

Board of Managers
PGB International LLC

We have reviewed the accompanying balance sheets of PGB International LLC as of September 30, 2005 and 2004 and the related statements of income and retained earnings, and cash flows for the years then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the Company's management.

A review consists principally of inquiries of company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with generally accepted accounting principles.

The accompanying supplementary information contained on page 8 is presented for the purpose of additional analysis. Such information has not been subjected to the same inquiries and analytical procedures applied in the review of the basic financial statements, but has been compiled from information that is the representation of the management of the Company, without audit or review. Accordingly, we do not express an opinion or any other form of assurance on such supplementary information.

Sy Helderman, CPA

### PGB INTERNATIONAL LLC
### Balance Sheets
### September 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| **Current assets:** | | |
| Cash | $90,178 | $86,198 |
| Accounts receivable | | |
| Direct sales | 9,346,248 | 6,696,242 |
| Indirect sales | 152,190 | 209,834 |
| Other accounts receivable | 214,871 | 262,896 |
| Inventory | 728,190 | 567,298 |
| Prepaid expenses | 44,189 | 36,781 |
| Total current assets | 10,575,866 | 7,859,249 |
| Equipment | 43,459 | 53,693 |
| Goodwill | 500,000 | 500,000 |
| Total assets | $11,119,325 | $8,412,942 |
| **Current liabilities:** | | |
| Credit lines payable | $2,500,000 | $1,662,459 |
| Accounts payable | 4,238,912 | 3,226,881 |
| Accrued expenses | 783,271 | 681,903 |
| Total current liabilities | 7,522,183 | 5,571,243 |
| Subordinated loans | 542,748 | 542,748 |
| Total liabilities | 8,064,931 | 6,113,991 |
| **Stockholder equity** | | |
| Capital stock | 15,000 | 15,000 |
| Additional paid in capital | 2,739,185 | 2,039,185 |
| Retained earnings | 300,209 | 244,766 |
| Total stockholder equity | 3,054,394 | 2,298,951 |
| Total liabilities and equity | $11,119,325 | $8,412,942 |

See accountants' review report                    -2-

**PGB INTERNATIONAL LLC**

Statements of Income and Retained Earnings

For the Years Ended September 30, 2005 and 2004

| | 2005 | 2004 |
|---|---|---|
| Sales | | |
| Direct | $53,987,193 | $49,785,362 |
| Brokered | 1,987,204 | 5,735,179 |
| Total sales | 55,974,397 | 55,520,541 |
| Cost of sales | | |
| Direct | 50,812,746 | 47,416,789 |
| Brokered | 1,907,723 | 5,527,316 |
| Total cost of sales | 52,720,469 | 52,944,105 |
| Operating income | 3,253,928 | 2,576,436 |
| Selling, general, and administrative expenses | 3,196,383 | 2,551,897 |
| Income before provision for taxes | 57,545 | 24,539 |
| Provision for taxes on income | 2,102 | 1,690 |
| Net income | 55,443 | 22,849 |
| Retained earnings - beginning | 244,766 | 221,917 |
| Retained earnings - ending | $300,209 | $244,766 |

**PGB INTERNATIONAL LLC**
**Statements of Cash Flow**
**For the Years Ended September 30, 2005 and 2004**

|  | 2005 | 2004 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net income | $55,443 | $22,849 |
| Adjustments to reconcile net income to net cash from operating activities | | |
| Depreciation and amortization | 10,234 | 50,434 |
| (Increase) in: | | |
| Accounts receivable | (2,544,337) | (1,386,830) |
| Inventory | (160,892) | (75,535) |
| Prepaid expenses and other current assets | (7,408) | (9,145) |
| Increase in: | | |
| Accounts payable | 1,012,031 | 1,928,198 |
| Accrued expenses | 101,368 | 105,858 |
| Total adjustments | (1,589,004) | 612,980 |
| Cash flow provided by (used in) operations | (1,533,561) | 635,829 |
| **Cash flows from financing activities:** | | |
| Net increase (decrease) in credit lines payable | 837,541 | (1,073,868) |
| Contributions to additional paid in capital | 700,000 | 500,000 |
| Cash flow provided by (used in) financing activities | 1,537,541 | (573,868) |
| Net increase in cash | 3,980 | 61,961 |
| Cash - beginning | 86,198 | 24,237 |
| Cash - ending | $90,178 | $86,198 |
| **Supplemental disclosures of cash paid:** | | |
| Interest | $130,781 | $158,259 |

See accountants' review report          -4-

## Note 1 - Organization

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

## Note 2 - Summary of significant accounting policies

### Operations

PGB International LLC (the "Company") is an importer and distributor of fruit juice concentrates and other items for industrial food production. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

### Use of estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Revenue Recognition

Revenue is recognized upon shipment to customers.

### Inventory

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost (determined on a specific identity basis) or market.

### Furniture and Equipment

Furniture and equipment are stated at cost, less accumulated depreciation. Depreciation is provided over the estimated useful lives of the assets as follows:

| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

-5-

## Note 3 - Concentration of Cash Balances

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits. The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash and equivalents.

## Note 4 - Prepaid Expense and Other Current Assets

|  | 2005 | 2004 |
|---|---|---|
| Prepaid insurance | $36,901 | $32,031 |
| Prepaid miscellaneous | 7,288 | 4,750 |
| Total | $44,189 | $36,781 |

## Note 5 - Furniture and equipment

|  | 2005 | 2004 |
|---|---|---|
| Equipment | $67,409 | $67,409 |
| Furniture | 8,750 | 8,750 |
|  | 76,159 | 76,159 |
| Accumulated depreciation | 32,700 | 22,466 |
| Net furniture and equipment | $43,459 | $53,693 |

## Note 6 - Credit lines payable

In October 2004 the Company obtained a credit facility from a bank in the amount of $2,500,000. The interest rate on borrowings is based on, at the option of the Company, prime rate plus 2.75% or the London Interbank Offering Rate plus 2.75%. The credit facility is secured by substantially all assets of the Company and is guaranteed by the stockholders.

## Note 7 - Operating leases

The Company leases office space in New Jersey at a monthly rate of approximately $3,770. The lease is for a period of 5 years expiring on December 31, 2008.

The Company has other operating leases for transportation vehicles and office equipment. The lease expenses in connection with these operating leases were approximately $28,000 for the year ended September 30, 2004. These leases expire at various times through October 2006.

### Note 8 - Income Taxes

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

### Note 9 - Commitments

As of September 20, 2005 the Company had no open letters of credit.

### Note 10 - Retirement Plan

The Company maintains a 401(K) profit-sharing plan ("Plan"). Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company. The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries. For the years ended September 30, 2005 and 2004 the contribution expense was approximately $40,100 and $37,600, respectively.

### Note 11 - Subsequent event

The credit facility from the bank was temporarily increased by an additional facility of $500,000 to $3,000,000 under the same conditions as the primary facility. This temporary increase expires on January 31, 2006.

**PGB International LLC**
**Selling, general, and administrative expenses**
**For the years ended September 30, 2005 and 2004**

|                              | 2005        | 2004        |
|------------------------------|-------------|-------------|
| Officers salaries            | $1,698,708  | $1,147,690  |
| Office salaries              | 593,767     | 568,237     |
| Payroll taxes                | 101,893     | 90,124      |
| Employee benefits            | 136,781     | 111,677     |
|                              |             |             |
| Rent                         | 45,240      | 51,030      |
| Utilities                    | 8,278       | 10,078      |
| Telephone                    | 17,891      | 24,264      |
| Insurance                    | 134,189     | 121,686     |
|                              |             |             |
| Travel and entertainment     | 135,681     | 93,228      |
| Dues and subscriptions       | 28,901      | 20,101      |
| Office equipment rental      | 11,783      | 7,814       |
| Office equipment maintenance | 4,605       | 4,605       |
|                              |             |             |
| General office expenses      | 26,561      | 22,426      |
| Postage                      | 6,190       | 5,374       |
| Professional fees            | 40,000      | 34,000      |
| Courier services             | 31,778      | 27,244      |
|                              |             |             |
| Laboratory fees              | 18,561      | 15,921      |
| Interest expense             | 130,781     | 158,259     |
| Depreciation                 | 10,234      | 3,150       |
| Bank charges                 | 14,561      | 34,989      |
|                              |             |             |
| Total                        | $3,196,383  | $2,551,897  |

EXHIBIT C



**SY HELDERMAN & COMPANY**

Certified Public Accountants

Sy Helderman, CPA, MBA
Alison C. Cogan, CPA

New Jersey Society of
Certified Public Accountants

American Institute of
Certified Public Accountants

Independent Accountant's Report
On Applying Agreed-Upon Procedures

To the Management of PGB International LLC:

We have performed the procedures enumerated below, which were agreed to by the management of PGB International LLC, solely to assist you in evaluating the accounting procedures for the quarter ended September 30, 2005. PGB International LLC's management is responsible for the accounting procedures. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of those parties specified in this report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

For the quarter ended September 30, 2005, we performed the following procedures:

Discussed the general business transactions for the quarter with management.

Observed the PeachTree system for correct classification of transactions on a random sample basis.

Analyzed the bank reconciliations for two bank accounts as of September 30, 2005.

Traced a sample of purchase and sale transactions to source documents.

As a result of the procedures listed above, we find that the PeachTree accounting system at PGB International LLC accurately reflects the business transactions tested during the quarter ended September 30, 2005. In addition, we noted the following:

The bank reconciliations and all cash transactions are performed by one person. It is recommended that a second member of the company open the bank statements and review the transactions for reasonableness.

We were not engaged to and did not conduct an examination, the objective of which would be the expression of an opinion on the accounting procedures. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the management of PGB International LLC, and is not intended to be and should not be used by anyone other than these specified parties.

Sy Helderman, CPA

December 6, 2005

**SH 00123**



S-CAP-5

*printed 11/15/06*

61 Center Avenue • Morristown, New Jersey 07960 • Tel: 973-984-3884 • Fax: 973-644-3146
www.Syheldermancpa.com

PGB International LLC
Balance Sheet
September 30, 2005

ASSETS

Current Assets
Cash-JP Morgan Chase                         $        2,516.90
Cash - Merrill Lynch                                   226.90
Petty Cash                                             250.00
Accounts receivable                                977,616.57
A/R-Mitsui North America                            34,344.21
Inventory - afloat                                 510,579.38
Inventory - CGM Warehouse                              397.52
Inventory - Star Bet                                 9,453.29
Inventory-Legends Warehouse                         28,360.27
Inventory - Cantrina                                13,867.08
Inventory - Newark Refrigerate                      26,916.81
Inventory - East Coast                              97,994.79
Inventory-Ashland Cold Store                        32,791.95
Prepaid insurance                                   15,653.75
Prepaid expenses-other                             129,516.89
Claims receivable                                   20,785.20
Duty refunds receivable                              4,562.97
Deferred expense-soup project                        1,500.00
Deferred expense-GJC project                        13,282.26
Exchanges                                          216,781.47
Due to/from Ivory & Ledoux                           3,273.74
Due to/from PITTRA G.B.                            376,062.00

Total Current Assets                                                2,516,733.95

Property and Equipment
Furniture and equipment                             19,059.75

Total Property and Equipment                                          19,059.75

Other Assets
Goodwill                                           300,000.00

Total Other Assets                                                    300,000.00

Total Assets                                 $                      2,835,793.70


LIABILITIES AND CAPITAL

Current Liabilities
Accounts payable-expenses                    $      296,276.05
Line of Credit-JP Morgan Chase                   2,500,000.00
Customer advances                                    9,300.00

Total Current Liabilities                                          2,805,576.05

Long-Term Liabilities

Total Long-Term Liabilities                                                0.00

Total Liabilities                                                  2,805,576.05

Capital
Equity                                             100,000.00
Retained earnings                                 (162,632.88)

SH 00127

Unaudited - For Management Purposes Only

PGB International LLC
Balance Sheet
September 30, 2005

| | | |
|---|---|---|
| Net Income | 92,850.53 | |
| Total Capital | | 30,217.65 |
| Total Liabilities & Capital | $ | 2,835,793.70 |

SH 00128

Unaudited - For Management Purposes Only

PGB International LLC
Income Statement
For the Four Months Ending September 30, 2005

| | Current Month | | | Year to Date | |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Sales | $ 2,150.40 | 0.02 | $ | 2,150.40 | 0.07 |
| Sales - Juice Concentrates | 7,341,582.29 | 80.28 | | 2,645,557.42 | 80.30 |
| Sales-Essences/Oils | 173,841.92 | 1.90 | | 30,726.08 | 0.93 |
| Sales-Pulps/purees | 559,298.13 | 6.12 | | 124,409.70 | 3.78 |
| Sales-Pulp cells | 93,874.62 | 1.03 | | 24,852.20 | 0.75 |
| Sales-Frozen fruit | 418,704.91 | 4.58 | | 253,606.29 | 7.70 |
| Sales-Dried fruit | 72,278.86 | 0.79 | | 34,973.64 | 1.06 |
| Sales-Frozen vegetables | 280,484.57 | 3.07 | | 178,167.04 | 5.41 |
| Sales - through Mitsui | 178,027.41 | 1.95 | | 0.00 | 0.00 |
| Sales - Ivory & Ledoux | 24,729.12 | 0.27 | | 0.00 | 0.00 |
| | | | | | |
| Total Revenues | 9,144,972.23 | 100.00 | | 3,294,442.77 | 100.00 |
| | | | | | |
| | | | | | |
| **Cost of Sales** | | | | | |
| Purchases | 333,689.41 | 3.65 | | 451,149.00 | 13.69 |
| Cost of Sales-through Mitsui | 158,952.59 | 1.74 | | 0.00 | 0.00 |
| Cost of Sales-Juice Concentrat | 5,405,243.44 | 59.11 | | 1,946,631.11 | 59.09 |
| Cost of Sales-through Ivory | 23,492.66 | 0.26 | | 0.00 | 0.00 |
| Cost of Sales-Essences/oils | 159,617.68 | 1.75 | | 0.00 | 0.00 |
| Cost of Sales-Pulps/Purees | 367,100.60 | 4.01 | | 68,861.74 | 2.09 |
| Cost of Sales-Pulp cells | 77,390.36 | 0.85 | | 0.00 | 0.00 |
| Cost of Sales-Frozen Fruit | 367,987.13 | 4.02 | | 178,222.37 | 5.41 |
| Cost of Sales-Dried fruit | 64,091.25 | 0.70 | | 0.00 | 0.00 |
| Cost of Sales-Frozen Veget | 203,711.20 | 2.23 | | 98,789.78 | 3.00 |
| Cost of sales-Frozen mushrooms | 47,177.00 | 0.52 | | 0.00 | 0.00 |
| Purchase discounts | (15,424.46) | (0.17) | | (5,598.08) | (0.17) |
| Vendor reject chargebacks | 2,181.32 | 0.02 | | 2,181.32 | 0.07 |
| Ocean freight | 256,066.39 | 2.80 | | 54,673.84 | 1.66 |
| Ocean freight handling charge | 4,348.40 | 0.05 | | 2,143.95 | 0.07 |
| Demurrage | 9,094.12 | 0.10 | | 285.17 | 0.01 |
| Duty | 330,034.06 | 3.61 | | 71,855.51 | 2.18 |
| Customs clearance fees | 33,596.80 | 0.37 | | 11,730.62 | 0.36 |
| Exam and entry fees | 720.64 | 0.01 | | 720.64 | 0.02 |
| Trucking and delivery | 252,061.16 | 2.76 | | 88,654.26 | 2.69 |
| Warehouse entry and storage | 59,192.65 | 0.65 | | 14,339.00 | 0.44 |
| Pallets | 1,473.04 | 0.02 | | 623.54 | 0.02 |
| Purchase agent commission | 110,157.45 | 1.20 | | (21,987.20) | (0.67) |
| Insurance | 20,670.62 | 0.23 | | 5,466.68 | 0.17 |
| Sales commissions | 36,683.70 | 0.40 | | 17,248.43 | 0.52 |
| Courier services-doc delivery | 3,525.91 | 0.04 | | 1,396.23 | 0.04 |
| | | | | | |
| Total Cost of Sales | 8,312,835.12 | 90.90 | | 2,987,387.91 | 90.68 |
| | | | | | |
| Gross Profit | 832,137.11 | 9.10 | | 307,054.86 | 9.32 |
| | | | | | |
| **Expenses** | | | | | |
| Salaries-Executives | 337,994.81 | 3.70 | | 82,500.00 | 2.50 |
| Salaries - sales | 75,881.44 | 0.83 | | 25,200.00 | 0.76 |
| Salaries-Office | 52,795.81 | 0.58 | | 17,675.00 | 0.54 |
| Salaries-Traffic | 52,663.32 | 0.58 | | 17,875.00 | 0.54 |
| Payroll tax expense-FICA | 37,103.58 | 0.41 | | 13,490.69 | 0.41 |
| Payroll tax expense-SUI/DBI | 4,939.78 | 0.05 | | 283.51 | 0.01 |
| Payroll tax expense-FUI | 336.02 | 0.00 | | 0.00 | 0.00 |
| Group health coverage | 19,266.18 | 0.21 | | 2,105.56 | 0.06 |
| Employee benefit plan expense | 8,122.27 | 0.09 | | 5,191.56 | 0.16 |
| 401-K plan expense | 24,362.36 | 0.27 | | 6,480.50 | 0.20 |
| Insurance | 29,053.04 | 0.32 | | 6,563.08 | 0.20 |

For Management Purposes Only

SH 00129

PGB International LLC
Income Statement
For the Four Months Ending September 30, 2005

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| Travel | 2,839.12 | 0.03 | 0.00 | 0.00 |
| Meals and entertainment | 176.41 | 0.00 | 73.00 | 0.00 |
| Telephone | 9,661.84 | 0.11 | 3,301.77 | 0.10 |
| E-mail server fees | 1,812.87 | 0.02 | 256.78 | 0.01 |
| Computer maintenance | 1,871.01 | 0.02 | 391.25 | 0.01 |
| Office rent | 39,990.00 | 0.44 | 9,830.00 | 0.30 |
| Utilities - office | 3,948.47 | 0.04 | 1,841.50 | 0.06 |
| Office equipment rent | 7,099.02 | 0.08 | 3,070.73 | 0.09 |
| Office expenses | 5,816.76 | 0.06 | 1,243.14 | 0.04 |
| Office cleaning | 3,000.00 | 0.03 | 1,000.00 | 0.03 |
| Payroll processing | 2,306.84 | 0.03 | 791.62 | 0.02 |
| Computer software | 616.85 | 0.01 | 463.41 | 0.01 |
| Dues and subscriptions | 3,754.68 | 0.04 | 684.00 | 0.02 |
| Automobile expenses | 667.16 | 0.01 | 44.50 | 0.00 |
| Automobile parking | 1,184.50 | 0.01 | 478.50 | 0.01 |
| Automobile leases | 10,421.24 | 0.11 | (691.00) | (0.02) |
| Courier services-samples | 5,660.66 | 0.06 | 1,146.55 | 0.03 |
| Courier services-office exp. | 29.62 | 0.00 | 29.62 | 0.00 |
| Bank service charges | 9,023.60 | 0.10 | 2,645.14 | 0.08 |
| Bank fees - wire transfers | 106.92 | 0.00 | 15.00 | 0.00 |
| Bank fees - collection items | 1,788.45 | 0.02 | 178.45 | 0.01 |
| Bank fees-incoming wire paymen | 370.25 | 0.00 | 163.75 | 0.00 |
| Letter of credit fees | 2,755.55 | 0.03 | 1,011.11 | 0.03 |
| Finance charges | 59,621.80 | 0.65 | 7,626.01 | 0.23 |
| Legal fees | 200.00 | 0.00 | 0.00 | 0.00 |
| Legal fees - collections | 1,000.00 | 0.01 | 0.00 | 0.00 |
| Accounting fees | 2,577.00 | 0.03 | 945.00 | 0.03 |
| Miscellaneous | 934.60 | 0.01 | 299.60 | 0.01 |
| | | | | |
| Total Expenses | 821,753.83 | 8.99 | 214,204.33 | 6.50 |
| | | | | |
| Net Income | $ 10,383.28 | 0.11 | $ 92,850.53 | 2.82 |

SH 00130

For Management Purposes Only

EXHIBIT D



**SY HELDERMAN**
**& COMPANY**

*Certified Public Accountants*

*New Jersey Society of*
*Certified Public Accountants*

*American Institute of*
*Certified Public Accountants*

*Sy Helderman, CPA, MBA*
*Alison C. Cogan, CPA*

Independent Accountant's Report
On Applying Agreed-Upon Procedures

To the Management of PGB International LLC:

We have performed the procedures enumerated below, which were agreed to by the management of PGB International LLC, solely to assist you in evaluating the accounting procedures for the quarter ended March 31, 2006. PGB International LLC's management is responsible for the accounting procedures. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of those parties specified in this report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

For the quarter ended March 31, 2006, we performed the following procedures:

Discussed the general business transactions for the quarter with management.

Observed the PeachTree system for correct classification of transactions on a random sample basis.

Analyzed the bank reconciliation for the bank account as of March 31, 2006.

Traced a sample of purchase and sale transactions to source documents.

As a result of the procedures listed above, we find that the PeachTree accounting system at PGB International LLC accurately reflects the business transactions tested during the quarter ended March 31, 2006. In addition, we noted the following:

The bank reconciliations and all cash transactions are performed by one person. It is recommended that a second member of the company open the bank statements and review the transactions for reasonableness.

We were not engaged to and did not conduct an examination, the objective of which would be the expression of an opinion on the accounting procedures. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the management of PGB International LLC, and is not intended to be and should not be used by anyone other than these specified parties.

Sy Helderman, CPA

June 19, 2006

S-CAP-10

SH 00701

*printed 11/15/06*

61 Center Avenue • Morristown, New Jersey 07960 • Tel: 973-984-3884 • Fax: 973-644-3146
www.Syheldermancpa.com

PGB International LLC
Balance Sheet
March 31, 2006

## ASSETS

Current Assets
| | | |
|---|---|---|
| Cash-JP Morgan Chase | $ | 19,147.85 A-3 |
| Cash - Merrill Lynch | | 226.90 |
| Petty Cash | | 250.00 |
| Accounts receivable | | 929,471.35 |
| A/R-Mitsui North America | | 218,699.26 |
| Inventory - afloat | | 684,280.81 |
| Inventory - CGM Warehouse | | 397.52 |
| Inventory-Legends Warehouse | | 63,960.67 |
| Inventory - Cantrina | | 25,180.73 |
| Inventory - East Coast | | 7,721.51 |
| Inventory-Ashland Cold Store | | 29,339.59 |
| Prepaid insurance | | 26,546.79 |
| Prepaid expenses-other | | 173,520.89 |
| Claims receivable | | 33,306.90 |
| Duty refunds receivable | | 1,885.00 |
| Deferred expense-soup project | | 1,500.00 |
| Deferred expense-GJC project | | 13,282.26 |
| Exchanges | | 218,295.37 |
| Due to/from Ivory & Ledoux | | 3,273.74 |
| Due to/from PITTRA G.B. | | 503,391.65 |

| | | |
|---|---|---|
| Total Current Assets | | 2,953,678.79 |

Property and Equipment
| | | |
|---|---|---|
| Furniture and equipment | | 21,534.02 |

| | | |
|---|---|---|
| Total Property and Equipment | | 21,534.02 |

Other Assets
| | | |
|---|---|---|
| Goodwill | | 300,000.00 |

| | | |
|---|---|---|
| Total Other Assets | | 300,000.00 |

| | | |
|---|---|---|
| Total Assets | $ | 3,275,212.81 |

## LIABILITIES AND CAPITAL

Current Liabilities
| | | |
|---|---|---|
| Accounts payable-expenses | $ | 421,005.93 |
| Line of Credit-JP Morgan Chase | | 3,000,000.00 |
| Payroll taxes payable | | (0.41) |
| 401-K plan contributions due | | 10,283.20 |
| HSA plan withholding | | 2,363.15 |
| Customer advances | | 18,176.40 |
| Loans from Arthur Kupperman | | (173.48) |

| | | |
|---|---|---|
| Total Current Liabilities | | 3,451,654.79 |

Long-Term Liabilities

| | | |
|---|---|---|
| Total Long-Term Liabilities | | 0.00 |

PGB International LLC
Balance Sheet
March 31, 2006

Total Liabilities                                           3,451,654.79

Capital
Equity                                  100,000.00
Retained earnings                      (162,632.88)
Net Income                             (113,809.10)

Total Capital                                              (176,441.98)

Total Liabilities & Capital              $          3,275,212.81

Unaudited - For Management Purposes Only

SH 00705

PGB International LLC
Income Statement
For the Ten Months Ending March 31, 2006

| | Current Month | | | Year to Date | |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Sales | $ 0.00 | 0.00 | $ | 3,037.90 | 0.04 |
| Sales - Juice Concentrates | 1,714,355.75 | 71.30 | | 6,360,839.05 | 77.43 |
| Sales-Essences/Oils | 19,366.20 | 0.81 | | 50,092.28 | 0.61 |
| Sales-Pulps/purees | 68,488.47 | 2.85 | | 284,475.41 | 3.46 |
| Sales-Tomato paste | 14,356.61 | 0.60 | | 47,012.34 | 0.57 |
| Sales-Pulp cells | 0.00 | 0.00 | | 24,852.20 | 0.30 |
| Sales-Frozen fruit | 229,268.84 | 9.53 | | 506,287.99 | 6.16 |
| Sales-Dried fruit | 65,100.00 | 2.71 | | 100,073.64 | 1.22 |
| Sales-Frozen vegetables | 293,621.91 | 12.21 | | 838,431.57 | 10.21 |
| | | | | | |
| **Total Revenues** | 2,404,557.78 | 100.00 | | 8,215,102.38 | 100.00 |
| | | | | | |
| | | | | | |
| **Cost of Sales** | | | | | |
| Purchases | 0.00 | 0.00 | | 466,814.90 | 5.68 |
| Cost of Sales-Juice Concentrat | 1,509,415.43 | 62.77 | | 5,146,066.55 | 62.64 |
| Cost of Sales-Essences/oils | 17,976.00 | 0.75 | | 17,976.00 | 0.22 |
| Cost of Sales-Pulps/Purees | 50,911.38 | 2.12 | | 184,900.99 | 2.25 |
| Cost of sales-Tomato paste | 8,863.61 | 0.37 | | 27,908.21 | 0.34 |
| Cost of Sales-Frozen Fruit | 176,528.77 | 7.34 | | 370,955.14 | 4.52 |
| Cost of Sales-Dried fruit | 52,500.00 | 2.18 | | 52,500.00 | 0.64 |
| Cost of Sales-Frozen Veget | 185,194.83 | 7.70 | | 582,276.45 | 7.09 |
| Cost of sales-Frozen mushrooms | 6,162.00 | 0.26 | | 6,162.00 | 0.08 |
| Purchase discounts | (2,595.64) | (0.11) | | (10,433.08) | (0.13) |
| Vendor reject chargebacks | (7,938.87) | (0.33) | | 9,576.52 | 0.12 |
| Ocean freight | 79,756.71 | 3.32 | | 204,368.96 | 2.49 |
| Ocean freight handling charge | 3,057.30 | 0.13 | | 7,059.09 | 0.09 |
| Demurrage | 82.62 | 0.00 | | 468.04 | 0.01 |
| Duty | 55,794.08 | 2.32 | | 179,820.82 | 2.19 |
| Customs clearance fees | 8,342.19 | 0.35 | | 28,847.31 | 0.35 |
| Exam and entry fees | 1,056.20 | 0.04 | | 3,034.69 | 0.04 |
| Trucking and delivery | 50,041.18 | 2.08 | | 207,847.63 | 2.53 |
| Warehouse entry and storage | 16,983.73 | 0.71 | | 42,807.96 | 0.52 |
| Pallets | 342.50 | 0.01 | | 1,164.54 | 0.01 |
| Purchase agent commission | 725.60 | 0.03 | | (20,536.00) | (0.25) |
| Insurance | 12,591.01 | 0.52 | | 22,927.70 | 0.28 |
| Sales commissions | 10,027.88 | 0.42 | | 37,830.80 | 0.46 |
| Courier services-doc delivery | 1,166.27 | 0.05 | | 3,389.93 | 0.04 |
| | | | | | |
| **Total Cost of Sales** | 2,236,984.78 | 93.03 | | 7,573,735.15 | 92.19 |
| | | | | | |
| **Gross Profit** | 167,573.00 | 6.97 | | 641,367.23 | 7.81 |
| | | | | | |
| **Expenses** | | | | | |
| Salaries-Executives | 107,250.00 | 4.46 | | 287,250.00 | 3.50 |
| Salaries - sales | 18,720.00 | 0.78 | | 64,620.00 | 0.79 |
| Salaries-Office | 13,325.00 | 0.55 | | 45,000.00 | 0.55 |
| Salaries-Traffic | 13,000.00 | 0.54 | | 44,750.00 | 0.54 |
| Payroll tax expense-FICA | 11,467.38 | 0.48 | | 31,461.42 | 0.38 |
| Payroll tax expense-SUI/DBI | 4,048.45 | 0.17 | | 4,324.54 | 0.05 |
| Payroll tax expense-FUI | 336.06 | 0.01 | | 336.06 | 0.00 |
| Group health coverage | 3,928.85 | 0.16 | | 11,990.77 | 0.15 |
| Employee benefit plan expense | 3,749.46 | 0.16 | | 12,690.48 | 0.15 |
| 401-K plan expense | 7,294.30 | 0.30 | | 21,231.55 | 0.26 |
| Insurance | 2,235.27 | 0.09 | | 16,533.16 | 0.20 |

For Management Purposes Only

SH 00706

**POB International LLC**
**Income Statement**
**For the Ten Months Ending March 31, 2006**

|  | Current Month | | Year to Date | |
|---|---|---|---|---|
| Travel | 1,670.42 | 0.07 | 4,049.64 | 0.05 |
| Meals and entertainment | 145.00 | 0.01 | 218.00 | 0.00 |
| Telephone | 4,415.43 | 0.18 | 10,502.13 | 0.13 |
| E-mail server fees | 59.85 | 0.00 | 396.20 | 0.00 |
| Computer maintenance | 100.00 | 0.00 | 804.20 | 0.01 |
| Office rent | 11,310.00 | 0.47 | 32,450.00 | 0.40 |
| Utilities - office | 837.69 | 0.03 | 3,561.82 | 0.04 |
| Office equipment rent | 2,249.96 | 0.09 | 7,784.58 | 0.09 |
| Office expenses | 2,514.48 | 0.10 | 8,760.52 | 0.11 |
| Office cleaning | 750.00 | 0.03 | 2,500.00 | 0.03 |
| Payroll processing | 636.71 | 0.03 | 2,007.14 | 0.02 |
| Computer software | 408.82 | 0.02 | 1,322.00 | 0.02 |
| Dues and subscriptions | 1,872.00 | 0.08 | 3,406.00 | 0.04 |
| Automobile expenses | (828.01) | (0.03) | 410.14 | 0.00 |
| Automobile parking | 720.00 | 0.03 | 1,729.50 | 0.02 |
| Automobile leases | 1,188.00 | 0.05 | 2,081.00 | 0.03 |
| Courier services-samples | 1,340.33 | 0.06 | 3,748.14 | 0.05 |
| Courier services-office exp. | 351.80 | 0.01 | 403.92 | 0.00 |
| Lab fees | 0.00 | 0.00 | 30.00 | 0.00 |
| Bank service charges | 3,502.58 | 0.15 | 9,720.49 | 0.12 |
| Bank fees - wire transfers | 0.00 | 0.00 | 15.00 | 0.00 |
| Bank fees - collection items | 0.00 | 0.00 | 178.45 | 0.00 |
| Bank fees-incoming wire paymen | 18.00 | 0.00 | 208.75 | 0.00 |
| Letter of credit fees | 0.00 | 0.00 | 1,011.11 | 0.01 |
| Finance charges | 61,927.58 | 2.58 | 109,897.02 | 1.34 |
| Legal fees | 0.00 | 0.00 | 250.00 | 0.00 |
| Legal fees - collections | 5,000.00 | 0.21 | 5,000.00 | 0.06 |
| Accounting fees | 0.00 | 0.00 | 1,643.00 | 0.02 |
| Miscellaneous | 0.00 | 0.00 | 899.60 | 0.01 |
| Total Expenses | 285,545.41 | 11.88 | 755,176.33 | 9.19 |
| Net Income | $ (117,972.41) | (4.91) | $ (113,809.10) | (1.39) |

**EXHIBIT B**
**TO SECOND SUPPLEMENTAL**
**DECLARATION OF JOHN M. AUGUST**

# PGB International LLC
Balance Sheet
March 31, 2006

| | | |
|---|---:|---:|
| Current assets: | | |
| Cash | $27,163 | |
| Accounts receivable | | |
| Direct sales | 8,983,484 | |
| Indirect sales | 52,198 | |
| Other accounts receivable | 178,206 | |
| Inventory | 1,527,809 | |
| Prepaid expenses | 43,289 | |
| | | |
| Total current assets | | $10,812,149 |
| | | |
| Equipment | | 51,324 |
| | | |
| Goodwill | | 500,000 |
| | | |
| Total assets | | $11,363,473 |
| | | |
| | | |
| Current liabilities: | | |
| Credit line – JPMorgan Chase | $3,000,000 | |
| Accounts payable | 3,801,338 | |
| Accrued expenses | 367,206 | |
| | | |
| Total current liabilities | | $7,168,544 |
| | | |
| Other liabilities: | | |
| Subordinated loans | | 542,748 |
| | | |
| Total liabilities | | 7,711,292 |
| | | |
| Stockholder equity | | |
| Capital stock | 15,000 | |
| Additional paid in capital | 2,739,185 | |
| Retained earnings | 897,996 | |
| | | |
| Total stockholder equity | | 3,652,181 |
| | | |
| Total liabilities and equity | | $11,363,473 |

# PGB International LLC
Statement of income
For the six months ended March 31, 2006

| | | |
|---|---:|---:|
| Sales | | $31,199,557 |
| Cost of sales | | 29,299,612 |
| Gross profit | | 1,899,945 |
| Commission income: | | |
| Sales value | $1,037,216 | |
| Cost of sales | 983,167 | |
| Net commission income | | 54,049 |
| Operating income | | 1,953,994 |
| Selling, general, and administrative expenses | | 1,356,207 |
| Income before provision for taxes | | $597,787 |