HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., <br><br> Defendants, <br><br> and <br><br> JOHN DOES (1-10) and ABC CORPORATIONS (1-10), <br><br> Additionally Defendants on the Crossclaim. | <u>CIVIL ACTION</u> <br><br> Civil Action No. 06-4802 (DMC) |

**CERTIFICATION OF SERVICE**

I, John M. August, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, and an associate with Herrick, Feinstein LLP, with an office located at One Gateway Center, Newark, New Jersey 07102. Herrick, Feinstein is counsel to JPMorgan Chase Bank, N.A. in connection with the above-referenced matter.

2. On January 23, 2007, John M. August electronically filed a Second Supplemental Declaration of John M. August in Support of Cross-Motion of Defendant JPMorgan Chase Bank, N.A. for Partial Summary Judgment and Related Relief at docket no. 132 ("Supplemental Declaration").

3. On January 23, 2007, a copy of the Supplemental Declaration was electronically served upon the annexed Service List.

4. On January 25, 2007, a courtesy copy of the Supplemental Declaration was Federal Expressed to the Honorable Dennis M. Cavanaugh, U.S.D.J.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ John M. August
JOHN M. AUGUST

Dated: January 25, 2007
Newark, New Jersey

# SERVICE LIST

A. Michael Covino, Esq., *Attorney for defendants PGB International, LLC and Arthur Kupperman*

John P. Gleason, Esq., *Attorney for Empresas Lourdes S.A.*

George R. Hirsch, Esq., *Attorney for plaintiff Merrill Lynch Business Financial Services Inc.*

Vincent Frank Papalia, Esq., *Attorney for defendant E. Ross Browne*

Frederick Benno Polak, Esq., *Attorney for defendant Paulette Krelman*