```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: 24 January 2007

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan


Title of Case:                            Docket # 6cv4802

Merrill Lynch  v. Kupperman, et al

Appearances:

P-                 George Hirsch
D Kupperman & PGB- Michael Covino
D Browne-          Vincent Papalia
D Krelman          Frederick Polak
JP Morgan          Paul Schafhauser & John August

Nature of proceedings:

Hrg. on motion for Summary Judgment & cross motion to Dismiss
Arguments heard from counsel
Decision Reserved
Opinion and Order to be filed



Time Commenced     9:30
Time Adjourned     10:30


cc: chambers                              /S/ SCOTT P. CREEGAN
                                          Deputy Clerk