# SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

ATTORNEYS AT LAW

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311
Telephone (973) 622-3333

Telecopier (973) 622-3349

WWW.SAIBER.COM

BRUCE I. GOLDSTEIN+°
WILLIAM F. MADERER+°
DAVID J. D'ALOIA*
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY*°
ARNOLD B. CALMANN°
JOAN M. SCHWAB
JENNINE DISOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER°△
MICHAEL J. GERAGHTY°
NINO A. COVIELLO°
MICHELLE V. FLEISHMAN°
AGNES I. RYMER°
JAMES H. GIANNINOTO°
NANCY A. WASHINGTON
ERNEST E. BADWAY°
MARC C. SINGER°△
SETH E. ZUCKERMAN
MARC E. WOLIN△
DAVID A. COHEN
JEREMY P. KLEIMAN°
JEFFREY SOOS

SAMUEL S. SAIBER
1929-2002

GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL

DAVID M. SATZ, JR.
MORTON GOLDFEIN°
EDWIN H. NORDLINGER□
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL

ROBERT B. NUSSBAUM
ROBERT J. KOCHENTHAL□
COUNSEL

° MEMBER OF NJ & NY BARS
△ MEMBER OF NJ & PA BARS
□ MEMBER OF NY BAR ONLY
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL AND CRIMINAL TRIAL ATTORNEY
* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

KIMBERLY ANN LEEGAN
DANALYNN T. COLAO°
MELISSA A. PROVOST
CHRISTINA L. FICHERA°
JENNIFER R. O'CONNOR
DANIELLE PANTALEO°
PHOEBE S. SORIAL°
MELISSA A. SILVER
COLIN R. ROBINSON△
MARK A. RONEY
JACK CHAN
CARA L. MIGLIACCIO
DANIELE N. HANKIN°
HILLARY A. JURY°△
JEFFREY J. PASEK
ANDREW D. LA FIURA°
LAUREN M. LIMAURO
GEORGE TENREIRO°
RINA GRASSOTTI°
UNA YOUNG KANG△
KATHERINE A. ESCANLAR
SUZANNE J. HERRMANN°
KATELYN M. TORPEY
SANJAY MANOCHA°

March 7, 2007

**VIA ELECTRONIC FILING**
**AND FIRST CLASS MAIL**
Hon. Dennis M. Cavanaugh, U.S.D.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

   Re: Merrill Lynch v. Kupperman, *et al*.
     Civil Action No. 06-4802 (DMC)

Dear Judge Cavanaugh:

  We represent defendant E. Ross Browne. Attached hereto is the Supplemental Certification of Mark A. Roney, Esq. which corrects and explains certain statements in the Certification we submitted on behalf of Mr. Browne on March 5, 2007 and withdraws the related argument made in the letter brief accompanying that Certification. We apologize for this inadvertent error and any inconvenience to the Court or the parties.

            Respectfully submitted,

            VINCENT F. PAPALIA

{00475280.DOC}

SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

Hon. Dennis M. Cavanaugh, U.S.D.J.
March 7, 2007
Page 2

cc: George R. Hirsch, Esq. (via Electronic Mail Only)
    A. Michael Covino, Esq. (via Electronic Mail Only)
    John M. August, Esq. (via Electronic Mail Only)
    Frederick B. Polak, Esq. (via Electronic Mail Only)
    James A. Scarpone, Esq. (via Electronic Mail Only)

{00475280.DOC}