

NEW YORK
NEWARK
PRINCETON

PAUL H. SCHAFHAUSER
PARTNER
Direct Tel: 973.274.2098
Direct Fax: 973.274.6414

Email: pschafhauser@herrick.com

March 28, 2007

Via Electronic Delivery and First Class Mail

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
   for the District of New Jersey
Martin Luther King, Jr. Federal
   Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

        Re:    Merrill Lynch Business Financial Services, Inc.
                vs. Arthur Kupperman, et al.
                Civil Action No. 06 Civ. 4802 (DMC)

Dear Judge Cavanaugh:

      This firm represents defendant JPMorgan Chase Bank, N.A. in connection with the above-referenced matter. We are in receipt of a letter to Your Honor from Vincent Papalia, Esq., counsel to defendant E. Ross Browne, dated March 27, 2007.

      In his letter, Mr. Papalia requests that the Court schedule a settlement conference. As the Court is aware, however, various motions are presently pending before Your Honor, including a potentially dispositive motion with respect to Mr. Browne. Accordingly, we respectfully submit that a settlement conference before Your Honor is not warranted at this time.

      Thank you.

                                                Respectfully submitted,

                                               /s/ Paul H. Schafhauser

                                               Paul H. Schafhauser

cc:    A. Michael Covino, Esq. (via e-filing)
         Frederick B. Polak, Esq. (via e-filing)
         Vincent F. Papalia, Esq. (via e-filing)
         George R. Hirsch, Esq. (via e-filing)

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

ONE GATEWAY CENTER, NEWARK, NJ 07102 • TEL 973.274.2000 • FAX 973.274.2500 • www.herrick.com