BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER+
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALLMADGE+
EDWIN A. ZIPF+
GEORGE R. HIRSCH*
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK F. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALD+
LAWRENCE E. FENSTER△
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN*
DIANA C. MANNING*
BENNETT FALK°
KEITH OLIN□
ALEX J. SABO□
FRANK J. CUCCIO*
ANDREW W. SIDMAN△
RICHARD C. SZUCH+
JED L. MARCUS*
RONNIE ANN POWELL*
PAUL I. ROSENBERG*
DANIEL R. KORB, JR.+

OF COUNSEL
RICHARD R. SPENCER, JR.+

COUNSEL
KENNETH M. MOLTNER△
MICHAEL J. CONNOLLY+
FELICIA L. GARLAND+

BERNARD BRESSLER
(1928-2005)

# BRESSLER, AMERY & ROSS, P.C.

## ATTORNEYS AT LAW

P.O. BOX 1980
MORRISTOWN, NJ 07962
(973) 514-1200

FAX: (973) 514-1660

———

HAND DELIVERY:
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

———

www.bressler.com

———

NEW YORK OFFICE
17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300

———

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

RICHARD J. TEER*
MICHAEL S. RUBIN+
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
KALMAN G. MAGYAR*
JILL E. DOKSON□
ROBIN C. STEPHAN*
CHRISTIAN D. JOHNSON+
STEVEN G. HEMMERT□
RONALD J. CAMPIONE*
ANGELA M. SCAFURI+
SEAN C. CALLAHAN*
DENNISE S. MULVIHILL*
COREN H. STERN°
SETH V. ALHADEFF□
JASON L. SMITH+
DAVID J. BUTLER*
BENJAMIN J. DiLORENZO+
DIANA C. CAMPBELL△
DAVID G. SMITHAM*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
DENNIS E. KADIAN*
EDWARD D. TAN+
A. WESLEY BRIDGES+
DANIELLE R. GREENE*
REGINA PEPE MARTORANA*
DIANA M. HEDRICK□
CHRISTOPHER G. MASSEY*
SMIT KAPADIA*
MATTHEW E. WOLPER□
RISA M. DAVID+
ANDREW M. GREENIDGE□
KIRSTIN K. O'CALLAGHAN*
MARSHALL B. McLEAN+
JASON K. ROBERTS+

*ADMITTED IN NJ AND NY
+ADMITTED IN NJ
△ADMITTED IN NY
□ADMITTED IN FL
°ADMITTED IN FL AND NY

WRITER'S DIRECT INFORMATION:

March 29, 2007

**VIA ECF AND UPS**

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
For the District of New Jersey
451 U.S. Post Office Courthouse Building
Federal Square
P.O. Box 999
Newark, New Jersey 07101-0999

> Re:  **Merrill Lynch Business Financial Services Inc.**
> **vs. Arthur Kupperman, et al.**
> **Civil Action No: 06-CIV-4802 (DMC)**

Dear Judge Cavanaugh:

We represent Merrill Lynch Business Financial Services Inc. ("MLBFS"), the Plaintiff in the referenced matter. We write in response to letters from Vincent F. Papalia, Esq. dated March 27, 2007 and from James A. Scarpone, Esq. dated March 25, 2007 requesting a settlement conference.

As Your Honor is aware, each of the individual defendants (Arthur Kupperman, Paulette Krelman, and E. Ross Browne) provided to MLBFS unconditional personal guaranties of the indebtedness of PITTRA G.B. International, Inc. ("PITTRA"). There is no genuine issue regarding their liability or the amounts due on those guaranties, and the Court has under advisement our motion for summary judgment.

Mr. Papalia, on behalf of Defendant Browne, complains that his efforts to settle the case have not been successful.

Mr. Scarpone writes on behalf of the bankruptcy trustee of PITTRA, joining in Mr. Papalia's request for a settlement conference. However, the trustee is not a party to this action, and MLBFS' guaranty claims against the individual defendants are not impacted by the PITTRA bankruptcy. Cf. Maritime Electric Co. v. United Jersey Bank, 959 F.2d 1194 at 1205 (3d Cir. 1992); In re Desa Holdings Corp., 353 B.R. 419 at 425 (Bankr. D. Del. 2006).

MLBFS submits that no purpose would be served by a settlement conference. The parties are capable of discussing settlement amongst themselves, if, as, and when they determine it appropriate to do so.

Respectfully,

George R. Hirsch

GRH\msk
cc:   Frederick B. Polak, Esq. (via electronic and first-class mail)
A. Michael Covino, Esq. (via electronic and first-class mail)
John M. August, Esq. (via electronic and first-class mail)
John P. Gleason, Esq. (via electronic and first-class mail)
Vincent F. Papalia, Esq. (via electronic and first-class mail)
James A. Scarpone, Esq. (via electronic and first-class mail)