IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MERRILL LYNCH BUSINESS<br>FINANCIAL SERVICES, INC., | : | Civil No.<br>06-cv-4802 (DMC) |
| | : | |
| Plaintiff, | | TRANSCRIPT OF |
| | : | PROCEEDINGS |
| v. | | |
| | : | |
| ARTHUR KUPPERMAN, E. ROSS BROWNE,<br>PAULETTE KRELMAN, and<br>PGB INTERNATIONAL, LLC, | : | |
| | : | |
| Defendants. | | |

-----------------------------------x

Newark, New Jersey
October 13, 2006

BEFORE:

    THE HON. DENNIS M. CAVANAUGH, U.S.D.J.

Reported by
CHARLES P. McGUIRE, C.S.R.
Official Court Reporter

Pursuant to Section 753, Title 28, United States Code, the following transcript is certified to be an accurate record as taken stenographically in the above entitled proceedings.

                                CHARLES P. McGUIRE, C.S.R.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., | : | Civil No. 06-cv-4802 (DMC) |
| | : | |
| Plaintiff, | : | TRANSCRIPT OF PROCEEDINGS |
| v. | : | |
| ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, and PGB INTERNATIONAL, LLC, | : | |
| | : | |
| Defendants. | | |

------------------------------x

Newark, New Jersey
October 26, 2006

BEFORE:

    THE HON. DENNIS M. CAVANAUGH, U.S.D.J.

                              Reported by
                              CHARLES P. McGUIRE, C.S.R.
                              Official Court Reporter

Pursuant to Section 753, Title 28, United States Code, the following transcript is certified to be an accurate record as taken stenographically in the above entitled proceedings.

                              _____
                              CHARLES P. McGUIRE, C.S.R.