George R. Hirsch, Esq.
BRESSLER, AMERY & ROSS
A Professional Corporation
P. O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br>                      Plaintiff,<br><br>vs.<br><br>ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>                      Defendants. | Docket No: 06-Civ-4802 (DMC)<br><br>**DECLARATION OF SERVICE** |

**MARIA S. KRAFT,** of full age, declares pursuant to 28 U.S.C. §1746, as follows:

1. I am employed as a legal secretary by the law firm of Bressler, Amery & Ross, P.C. attorneys for Plaintiff. Said firm maintains offices for the practice of law at 325 Columbia Turnpike, Florham Park, New Jersey 07932.

2. On Monday, July 23, 2007, I caused to be served upon the parties on the annexed Service List, via the means indicated thereon, copies of the following documents:

- Letter Brief; and
- Declaration of George R. Hirsch, Esq.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: July 23, 2007

_____
Maria S. Kraft

MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. vs.
ARTHUR KUPPERMAN, ET AL.

CIVIL ACTION NO: 06-4802 (DMC)

SERVICE LIST

### VIA ECF AND UPS

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
For the District of New Jersey
451 U.S. Post Office Courthouse Building
Federal Square
P.O. Box 999
Newark, New Jersey  07101-0999

### VIA ECF AND FIRST-CLASS MAIL

John M. August, Esq.
Herrick Feinstein, LLP
One Gateway Center
Newark, New Jersey  07102
jaugust@herrick.com

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078-7734
mcovino@budd-larner.com, filingnotice@budd-larner.com

Vincent F. Papalia, Esq.
Saiber, Schlesinger, Satz & Goldstein, LLC
One Gateway Center
13th Floor
Newark, New Jersey  07102-5311
vfp@saiber.com, bonnie@saiber.com

3