NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., | : : : | |
| Plaintiff, | : : | **Hon. Dennis M. Cavanaugh** |
| v. | : : | **ORDER** |
| ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, N.A., *et al.*, | : : : : : | Civil Action No. 06 - 4802 (DMC) |
| Defendants. | : | |

This matter having come before the Court on application by Arthur Kupperman ("Defendant") for the return of his passport, and this Court having heard oral arguments and having further considered the submissions in opposition to and in support of Defendant's application, and for the reasons set forth in this Court's Opinion issued this day,

IT IS on this   7   day of August, 2007;

**ORDERED** that Defendant's attorney and custodian of Defendant's passport, Michael Covino, return Defendant's passport to Defendant.

                                                        S/ Dennis M. Cavanaugh  
                                                        Dennis M. Cavanaugh, U.S.D.J.

Orig:  Clerk  
cc:     Counsel of Record  
        The Honorable Mark Falk, U.S.M.J.  
        File