NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., : : : Plaintiff, : : v. : : ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, N.A., *et al.*, : : : : : Defendants. : | **Hon. Dennis M. Cavanaugh** **ORDER** Civil Action No. 06 - 4802  (DMC) |

This matter having come before the Court on motion by Plaintiff, Merrill Lynch Business Financial Services, for partial summary judgment and for certification of judgment as final; and cross motion by Defendant, JP Morgan Chase Bank, N.A., for partial summary judgment and for certification of judgment as final; and motion by Defendants PGB and Kupperman to dismiss Plaintiff's Complaint; and the Court having reviewed all submissions and having heard oral argument; and for the reasons stated in its Opinion issued on this day,

IT IS on this   6   day of August, 2007;

**ORDERED** that Defendant PGB's and Kupperman's motion to dismiss is **denied**; and it is further

**ORDERED** that Plaintiff Merrill Lynch Business Financial Services motion for partial summary judgment is **granted** as to Count Four of its Complaint; and it is further

**ORDERED** that Plaintiff Merrill Lynch Business Financial Services motion that the judgment be certified as final is **denied**; and it is further

**ORDERED** that Defendant JP Morgan Chase N.A.'s motion for partial summary judgment is **granted** as to Count One of its Complaint and **denied** as to Count Ten of its Complaint; and it is further

**ORDERED** that Defendant JP Morgan Chase N.A.'s motion for certification of the judgment as final is **denied**.

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Orig: Clerk
cc: Counsel of Record
    The Honorable Mark Falk, U.S.M.J.
    File