BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER+
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALLMADGE+
EDWIN A. ZIPF+
GEORGE R. HIRSCH*
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK P. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALD+
LAWRENCE E. FENSTER◊
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN*
DIANA C. MANNING*
BENNETT FALK◊
KEITH OLIN◊
ALEX J. SABO◊
FRANK J. CUCCIO*
ANDREW W. SIDMAN◊
RICHARD C. SZUCH+
JED L. MARCUS*
RONNIE ANN POWELL*
PAUL I. ROSENBERG*
DANIEL R. KORB, JR.+
MIHAL NAHARI◊

OF COUNSEL
RICHARD R. SPENCER, JR.+
CLYDE A. SZUCH+

COUNSEL
KENNETH M. MOLTNER◊
MICHAEL J. CONNOLLY+
FELICIA L. GARLAND+
SHARON H. JACOBY◊

BERNARD BRESSLER
(1928-2009)

# BRESSLER, AMERY & ROSS, P.C.
## ATTORNEYS AT LAW

P.O. BOX 1980
MORRISTOWN, NJ 07962
(973) 514-1200
FAX: (973) 514-1660

HAND DELIVERY:
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

www.bressler.com

NEW YORK OFFICE
17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

RICHARD J. TEER*
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
JILL E. DOKSON◊
ROBIN C. STEPHAN*
CHRISTIAN D. JOHNSON+
STEVEN G. HEMMERT◊
RONALD J. CAMPIONE*
ANGELA M. SCAFURI+
GERD W. STABBERT, JR.*
SEAN C. CALLAHAN*
DENNISE S. MULVIHILL*
COREN H. STERN◊
SETH V. ALHADEFF◊
JASON L. SMITH+
DAVID J. BUTLER*
BENJAMIN J. DILORENZO+
DAVID G. SMITHAM*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
DENNIS E. KADIAN*
EDWARD D. TAN+
A. WESLEY BRIDGES+
DANIELLE R. GREENE*
REGINA PEPE MARTORANA*
DIANA M. HEDRICK◊
CHRISTOPHER G. MASSEY*
SMIT KAPADIA*
MATTHEW E. WOLPER◊
RISA M. DAVID+
ANDREW M. GREENIDGE◊
KIRSTIN K. O'CALLAGHAN*
MARSHALL B. McLEAN*
JASON K. ROBERTS+
GAVRILA A. BROTZ◊

*ADMITTED IN NJ AND NY
+ADMITTED IN NJ
◊ADMITTED IN NY
◊ADMITTED IN FL
◊ADMITTED IN FL AND NY

WRITER'S DIRECT INFORMATION:

August 8, 2007

**VIA TELECOPY AND ECF**

Honorable Madeline C. Arleo, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Room 2060
Newark, New Jersey 07102

    Re:   **Merrill Lynch Business Financial Services Inc.
           vs. Arthur Kupperman, et al.
           Civil Action No: 06-CIV-4802 (DMC)**

Dear Judge Arleo:

    Under paragraph 15 of Your Honor's July 24, 2007 Pre-Trial Scheduling Order in this case Rule 26 disclosures, and under paragraph 16 interrogatories and document requests, are due today.

    With the consent of all counsel, we are writing to request an extension to Friday, August 17, 2007 to comply with those paragraphs. The reasons for this request are

BRESSLER, AMERY & ROSS, P.C.

Honorable Madeline C. Arleo, U.S.M.J.
August 8, 2007
Page 2

various counsels' workloads and the fact that Judge Cavanaugh issued his decision in the pending summary judgment motions late yesterday. That decision may impact the discovery.

We appreciate the Court's consideration.

Respectfully,

George R. Hirsch

GRH/msk
cc:  Paul H. Schafhauser, Esq. (via electronic and first-class mail)
     A. Michael Covino, Esq. (via electronic and first-class mail)
     John M. August, Esq. (via electronic and first-class mail)
     Vincent F. Papalia, Esq. (via electronic and first-class mail)

SO ORDERED
DATE 8/9/07

MADELINE COX ARLEO, USMJ.