A. Michael Covino
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Applicant
IFIG USA, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., | : : : Civil Action No. 06-Civ-4802(DMC) |
| Plaintiff, | : : |
| vs. | : : |
| ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., | : **DECLARATION OF A. MICHAEL COVINO** : : : : |
| Defendants, | : : |

A. Michael Covino, under penalty of perjury and pursuant to 28 U.S.C. §1746, declares the following to be true:

1.    I am a shareholder at Budd Larner, P.C., counsel in this matter for PGB International, LLC and Arthur Kupperman.  I submit this declaration in opposition to the motion of Chase Bank, N.A. to hold Mr. Kupperman in contempt and for other relief.  This declaration is based upon my personal knowledge, information and belief.

2.    Attached as Exhibit A is a coy of an e-mail I sent to John August, counsel for Chase, on March 28, 2007.

3.    Attached as Exhibit B is a copy of a bank statement from Chase for an account held by PGB.

4.    Attached as Exhibit C is a copy of a bank statement from Bank of America for an account held by PGB.

5.    Attached as Exhibit D is an invoice from IFIG to VIP Foods, a delivery order sheet from Barthco to PGB, an invoice from Ace Transportation to PGB and a check from IFIG to Ace.

6.    Attached as Exhibit E is an invoice from IFIG to VIP Foods, a Delivery Order from Barthco to PGB, an invoice from Ace Transportation to PGB, and a check from IFIG to Ace Transportation.

7.    Attached as Exhibit F are three stock certificates for IFIG.

8.    Attached as Exhibit G is an invoice from Montpellier S.A. to PGB, an invoice from IFIG to Organic Ingredients Inc., a bank statement from HSBC for an account in the name of IFIG, a check from Organic Ingredients to PGB, and a deposit slip for Lakeland bank.

9.    Attached as Exhibit H is an invoice from iTi tropicals to PGB, an invoice from IFIG to H.C. Brill Company, Inc., a page from a bank statement from HSBC for an account in the name of IFIG, a

check from H.C. Brill to PGB, and a deposit slip from Lakeland bank.

I declare the foregoing to be true under penalties of perjury.


_____
A. Michael Covino

Dated: August 27, 2007

626234

EXHIBIT A

# Michael Covino - IFIG documents

| | |
|---|---|
| **From:** | Michael Covino |
| **To:** | August, John |
| **Date:** | 3/28/2007 9:38 AM |
| **Subject:** | IFIG documents |

John, Attached please find documents stamped IFIG 00001-00072.  Mike.

# EXHIBIT B

PGB INTERNATIONAL LLC

**Business Checking** 957-082045
(continued)

PGB INTERNATIONAL LLC

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | | TAMPA FL 33634- | |
| | 10/10 | Electronic Funds Transfer | $250.00 |
| | | ORIG CO NAME:PGB INTERNATIONA | |
| | | ORIG ID:9082045001 DESC DATE:061010 | |
| | | CO ENTRY DESCR:PAYMENTS SEC:CCD | |
| | | TRACE#:021000025841380 EED:061010 | |
| | | IND ID:BATCH OFFSET | |
| | | IND NAME:OFFST PGB INTERNATIONA | |
| | 10/10 | Electronic Funds Transfer | $375.00 |
| | | ORIG CO NAME:PGB INTERNATIONA | |
| | | ORIG ID:9082045001 DESC DATE:061010 | |
| | | CO ENTRY DESCR:PAYMENTS SEC:CCD | |
| | | TRACE#:021000025841382 EED:061010 | |
| | | IND ID:BATCH OFFSET | |
| | | IND NAME:OFFST PGB INTERNATIONA | |
| | 10/10 | Book Transfer Debit | $16,490.00 |
| | | A/C: BBVA BANCO FRANCES S.A. | |
| | | BUENOS AIRES ARGENTINA 1095 - | |
| | | REF: INV 0002-00001014 PGB REF 1972 | |
| | | -17 | |
| | 10/10 | Book Transfer Debit | $46,808.32 |
| | | A/C: UNION BANK OF ISRAEL  LTD | |
| | | TEL AVIV ISRAEL 65143- | |
| | | REF: INV 306 PGB REF 2079-01 | |
| | 10/11 | CHIPS Debit | $17,772.96 |
| | | VIA: BANK OF COMMUNICATIONS N.Y. | |
| | | /1262 | |
| | | A/C: BANK OF COMMUNICATIONS | |
| | | HUZHOU, CHINA | |
| | | BEN: HUZHOU TIANWANG FOOD CO., LTD. | |
| | | REF: INVOICE TW2006-087 PGB REF 205 | |
| | | 3-03/PHONBEN/86-572-2123289 | |
| | | SSN: 0095458 | |
| | 10/16 | Stop Placed | |
| | | Stop Placed | |
| | | CHK#    11357 AMT    18,200.00 | |
| | 10/25 | Debit Memorandum | $92,241.68 |
| | | REF: MISC DEBIT | |
| | **Total** | | **$289,036.64** |

**Checks Paid**

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 11303 | 10/03 | $300.00 | 11361 | 10/04 | $149.40 | 11378* | 10/11 | $867.50 |
| 11326* | 10/03 | $500.00 | 11362 | 10/04 | $250.00 | 11381* | 10/10 | $77.50 |
| 11334* | 10/02 | $155.92 | 11363 | 10/02 | $60.00 | 11382 | 10/10 | $467.34 |
| 11335 | 10/02 | $302.10 | 11365* | 10/03 | $982.77 | 11383 | 10/10 | $1,078.31 |
| 11344* | 10/02 | $23,826.60 | 11366 | 10/03 | $375.00 | 11386* | 10/11 | $5.84 |
| 11350* | 10/04 | $185.30 | 11367 | 10/03 | $74.20 | 11388* | 10/11 | $218.36 |
| 11351 | 10/04 | $198.00 | 11368 | 10/03 | $143.89 | 11389 | 10/11 | $354.04 |
| 11353* | 10/03 | $65.00 | 11369 | 10/02 | $6,100.00 | 11395* | 10/11 | $25,000.00 |
| 11355* | 10/02 | $6.00 | 11371* | 10/03 | $18.00 | | | |
| 11360* | 10/02 | $6,100.00 | 11373* | 10/06 | $50.00 | | | |

| **Total** | **( 28 checks)** | | | | | | | **$67,911.07** |

* indicates gap in sequence

# EXHIBIT C





PGB INTERNATIONAL LLC
ARTHUR R KUPPERMAN

Page 3 of 6
Statement Period
10/17/06 through 10/31/06
E0   P  PA   0A
Enclosures 0              47       00007
Account Number   0038 1128 3369

## Deposit Accounts

## Full Analysis Business Checking

### PGB INTERNATIONAL LLC  ARTHUR R KUPPERMAN

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0038 1128 3369 | Statement Beginning Balance | $0.00 |
| Statement Period | 10/17/06 through 10/31/06 | Amount of Deposits/Credits | $194,009.71 |
| Number of Deposits/Credits | 10 | Amount of Withdrawals/Debits | $179,722.99 |
| Number of Withdrawals/Debits | 41 | Statement Ending Balance | $14,286.72 |
| Number of Days in Cycle | 15 | Average Ledger Balance | $40,862.25 |
| | | Service Charge | $0.00 |

#### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 10/17 | | 47,039.40 | Deposit | 813004670448401 |
| 10/17 | | 2,246.40 | Deposit | 813004670448579 |
| 10/19 | | 7,818.99 | Return Of Posted Check / Item (Received On 10-18) Electronic Transaction | 955010180001428 |
| 10/20 | | 7,818.93 | Return Of Posted Check / Item (Received On 10-19) Electronic Transaction | 955010190001394 |
| 10/20 | | 22,154.33 | Deposit | 813005070793727 |
| 10/23 | | 38,467.33 | Counter Credit | 813004470098917 |
| 10/26 | | 22,698.00 | Counter Credit | 813005070672499 |
| 10/27 | | 18,922.33 | Wire Type:Wire IN Date: 061027 Time:1252 Et Trn:2006102700157953 Seq:0610272368007949/007949 Orig:Piazza Grape Juice Compan Snd Bk:Wachovia NY Intl ID:026005092 Pmt Det:CA061027024827 Invoice P Ayment Less Wire Charges | 903710270157953 |
| 10/30 | | 24,300.00 | Counter Credit | 813004870124867 |
| 10/30 | | 2,544.00 | Counter Credit | 813005070435475 |

#### Withdrawals and Debits
#### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 992 | 46,728.00 ✓ | 10/23 | 813004470845171 | 13012 | 1,100.00 ✓ | 10/31 | 813004370620415 |
| 13000* | 1,500.00 ✓ | 10/30 | 813001292411648 | 13013 | 990.00 ✓ | 10/30 | 813001292764812 |
| 13001 | 2,392.00 ✓ | 10/27 | 813001092466962 | 13014 | 550.54 ✓ | 10/26 | 813000992263639 |
| 13003* | 157.50 ✓ | 10/27 | 813001092271695 | 13015 | 867.50 ✓ | 10/31 | 813000492327490 |
| 13006* | 164.38 ✓ | 10/30 | 813001592651373 | 13020* | 691.42 ✓ | 10/30 | 813001292031809 |
| 13008* | 764.03 ✓ | 10/30 | 813001392573502 | 13021 | 982.18 ✓ | 10/31 | 813004670329331 |
| 13009 | 850.00 ✓ | 10/31 | 813004570067423 | 13022 | 1,935.20 ✓ | 10/27 | 813001092920667 |
| 13010 | 125.00 ✓ | 10/30 | 813004270163862 | 13023 | 1,675.33 ✓ | 10/27 | 813005370734124 |
| 13011 | 288.00 ✓ | 10/30 | 813004870846289 | 13041* | 11,232.00 ✓ | 10/31 | 813000292627095 |

*Preceding check (or checks) is outstanding, is included in the summary listing, or has been included in a previous statement.

Recycled Pape

PGB INTERNATIONAL LLC
ARTHUR R KUPPERMAN

Page 4 of 6
Statement Period
10/17/06 through 10/31/06
E0  P PA  0A
Enclosures 0           47
Account Number  0038 1128 3369

## Withdrawals and Debits - Continued

## Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 10/18 | | 7,818.99 | Paychex - Rcx     Des:Payroll     ID:21146800000084X Indn:Pgb International Llc    Co ID:1161124166 Ccd | 900691005471695 |
| 10/19 | | 7,818.93 | Paychex - Rcx     Des:Payroll     ID:21157200001526X Indn:Pgb International Llc    Co ID:1161124166 Ccd | 900691008415528 |
| 10/19 | | 19.00 | NSF: Returned Item Fee For Activity Of 10-18 Electronic Transa | 955010180017540 |
| 10/20 | | 10,550.73 | Wire Type:Wire Out Date:061020 Time:1052 Et Trn:2006102000121623 Service Ref:001597 Bnf:Paychex Of NY ID:512068399 Bnf Bk:Jpmorgan Cha SE Bank, N. ID:021000021 Pmt Det:01061020001207Nn/ Acc/0076-Kp76 | 903710200121623 |
| 10/20 | | 20.00 | Wire Transfer Fee | 903710200118550 |
| 10/20 | | 33.00 | NSF: Returned Item Fee For Activity Of 10-19 Electronic Transa | 955010190014792 |
| 10/23 | | 7,818.99 | Wire Type:Wire Out Date:061023 Time:0921 Et Trn:2006102300091075 Service Ref:000865 Bnf:Paychex Of New York ID:512068399 Bnf Bk:Jpmorg An Chase Bank, N. ID:021000021 Pmt Det:01061023001 079Nn0076-Kp76 | 903710230091075 |
| 10/23 | | 2,731.68 | Paychex Tps     Des:Taxes     ID: 0137107615480 Indn:Pgb International Llc    Co ID:1161124166 Ccd | 900696006106297 |
| 10/23 | | 1,854.83 | US_Cbp     Des:Payment     ID:6Ic79Feb9O1 Indn:Pgb Int'l Llc    Co ID:7005009701 Ccd Pmt Info:014866 4607292150 | 900696006164025 |
| 10/23 | | 20.00 | Wire Transfer Fee | 903710230105359 |
| 10/24 | | 123.60 | US_Cbp     Des:Payment     ID:6Ic7Eb5Ruo1 Indn:Pgb Int'l Llc    Co ID:7005009701 Ccd Pmt Info:014866 4607293135 | 900696010969612 |
| 10/25 | | 2,212.20 | US_Cbp     Des:Payment     ID:6Ic7Kacqr21 Indn:Pgb Int'l Llc    Co ID:7005009701 Ccd Pmt Info:014866 3907293486 | 900697004702884 |
| 10/26 | | 25,493.12 | Wire Type:Intl Out Date:061026 Time:0945 Et Trn:2006102600097966 Service Ref:090450 Bnf:Montpellier S.A. ID:4842010043 Bnf Bk:Bbva Ban Co Frances S.A. ID:006550516928 Pmt Det:0106102600 0241Nncontract 2087-01 | 903710260097966 |
| 10/26 | | 45.00 | Wire Transfer Fee | 903710260109766 |
| 10/27 | | 13,260.00 | Wire Type:Intl Out Date:061027 Time:1714 Et Trn:2006102700264906 Service Ref:113358 Bnf:Huzhou Tianwang Food Co.,L ID:4526130018804900 Bnf Bk:Bank Of China ID:Bkchcnbj92G Pmt Det:010610 27010117Nncontract 2077-02 Invoice Tw 2006-092 | 903710270264906 |
| 10/27 | | 8,879.29 | Wire Type:Intl Out Date:061027 Time:1707 Et Trn:2006102700261651 Service Ref:113225 Bnf:Xinjiang Chalkis Tomato PR ID:00014908091001 Bnf Bk:Bank Of China ID:Bkchcnbj760 Pmt Det:010610 27010360Nn/Acc/Contract 2040-01 Invoice //Xzjfto09 | 903710270261651 |
| 10/27 | | 45.00 | Wire Transfer Fee | 903710270127061 |
| 10/27 | | 45.00 | Wire Transfer Fee | 903710270127052 |
| 10/30 | | 6,000.00 | Funds Transfer Debit Fdes Nnj 0090160 Nja0617 | 945010301600005 |





PGB INTERNATIONAL LLC
ARTHUR R KUPPERMAN

Page 5 of 6
Statement Period
10/17/06 through 10/31/06
E0  P PA  0A          000070
Enclosures 0           47
Account Number  0038 1128 3369

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 10/30 | | 54.92 | US_Cbp          Des:Payment          ID:6Ic7Vkjpfm1 Indn:Pgb Int'l Llc          Co ID:7005009701 Ccd Pmt Info:014866 4607299107 | 900603007333527 |
| 10/31 | | 8,000.00 | Wire Type:Wire Out Date:061031 Time:1127 Et Trn:2006103100150419 Service Ref:002056 Bnf:Paychex Of New York ID:512068399 Bnf Bk:Jpmorg An Chase Bank, N. ID:021000021 Pmt Det:01061031000 071Nn0076-Kp76 | 903710310150419 |
| 10/31 | | 3,261.20 | Wire Type:Wire Out Date:061031 Time:1129 Et Trn:2006103100150932 Service Ref:002069 Bnf:Denton Cartage ID:900268500-7 Bnf Bk:Oak Brook Bank ID:071923310 Pmt Det:01061031001688Nn | 903710310150932 |
| 10/31 | | 624.43 | US_Cbp          Des:Payment          ID:6Ic84U9Qf81 Indn:Pgb Int'l Llc          Co ID:7005009701 Ccd Pmt Info:014866 5307299178 | 900603012495744 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/17 | 49,285.80 | 10/23 | 40,131.23 | 10/27 | 24,937.78 |
| 10/18 | 41,466.81 | 10/24 | 40,007.63 | 10/30 | 41,204.03 |
| 10/19 | 41,447.87 | 10/25 | 37,795.43 | 10/31 | 14,286.72 |
| 10/20 | 60,817.40 | 10/26 | 34,404.77 | | |

Recycled Pape

# Bank of America

PGB INTERNATIONAL LLC
ARTHUR R KUPPERMAN

Page 3 of 5
Statement Period
11/01/06 through 11/30/06
E0  P PC  0C
Enclosures 15        47
Account Number   0038 1128 3369

0039019

## Deposit Accounts

## Full Analysis Business Checking

### PGB INTERNATIONAL LLC  ARTHUR R KUPPERMAN

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0038 1128 3369 | Statement Beginning Balance | $14,286.72 |
| Statement Period | 11/01/06 through 11/30/06 | Amount of Deposits/Credits | $143,359.55 |
| Number of Deposits/Credits | 9 | Amount of Withdrawals/Debits | $157,646.21 |
| Number of Withdrawals/Debits | 29 | Statement Ending Balance | $0.06 |
| Number of Days in Cycle | 30 | Average Ledger Balance | $14,818.55 |
| | | Service Charge | $0.00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/01 | 0000013041 | 11,232.00 | Return Of Posted Check / Item (Received On 10-31) Check #0000013041 | 955010310001736 |
| 11/01 | | 42,050.00 | Wire Type:Intl IN Date:061101 Time:0835 Et Trn:2006103100104647 Seq:H1061031K007064/158887 Orig:Sa Sirpperie Meurens ID:348014772962 Pmt Det: $30.00 Fee Deductsir488 Inv 1694 + 1719 | 903710310104647 |
| 11/01 | | 850.00 | Counter Credit | 813004370128423 |
| 11/01 | | 12,000.00 | Funds Transfer Credit  Εχϋ Fdes Nnj 0090160 Nbk3Fix | 945011011600002 |
| 11/03 | | 7,818.93 | Return Of Posted Check / Item (Received On 11-02) Electronic Transaction | 955011020001556 |
| 11/03 | | 22,960.00 | Credit 038112833369 004370668666  Effective 110206 | 955011020000601 |
| 11/03 | | 23,970.69 | Counter Credit | 813005370450866 |
| 11/06 | | 22,477.87 | Counter Credit | 813004570860501 |
| 11/17 | | 0.06 | Paychex Tps    Des:Taxes      ID:  0137107615611 Indn:Pgb International Llc    Co ID:1161124166 Ccd | 900620012541235 |

### Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 13004 | 375.00 | 11/01 | 813001170575102 | 13031* | 1,299.80 | 11/01 | 813000692071193 |
| 13005 | 396.00 | 11/02 | 813004770138581 | 13032 | 80.00 | 11/02 | 813000892480861 |
| 13016* | 3,050.00 | 11/03 | 813005370456378 | 13033 | 42.50 | 11/02 | 813001092662973 |
| 13017 | 12.00 | 11/01 | 813000692034737 | 13034 | 288.00 | 11/03 | 813001192820031 |
| 13019* | 225.00 | 11/02 | 813000892644772 | 13038* | 25.00 | 11/02 | 813004870024463 |
| 13027* | 50.21 | 11/02 | 813000992004944 | 13040* | 27.50 | 11/02 | 813000892847202 |
| 13028 | 3,831.50 | 11/03 | 813004670289945 | 13042* | 60.00 | 11/01 | 813001592832133 |
| 13029 | 1,023.47 | 11/02 | 813000992849750 | | | | |

eceding check (or checks) is outstanding, is included in the summary listing, or has been included in a previous statement.

Recycled Paper

PGB INTERNATIONAL LLC
ARTHUR R KUPPERMAN

Page 4 of 5
Statement Period
11/01/06 through 11/30/06
E0  P PC  0C
Enclosures 15              47
Account Number  0038 1128 3369

## Withdrawals and Debits - Continued

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/01 | | 16,490.00 | Wire Type:Intl Out Date:061101 Time:1711 Et Trn:2006110100277061 Service Ref:165683 Bnf:Nelson Mario Senarega ID:2792017044 Bnf Bk:Bbv A Banco Frances S.A. ID:006550516928 Pmt Det:01061 101001209Nncontract 1972 /Acc/Contract 1972 | 903711010277061 |
| 11/01 | | 12,000.00 | Funds Transfer Debit          EYCH   µ\¡ Fdes Nnj 0090160 Nbk3Fix | 945011011600003 |
| 11/01 | | 1,747.20 | Trust Services   Des:Ret Plan   ID:037297 10062006 Indn:0000Pittra Gb        Co ID:4450404698 Ppd | 900604007497701 |
| 11/02 | | 11,232.00 | Wire Type:Wire Out Date:061102 Time:1304 Et Trn:2006110200150428 Service Ref:002169 Bnf:International Oils Conce ID:2700038421 Bnf Bk: Wachovia Bank NA Of NJ/ ID:031201467 Pmt Det:01061 102003316Nn | 903711020150428 |
| 11/02 | | 7,818.93 | Paychex          Des:Payroll    ID:21290100001707X Indn:Pgb International Llc  Co ID:1161124166 Ccd | 900605010287553 |
| 11/02 | | 95.96 | US Cbp           Des:Payment    ID:6Ic8Do96Kl1 Indn:Pgb Int'l Llc        Co ID:7005009701 Ccd Pmt Info:014866 4607304102 | 900605013310246 |
| 11/03 | | 16,039.68 | Wire Type:Book Out Date:061103 Time:1640 Et Trn:2006110300235009 Related Ref:01061103009559Nn Bnf:Andre Juice Inc ID:002424841252 | 903711030235009 |
| 11/03 | | 5,463.36 | Paychex Tps      Des:Taxes      ID: 0137107615532 Indn:Pgb International Llc  Co ID:1161124166 Ccd | 900606004946396 |
| 11/03 | | 1,747.20 | Trust Services   Des:Ret Plan   ID:037297 10132006 Indn:0000Pittra Gb        Co ID:4450404698 Ppd | 900606007262163 |
| 11/03 | | 19.95 | Capital One      Des:Online Pmt ID:630739960008497 Indn:2495663281Pgb Internat  Co ID:9279744996 Ccd | 900607009279849 |
| 11/07 | | 14,837.86 | NJ Superior Court Fdes Nny 0015137 Ona5168 | 955011060005813 |
| 11/07 | | 5,001.22 | Wire Type:Book Out Date:061106 Time:1303 Et Trn:2006110600161124 Related Ref:01061106005170Nn Bnf:Andre Juice Inc ID:002424841252 | 955011060005812 |
| 11/07 | | 100.00 | Service Fee Levy Fdes Nny 0015137 Ona5168 | 955011060005811 |
| 11/09 | | 54,266.87 | NJ Superior Court Fdes Nny 0015137 Ona5168 | 955011080003441 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 48,434.72 | 11/06 | 74,205.95 | 11/17 | 0.06 |
| 11/02 | 27,418.15 | 11/07 | 54,266.87 | | |
| 11/03 | 51,728.08 | 11/09 | 0.00 | | |

EXHIBIT  D

# IFIG USA, Inc.

*A subsidiary of Industrial Food Ingredients Group International, Inc.*

**Invoice**

| | |
|---|---|
| Invoice Number: | 3665 |

6 South Street     Suite 301
Morristown, NJ  07960
USA

| | |
|---|---|
| Invoice Date: | Nov 7, 2006 |
| Page: | 1 |

Voice:   973-401-9000      Fax:  973-401-9001

**Sold To:**   VIP Foods USA
6116 South Memorial Drive
Tulsa, OK  74133

**Ship to:**   VIP Foods Processing LLC
5200 Gold Spike Road
Suite 100
Fort Worth, TX  76106

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| VIP611 | 179423 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| PK | Truck | 11/7/06 | 12/7/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 40,000.00 | VGBCN | IQF green beans from China<br>UPC # 02209-00000<br><br>Length 7 - 12 cm<br>Diameter 6 - 9 mm<br>2006 crop<br><br>Packing:<br>1000 cartons each holding 40 pounds<br><br>Sales basis:<br>Delivered Fort Worth, Texas<br><br>Price and quantity based in pounds<br><br>Northern Vitality<br>CCLU 8586564 | 0.5400 | 21,600.00 |

Sales order

| | |
|---|---|
| **Total** | 21,600.00 |

# DELIVERY ORDER          BARTHCO International, Inc.

SHIPPER

51459

| PGB INTERNATIONAL LLC<br>6 SOUTH ST. SUITE 301<br><br>MORRISTOWN NJ 07960<br>LINDA HOPLER | DATE<br>3NOV06 | OUR REF NO<br>81-33199-2 |
|---|---|---|
| | THE MERCHANDISE DESCRIBED BELOW<br>WILL BE ENTERED AND FORWARDED AS<br>FOLLOWS | |

CARGO FOR THE LIABILITY OF SHIPPER

| IMPORTING CARRIER<br>NORTHERN VITALITY | | LOCATION<br>BARBOURS CUT | FROM PORT OF / ORIGIN AIRPORT<br>SHANGHAI, CHINA |
|---|---|---|---|
| B/L OR AWB NO<br>CHHKSHHOU3AC055 | ARRIVAL DATE<br>1NOV06 | FREE TIME EXP | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO)<br>ACE TRANSPORTATION-KEN |
| CARRIERS LOCAL AGENT | | HAWB NO | ENTRY NO<br>11336598443 | CUST REF NO |

| FOR DELIVERY TO | ROUTE |
|---|---|
| VIP FOODS PROCESSING LLP<br>5200 GOLD SPIKE RD  STE#100<br>FORT WORTH TX. 76106<br>P.O.#179422 | FOR DELIVERY AND APPOINTMENT<br>INSTRUCTIONS, CONTACT<br><br>HOUSTON, TX<br><br>BEFORE ATTEMPTING PICK-UP OR<br>DELIVERY OF CARGO |

___ CUSTOMS RELEASE ATTACHED
___ CUSTOMS RELEASE WITH CARRIER

_Giovanny_

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT |
|---|---|---|
| 1,000<br>1X40'<br>CCLU8586564<br>SEAL#259678 | CTNS, IQF WHOLE GREEN BEANS<br>REEFER CONTAINER<br><br>Conf # 179422P<br><br>GOODS ARE FROZEN AND STORED TEMP 18C<br><br>GOOD TO GO:  11/3<br><br>LAST FREE DAY:  11/6<br><br>FDA MAY PROCEED<br><br>450 + 20/0 | 41,887#<br>19,000KGS<br><br>Pro Ports<br>TN 1101GEN<br>11.7.06  Tuesday<br>0830 hrs |

CARRIER MUST PRESENT ORIGINAL DELIVERY ORDER TO TERMINAL AT TIME OF PICK UP FAILURE OF CARRIER TO NOTIFY OUR OFFICE
OF CARGO BEING DETAINED AT TERMINAL WILL RESULT IN CARRIER BEING RESPONSIBLE FOR ALL DEMURRAGE CHARGES BEING INCURRED

ORIGINAL DELIVERY ORDER

INLAND FREIGHT ➤ | PREPAID / COLLECT<br>COLLECT | Received in Good Order<br>By --

_[signature]_ for Tonya Turner

ISSUE AS AGENT ONLY BARTHCO INTERNATIONAL INC
3838 N. SAM HOUSTON PKWY EAST
HOUSTON TX 77032
PER TONYA TURNER

FORM 281-987-0671        CARRIER MUST RETURN ONE SIGNED COPY OF DELIVERY ORDER AS PROOF OF
DELIVERY TO BARTHCO INTERNATIONAL INC FOR PAYMENT AND RELEASE

DELIVERY CLERK  DELIVER
TO CARRIER SHOWN ABOVE

## INVOICE
**To assure proper handling, please remit payment with a copy of invoice.**



L.P.S.C. 5176-C
ICC: MC 164740
RRC: 5005
MPSC: 300-T
O.C.C.-MC-5722-

Phone: (337) 837-4567

REMIT TO - 1929 Paysphere Circle, Chicago IL 60674

NEW REMIT TO ADDRESS-
1929 PAYSPHERE CIRCLE    CHICAGO, IL  60674

**INVOICE NO.**  069-18657

| CUSTOMER NO. | 060894 |
|---|---|

PGB INTERNATIONAL LLC
6 SOUTH ST STE 301

**CHARGE TO**  MORRISTOWN, NJ        07960-0000

**NOV 2 7 2006**

**INVOICE DATE**

P.O. NO.        11/14/06
        81-331992-2

CONTAINER NO.-CCLU8586564
WE&CUST. B/L-PGB INTL
CHARG.

**SHIPPED FROM**  BARBOURS CUT

LA PORTE        TX

25303

**SHIPPED TO**  VIP FOODS

FORT WORTH        TX

| CONFIRMATION NO. | | CARRIER NO. | | AGENT NO.  9999999 | | PRO.# |
|---|---|---|---|---|---|---|

| DATE SHIPPED | TRUCK # | TRAILER # | ACE | DRIVER | LOCAL | INTRA | INTER | ORDERED BY |
|---|---|---|---|---|---|---|---|---|
| 11/07/06 | 069-25669 | | | 1303900 | | 284 | | |

| NO. | DESCRIPTION OR WORK PERFORMED | AMOUNT |
|---|---|---|
| 1 | CCLU8586564 | |
| | TOTAL INVOICE | 900.00 |

| WAYBILL | DRIVER | TRUCK | TRAILER | TYPE | MILES |
|---|---|---|---|---|---|
| 069-0741648 | 1303900 ARISTIDES LOPEZ | 069-25669 | | TANK | 284 |



# PAID
CK. NO. _____
DATE _____

RATED BY:  DENISE69    TARIFF    QUOTED/FLAT

**TERMS:**  Interstate shipments payable within 7 days.

Intrastate shipments payable within 30 days.

In the event that it is necessary for the carrier to employ an attorney at law to enforce collection of the invoice amount, reasonable attorney fees not to exceed 25% of principle sought, shall be payable by the customer.  If there is any discrepancy in invoice amount, please notify home office immediately.

CUSTOMER ORIGINAL        CONTROL NO. **3865347**



*111019993*
12/19/2006
0998409665

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*46523359*
*1*
*371*
*01075*

17579

**1FIG USA, INC.**
6 SOUTH ST STE 301
MORRISTOWN, NJ 07960
(973) 401-9000

BANK OF AMERICA
MORRISTOWN, NEW JERSEY
55-33-212

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 17579 | Dec 9, 2006 | ****$1,650.00 |

Memo:
One Thousand Six Hundred Fifty and 00/100 Dollars

PAY TO THE ORDER OF:
Ace Transportation, Inc.
1929 Paysphere Circle
Chicago, IL 60674

⑆017579⑆ ⑆021200339⑆ 003812472580⑆ ⑆0000165000⑆



*111019993*
12/12/2006
0692339935

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*63324710*
*1*
*2154*
*04961*

17529

**1FIG USA, INC.**
6 SOUTH ST STE 301
MORRISTOWN, NJ 07960
(973) 401-9000

BANK OF AMERICA
MORRISTOWN, NEW JERSEY
55-33-212

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 17529 | Dec 1, 2006 | ******$900.00 |

Memo:
Nine Hundred and 00/100 Dollars

PAY TO THE ORDER OF:
Ace Transportation, Inc.
1929 Paysphere Circle
Chicago, IL 60674

⑆017529⑆ ⑆021200339⑆ 003812472580⑆ ⑆0000090000⑆

**FIG USA, INC.**                                                                            **17529**

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 069-18657 | | 11/14/06 | 900.00 | | 900.00 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 12/1/06 | 17529 | Ace Transportation, Inc. | | $900.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

EXHIBIT  E

# IFIG USA, Inc.
*A subsidiary of Industrial Food Ingredients Group International, Inc.*

# Invoice

| | |
|---|---|
| Invoice Number: | 3637 |

6 South Street    Suite 301
Morristown, NJ  07960
USA

| | |
|---|---|
| Invoice Date: | Oct 19, 2006 |
| Page: | 1 |

FDA Bioterrorism Registration  13182253952

Voice:    973-401-9000    Fax:    973-401-9001

Sold To:  VIP Foods USA
          6116 South Memorial Drive
          Tulsa, OK  74133

Ship to:  VIP Foods Processing LLC
          5200 Gold Spike Road
          Suite 100
          Fort Worth, TX  76106

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| VIP611 | 184704 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| PK | Truck | 10/19/06 | 11/18/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 34,000.00 | VSOCNCN40 | IQF Soybeans - shelled - 40 lb carton | 0.6200 | 21,080.00 |
| 6,000.00 | VSOCNCN5 | IQF Soybeans - shelled - 5 lb carton | 0.6200 | 3,720.00 |
| | | Grade A | | |
| | | Product of China | | |
| | | | | |
| | | Packing: | | |
| | | 650 cartons x 40 lbs - UPC 18207-000 | | |
| | | 1200 cartons x 5 lbs - UPC 70077-45107 | | |
| | | | | |
| | | Sales basis: | | |
| | | Delivered - Fort Worth, TX | | |
| | | | | |
| | | Price and quantity based in lbs. | | |
| | | | | |
| | | Maersk Dublin | | |
| | | Container MWMU 639397-6 | | |

| | | | | |
|---|---|---|---|---|
| Sales order    2109 | | | Total | 24,800.00 |

# DELIVERY ORDER      ## BARTHCO International, Inc.

SHIPPER

51459

PGB INTERNATIONAL LLC
6 SOUTH ST. SUITE 301

MORRISTOWN NJ 07960
LINDA HOPLER

| DATE | OUR REF NO |
|------|------------|
| 18OCT06 | 81-33256-4 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND FORWARDED AS
FOLLOWS

CARGO FOR THE LIABILITY OF SHIPPER

IT INFO:  V0781043430    7OCT06

| IMPORTING CARRIER | | LOCATION | | FROM PORT OF / ORIGIN AIRPORT |
|---|---|---|---|---|
| MAERSK DUBLIN | | BARBOURS CUT | | SHANGHAI, CHINA |
| B/L OR AWB NO | ARRIVAL DATE | FREE TIME EXP | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) | |
| MAEU550433713 | 14OCT06 | 10 18 | ACE TRANSPORTATION | |
| CARRIERS LOCAL AGENT | | | HAWB NO | ENTRY NO        CUST REF NO |
| | | | | 11336599011    2100-01 |

| FOR DELIVERY TO | | ROUTE |
|---|---|---|
| VIP FOODS PROCESSING LLP<br>5200 GOLD SPIKE ROAD #100<br>FT WORTH, TEXAS 76106<br>817-740-4250 | Blanca | FOR DELIVERY AND APPOINTMENT<br>INSTRUCTIONS, CONTACT<br><br>LOS ANGELES, CA<br><br>BEFORE ATTEMPTING PICK-UP OR<br>DELIVERY OF CARGO |

___ CUSTOMS RELEASE ATTACHED
___ CUSTOMS RELEASE WITH CARRIER

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT |
|---|---|---|
| 1,150<br>1X40' REEFER CONTAINER<br>MWMU6393976 | CARTONS: IQF FROZEN SOYBEANS SHELLED<br><br>PO NO: 184704<br><br>0600hrs 10.18.06 s440090<br><br>184704T<br><br>GOOD TO GO: 10/18<br><br>LAST FREE DAY: 10/18<br><br>750 + 2010    Bodey | 41,887#<br>19,000KGS |

CARRIER MUST PRESENT ORIGINAL DELIVERY ORDER TO TERMINAL AT TIME OF PICK UP FAILURE OF CARRIER TO NOTIFY OUR OFFICE
OF CARGO BEING DETAINED AT TERMINAL WILL RESULT IN CARRIER BEING RESPONSIBLE FOR ALL DEMURRAGE CHARGES BEING INCURRED

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT** ➤      PREPAID / COLLECT     **PREPAID**

Received in Good Order
By

ISSUE AS AGENT ONLY BARTHCO INTERNATIONAL INC
3838 N. SAM HOUSTON PKWY EAST
HOUSTON TX 77032
PER  LINDSEY HALE

DELIVERY CLERK   DELIVER
TO CARRIER SHOWN ABOVE

FORM 251-987-0671    CARRIER MUST RETURN ONE SIGNED COPY OF DELIVERY ORDER AS PROOF OF
DELIVERY TO BARTHCO INTERNATIONAL INC FOR PAYMENT AND RELEASE

## INVOICE
## To assure proper handling, please remit payment with a copy of invoice.



**ACE**    V 0 1 2006

L.P.S.C. 5176-C
ICC: MC 164740
RRC: 5005
MPSC: 300-T
O.C.C.-MC-57224

Phone: (337) 837-4567

REMIT TO: 1929 Paysphere Circle Chicago, IL 60674
*************************************************

NEW REMIT TO ADDRESS-
1929 PAYSPHERE CIRCLE    CHICAGO, IL 60674

**INVOICE NO.**    069-18110

| | |
|---|---|
| CUSTOMER NO. | 060894 |
| CHARGE TO | PGB INTERNATIONAL LLC<br>6 SOUTH ST STE 301<br>MORRISTOWN, NJ    07960-0000 |

**INVOICE DATE**

P.O. NO.    10/24/06    81-33256-4
CONTAINER NO. -MWMU6393976
WELL CHARGE    CUST. B/L-PGB INT L

| | | | |
|---|---|---|---|
| SHIPPED FROM | BARBOURS CUT<br>LA PORTE    TX | SHIPPED TO | VIP<br>FT. WORTH    TX |
| CONFIRMATION NO. | 2100.01 | CARRIER NO. | AGENT NO. 9999999    PRO.# |

| DATE SHIPPED | TRUCK # | TRAILER # | ACE | DRIVER | LOCAL | INTRA | INTER | ORDERED BY |
|---|---|---|---|---|---|---|---|---|
| 10/10/06 | 069-21650 | | | 1195300 | | 20 | | |

| NO. | DESCRIPTION OR WORK PERFORMED | AMOUNT |
|---|---|---|
| 1 | MWMU6393976 | |
| | TOTAL INVOICE | 900.00 |

| WAYBILL | DRIVER | | TRUCK | TRAILER | TYPE | MILES |
|---|---|---|---|---|---|---|
| 069-0740536 | 1195300 ORAN | BODEY | 069-21650 | | TANG | 20 |



**PAID**
CK. NO. _____
DATE _____

RATED BY:  DENISE69    TARIFF    QUOTED/FLAT

**TERMS:**  Interstate shipments payable within 7 days.

Intrastate shipments payable within 30 days.

In the event that it is necessary for the carrier to employ an attorney at law to enforce collection of the invoice amount, reasonable attorney fees not to exceed 25% of principle sought, shall be payable by the customer. If there is any discrepancy in invoice amount, please notify home office immediately.

CUSTOMER ORIGINAL

CONTROL NO. 3836099



*111019993*
12/19/2006
0992409665

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*46523359*
*1*
*371*
*01075*

17579

IFIG USA, INC.
6 SOUTH ST STE 301
MORRISTOWN, NJ 07960
(973) 401-9000

BANK OF AMERICA
MORRISTOWN, NEW JERSEY
55-33-212

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 17579 | Dec 9, 2006 | ****$1,650.00 |

PAY
TO THE
ORDER
OF:

Memo:
One Thousand Six Hundred Fifty and 00/100 Dollars
Ace Transportation, Inc.
1929 Paysphere Circle
Chicago, IL 60674

⑈017579⑈ ⑈021200339⑈ 003812472580⑈ ⑈0000165000⑈

⑈017579⑈ 4⑈021200339⑈      ⑈003812472580⑈ ⑈0000165000⑈



*111019993*
12/12/2006
0692333935

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*63324710*
*1*
*2154*
*04961*

17529

IFIG USA, INC.
6 SOUTH ST STE 301
MORRISTOWN, NJ 07960
(973) 401-9000

BANK OF AMERICA
MORRISTOWN, NEW JERSEY
55-33-212

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 17529 | Dec 1, 2006 | ******$900.00 |

PAY
TO THE
ORDER OF:

Memo:
Nine Hundred and 00/100 Dollars
Ace Transportation, Inc.
1929 Paysphere Circle
Chicago, IL 60674

23

⑈017529⑈ ⑈021200339⑈ 003812472580⑈ ⑈0000090000⑈

⑈017529⑈ 4⑈021200339⑈      ⑈003812472580⑈ ⑈0000090000⑈

**FIG USA, INC.**                                                                                 **17579**

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 069-17781 | | 10/10/06 | 750.00 | | 750.00 |
| 069-18110 | | 10/24/06 | 900.00 | | 900.00 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 12/9/06 | 17579 | Ace Transportation, Inc. | | $1,650.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

EXHIBIT  F

NUMBER

\*\*\*3\*\*\*

INDUSTRIAL FOOD INGREDIENTS GROUP INTERNATIONAL, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

AUTHORIZED CAPITAL STOCK 1,500 COMMON SHARES NO PAR VALUE PER SHARE

**This Certifies that** _____ Thirty-four _____

owner of _____ Pablo Spindler _____ is the

fully paid and non-assessable Shares of the Capital Stock of the above named

Corporation transferable only on the books of the Corporation by the holder hereof in per-

son or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof**, the said Corporation has caused this Certificate to be signed

by its duly authorized officers and its Corporate Seal to be hereunto affixed

this ____ 23rd ____ day October ____ of ____ 2006.

SECRETARY

PRESIDENT

34

SHARES

IFIG 00071



NUMBER

\*\*\*2\*\*\*

INDUSTRIAL FOOD INGREDIENTS GROUP INTERNATIONAL, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

AUTHORIZED CAPITAL STOCK 1,500 COMMON SHARES NO PAR VALUE PER SHARE

SHARES

63

**This Certifies that** _____ sixty-three _____ is the

owner of _____

Loughman Trade Corp.

fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof,** the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this _____ 23rd _____ day _____ octo _____ of _____ 2006.

SECRETARY

PRESIDENT

IFIG 00070

NUMBER

\*\*\*4\*\*\*

# INDUSTRIAL FOOD INGREDIENTS GROUP INTERNATIONAL, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

AUTHORIZED CAPITAL STOCK 1,500 COMMON SHARES NO PAR VALUE PER SHARE

## This Certifies that _____ Arthur Kupperman _____ is the

owner of _____ Three _____

fully paid and non-assessable Shares of the Capital Stock of the above named
Corporation transferable only on the books of the Corporation by the holder hereof in per-
son or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof,** the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed
this _____ 23rd _____ day October _____ of _____ 2006 _____

SECRETARY

PRESIDENT

SHARES

3

IFIG 00072

EXHIBIT  G

DE : MONTPELLIER SA                NO. DE TEL. : 02614204396



# MONTPELLIER S.A.

**E** Código N° 19

## FACTURA
### INVOICE #

N° 0999- **00000391**

Sargento Cabral 107, Dep. 2 - (5500) Mendoza
Argentina - Tel/Fax: 54-261-4204396
E-mail: montpellier@uolsinectis.com.ar

MENDOZA   OCTOBER   11 / 2006

CUIT N° 30-70708500-9
Ing. Brutos N° 0457732
Establec. N° 01-0457732-00
Sede Timbrado   01
Inicio Actividades: 22/02/00

IVA RESPONSABLE INSCRIPTO

Señor / Mr.

FDA 14854101360
PGB INTERNATIONAL INC.
6 SOUTH STREET – SUITE 301
MORRISTOWN – NEW JERSEY 07940
USA

OCT 30 2006

Su pedido / Tour Order          2127

Embarcamos por su cuenta y riesgo    We Shipped for your account and risk

| País de Origen  Country of Origen | Puerto de Carga   Port of Charge | Destino   Destination |
|---|---|---|
| ARGENTINA | SAN ANTONIO - CHILE | LONG BEACH |

| Compañia Naviera  Maritime Company | Vapor   Vessel | N° Bill of Loading (B/L) |
|---|---|---|
| MARUBA S.C.A. | C.C. COLIBRI 635 | MRUBSAILGB060211 |

| CANTIDAD (Quantity) | DETALLE (Detail) | PRECIO UNITARIO (Unit Price) | TOTAL (Amount) |
|---|---|---|---|
| 19.52 | **NET METRIC TONS OF WHITE GRAPE JUICE CONCENTRATE 68° BRIX, PACKED IN 64 DRUMS.**<br><br>NET WEIGTH:   19.520,00 KGS<br>GROSS WEIGTH: 20.800,00 KGS<br><br>TOTAL CFR LONG BEACH, USA | 1320 | 25.766,40 |
| TOTAL: | TWENTY FIVE THOUSAND SEVEN HUNDRED SIXTY SIX WITH 42/100 AMERICAN DOLLARS. | | |
| TERMS OF PAYMENT : | COLLECT<br><br>CONTAINNER: JOLU116566-6<br><br>CLEAN ON BOARD: OCTOBER 20, 2006. | | |

**CAI: 26631110061545**
**FECHA VTO: 11/05/2009**

CUTULI IMPRESIONES de: José Cutuli - Lavalle 347 - Tel. 4204312 - Capital - Mendoza - CUIT N° 20-10585282-3 - Habilitac. N° 26928
Inicio Actividades: 01/06/1991 - Fecha de Impresión: 11-05-2006  -  Impreso del N° 0999-00000391 al 0999-00000450
Original: Blanco / Duplicado: Blanco / Triplicado: Amarillo / Cuadruplicado: Celeste

# IFIG USA, Inc.

*A subsidiary of Industrial Food Ingredients Group International, Inc.*

6 South Street      Suite 301
Morristown, NJ  07960
USA

FDA Bioterrorism Registration  13182253952

Voice:    973-401-9000      Fax:   973-401-9001

**Invoice**

| Invoice Number: | 3677 |
|---|---|
| Invoice Date: | Nov 22, 2006 |
| Page: | 1 |

Sold To:   Organic Ingredients Inc.
335 Spreckles Drive
Suite F
Aptos, CA  95003

Ship to:   Customer pickup

| Customer ID | Customer PO | Payment Terms | | |
|---|---|---|---|---|
| ORG335 | PO 009221 | 1% 10 days, Net 20 Days | | |
| **Sales Rep ID** | **Shipping Method** | | **Ship Date** | **Due Date** |
| PK | Customer pickup | | 11/22/06 | 12/12/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3,866.47 | CWGOAR68DSS | White grape juice concentrate - Organic - from Argentina | 7.8000 | 30,158.47 |
| | | Item # 70454 | | |
| | | 68 brix | | |
| | | Acidity 0.7 - 1.2 | | |
| | | Color 80 + | | |
| | | Packing: | | |
| | | 64 drums each holding 60.41 gallons | | |
| | | Sales basis: | | |
| | | Ex-dock Long Beach, CA | | |
| | | Price and quantity based in gallons | | |
| | | CC. Colibri v635 | | |
| | | Container JOLU 1165666 | | |

| Sales order | 2127 | Total | 30,158.47 |
|---|---|---|---|



EXTRAVANTAGE FOR BUSINESS
Statement of Account
Account Number 407-00500-5

Open - November 27, 2006
Page 1 of 1

Ilhutholhdhuthdhudhulhulhulhulhulhulhulhulhulhul
IFIG USA INC                        26-00407
ARTHUR KUPPERMAN
6 SOUTH ST
MORRISTOWN NJ 07960-8110

Questions?
Call 877-472-2249 or write:
HSBC
Morristown Office
20 N Park Place
Morristown NJ 07960

---

SUMMARY OF ACTIVITY FOR THE PERIOD ENDING  11/27/06          DATE OF LAST STATEMENT WAS   NONE

| | |
|---|---|
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -48,937.82 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 51,090.10 |
| THERE WERE CHARGES AND FEES OF | -93.00 |
| YOUR BALANCE ON 11/27/06 | 2,059.28 |

OVERDRAFT ACCOUNT NUMBER            09703102438

TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 1/20/06 | DEPOSIT | | 1,123.20 | 1,123.20 |
| 1/24/06 | DEPOSIT | | 2,561.38 | |
| 1/24/06 | CHECK #0095 | 1,687.42 | | 1,997.16 |
| 1/27/06 | DEPOSIT | | 47,405.52 | |
| 1/27/06 | SERVICE CHARGE FOR UNAVAILABLE  FUNDS FOR ITEM(S)          POSTED ON 11/24/06 THAT WERE PAID:       1 ITEM(S) | 33.00 | | |
| 1/27/06 | 57SEND FED BANK OF AMERICA, N*BNF:BUSINESS LOGISTICS INTERNATIONAL*STFEDSEQ:B1Q8984C005708*TIME:1608*YR REF:TT11 140733100004*MMB REF:331114998 | 21,484.00 | | |
| 1/27/06 | 38SEND CHIP BANCO BILBAO VIZCAYA S.A.*BBK:BBVA BANCO FRANCES S.A.,BUENOS AIRES, ARGENT*BNF:MONTPELLIER S.A.*OBI:/RFB/CONTRACT 204803*BBI:/ACC/OLRS TRAN SWIFT CODE BFRPA RBA*RPCHIPSEQ:0356767*TIME:1639*YR REF:TT1140733100003* MMB REF:331114997 | 25,766.40 | | |
| 1/27/06 | FUNDS TRANSFER OUTGOING FEE        2 TRANSFERS | 60.00 | | 2,059.28 |

ITEMS PAID ON THIS STATEMENT:

NUMBERED CHECKS:

#0095 .........1,687.42

OTHER ITEMS:

| | | | |
|---|---|---|---|
| 33.00 | 21,484.00 | 25,766.40 | 60.00 |

Please examine your statement at once.  For your convenience, instructions for balancing your account are included.

If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.

For deposit accounts opened at an HSBC Bank branch located in California, Delaware, District of Columbia, Florida, New Jersey, New York, Oregon, Pennsylvania, Washington, or for personal accounts opened by telephone or Internet, the accounts are held by HSBC Bank USA, N.A.
For deposit accounts opened at any other HSBC Bank branch located in any other state, the accounts are held by HSBC National Bank USA.

8004529

**ORGANIC INGREDIENTS, INC.**
335 SPRECKELS DR., STE. F
APTOS, CA 95003
(831) 685-6506

HARRIS N.A.
CHICAGO, ILLINOIS
2-28-710

8004529

| DATE | AMOUNT |
|------|--------|
| 1/3/2007 | ***30,158.47 |

AY

******Thirty Thousand One Hundred Fifty-Eight and 47/100******

O THE
RDER
F

PGB International LLC
6 South Street
Suite 301
Morristown, NJ 07960

MP

⑆8004529⑆ ⑈071000288⑈ 4209813⑈

IGANIC INGREDIENTS, INC.

8004529

| PGBI07960 | | PGB International LLC | | 1/3/2007 | 8004529 |
|-----------|--|------------------------|--|----------|---------|
| 7?55/3677 | 12/1/2006 | 30,158.47 | 0.00 | | 30,158.47 |
| | | 30,158.47 | 0.00 | | 30,158.47 |



EXHIBIT H

# INVOICE

 iTi tropicals

*2011-02*

DEC 07 2006

iTi tropicals inc.

Tropical Fruit Purees,
Concentrates & IQF Pieces

**Date:** 12/6/2006
**Invoice** INV019437

| Bill To | Ship To |
|---|---|
| PGB INTERNATIONAL<br>6 SOUTH STREET<br>SUITE 301<br>MORRISTOWN, NJ 07960 | PGB INTERNATIONAL |

| PO Number | Customer No. | Sales ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| 2011 (TWO OF TWO) | PGB100 | 200 | CUSTOMER PICK UP | NET30 | |

| Quantity | Item Number | Lot Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|---|
| | | | | $0.380 | $13,984.00 |
| 36,800.000 LBS | 3400 | | Aseptic Pink Guava Puree, Agroficial<br>GESU 2752980 | | |
| (800.000 CARTON x 46.000) | | 04625 | | | |

This contract is entered into subject to all the terms, conditions and agreements printed on the reverse side hereof.

IF INCORRECT, PLEASE ADVISE IMMEDIATELY. THIS CONTRACT SHALL BE BINDING UPON THE PARTIES

WHETHER OR NOT FULLY EXECUTED

**REMIT TO ADDRESS: ITI Tropicals, Inc.   PO BOX 57079 Philadelphia, PA. 19111-7079**

| | |
|---|---|
| Subtotal | $13,984.00 |
| Miscellaneous | 0.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Total | $13,984.00 |

Phone 609 - 987 - 0550 / 800 - 223 - 5484

3371 Route One Suite 209
Lawrenceville - NJ 08648 - USA

info@iTitropicals.com
www.iTitropicals.com

Fax 609 - 987 - 0252

# IFIG USA, Inc.

*A subsidiary of Industrial Food Ingredients Group International, Inc.*

**Invoice**

| | |
|---|---|
| Invoice Number: | 3705 |

6 South Street      Suite 301
Morristown, NJ  07960
USA

| | |
|---|---|
| Invoice Date: | Dec 11, 2006 |
| Page: | 1 |

FDA Bioterrorism Registration  13182253952

Voice:   973-401-9000      Fax:   973-401-9001

Sold To:   H. C. Brill Company, Inc.
1912 Montreal Road
Tucker, GA  30084

Ship to:   H. C. Brill Company, Inc.
3765 Walden Avenue
Lancaster, NY  14086

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEN230 | | Net 20 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | 12/11/06 | 12/31/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 36,800.00 | PGUCT | Pink guava puree | 0.5300 | 19,504.00 |
| | | 9 - 11 brix | | |
| | | Screen 0.5 MM | | |
| | | Kosher | | |
| | | Product of Ecuador | | |
| | | Packing- 800 cartons each holding 46 pounds | | |
| | | Sales basis - Delivered Lancaster, NY | | |
| | | Price and quantity stated in pounds | | |

Sales order

| Total | 19,504.00 |
|---|---|



EXTRAVANTAGE FOR BUSINESS
Statement of Account
Account Number 407-00500-5

**IFIG USA INC**

December 28, 2006 - January 26, 2007
Page 3 of 4

TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 1/19/07 | CHECK #5036 | 750.00 | | |
| 1/19/07 | BIB DOMESTIC FUNDS TRANSFER FEE    2 WIRES | 30.00 | | 14,778.80 |
| 1/22/07 | DEPOSIT | | 24,991.20 | |
| 1/22/07 | US DOLLAR DRAFT FEE | 10.00 | | |
| 1/22/07 | PURCHASE US DOLLAR DRAFT # 444123205 | 5,500.00 | | |
| 1/22/07 | 57SEND FED JPMORGAN CHASE BAN*BNF:BERMANS CLIENT ACCOUNT ,NEW YORK, NY*OBI:ADVANCE TO BERMAN FOR COLLECTION AT EM PT*STFEDSEQ:B1Q8983C000597*TIME:0905*YR REF:BI1114077022 0002*MMB REF:022075085 | 3,044.53 | | |
| 1/22/07 | 57SEND FED PEAPACK GLADSTONE*BNF:DAVID C. BERMAN,MORRIST OWN, NJ*STFEDSEQ:B1Q8984C000613*TIME:0910*YR REF:BI11140 770220004*MMB REF:022075456 | 2,570.00 | | |
| 1/22/07 | 57SEND FED BANK OF AMERICA, N*BNF:IFIG USA, INC.,MORRIST OWN, NJ 07960*BBI:ATN PARK PLACE MORRISTOWN, NJ 07960*RP FEDSEQ:B1Q8983C003345*TIME:1135*YR REF:BI1114077022003* MMB REF:022075433 | 2,500.00 | | |
| 1/22/07 | 57SEND FED CITIBANK N.A.*BNF:CLAUDIO A. ONETTO*STFEDSEQ: B1Q8984C000602*TIME:0906*YR REF:BI11140770220001*MMB REF :022075069 | 500.00 | | |
| 1/22/07 | BIB DOMESTIC FUNDS TRANSFER FEE    4 WIRES | 60.00 | | 25,585.47 |
| 1/26/07 | 53RECD FED LAKELAND STATE NJ*ORG:PGB INTERNATIONAL LLC,M ORRISTOWN, NJ 07960*OGB:LAKELAND BANK,OAK RIDGE NJ 07438 *STFEDSEQ:QMGFT008000648*TIME:1115*YR REF:*MMB REF:02607 9312 | | 7,875.00 | |
| 1/26/07 | 57SEND FED FIRSTRUST SAVINGS*BNF:ITI TROPICALS, INC.,LAW RENCEVILLE, NJ 08*OBI:19437*STFEDSEQ:B1Q8984C002106*TIME :0906*YR REF:BI1114077026001*MMB REF:026066660 | 13,984.00 | | |
| 1/26/07 | 57SEND FED BANK OF AMERICA, N*BNF:IFIG USA, INC.,MORRIST OWN, NJ 07960*BBI:ATN FW021200339 PARK PLACE MORRISTOWN, NJ 07960*RPFEDSEQ:B1Q8983C002787*TIME:1032*YR REF:BI111 40770260002*MMB REF:026066711 | 1,750.00 | | |
| 1/26/07 | 39SEND CHIP BANK OF CHINA*IBK:CHINA EVERBRIGHT BANK,BEIJ ING 100045, CHIN*BBK:CHINA EVERBRIGHT BANK,264001 YANTAI , CHINA*BNF:YANTAI DONGYUE TRADING CO., LTD.,CHINA  2640 00*OBI:INVOICE PB-0676-02FIG REF 2111-04*RPCHIPSEQ:02868 40*TIME:1357*YR REF:BI1114077026003*MMB REF:026088020 | 17,360.78 | | |
| 1/26/07 | BIB DOMESTIC FUNDS TRANSFER FEE    3 WIRES | 45.00 | | |
| 1/26/07 | FUNDS TRANSFER INCOMING FEE | 15.00 | | |
| 1/26/07 | SERVICE CHG* BASED ON  $20,831  COMBINED BALANCE. THE FOLLOWING BALANCES WERE INCLUDED BUT ARE BELOW THE REQUIREMENTS NECESSARY TO AVOID THIS CHARGE. THEY ARE: $20,831.07  AVERAGE DEPOSIT BALANCE *-  $25.00 MAINTENANCE FEE | 25.00 | | 280.69 |

ITEMS PAID ON THIS STATEMENT:

NUMBERED CHECKS:

| | | | |
|---|---|---|---|
| #5024 . . . . . . . . . . .750.00 | #5025 . . . . . . . . . . .20.11 | #5026 . . . . . . . . . . .152.54 | #5027 . . . . . . . . . . .145.18 |
| #5032 . . . . . . . . . . .969.15 * | #5033 . . . . . . . . . . .604.20 | #5034 . . . . . . . . . . .163.68 | #5035 . . . . . . . . . . .100.42 |
| #5036 . . . . . . . . . . .750.00 | | | |

* GAP IN PAID CHECK SEQUENCE

OTHER ITEMS:

| | | | |
|---|---|---|---|
| 800.00 | 1,000.00 | 650.00 | 15.00 |
| 1.00 | 0.25 | 13,411.00 | 11,503.00 |
| 3,991.25 | 2,500.00 | 1,058.71 | 75.00 |

| INVOICE NUMBER | INVOICE DATE | REFERENCE | GROSS AMOUNT | DISC/ADJ. | NET AMOUNT |
|---|---|---|---|---|---|
| 3705 | 12/11/06 | A33824 | 19,504.00 | .00 | 19,504.00 |

**H.C. BRILL COMPANY, INC**  TOTAL/SUBTOTAL  | 19,504.00 | .00 | 19,504.00 |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. ■

LaSalle Bank N.A.
Chicago, Illinois 60603

2-50
710

| VENDOR NO. | DATE | CHECK NO. |
|---|---|---|
| 100359 | 01/19/07 | 336270 |

CHECK AMOUNT

*****$19,504.00

VOID OVER $19,504.00

PAY
ONLY

THE
ORDER OF

**PGB INTERNATIONAL LLC**
SUITE 301
6 SOUTH ST
MORRISTOWN, NJ 07960

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $1,000.00

⑈336270⑈ ⑆071000505⑈ 5800395872⑈

