HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., <br><br> Defendants, <br><br> and <br><br> JOHN DOES (1-10) and ABC CORPORATIONS (1-10), <br><br> Additionally Defendants on the Crossclaim. | <u>CIVIL ACTION</u> <br><br> Civil Action No. 06-4802 (DMC) <br><br><br> **DECLARATION OF JOHN M. AUGUST IN FURTHER SUPPORT OF MOTION TO HOLD ARTHUR KUPPERMAN IN CONTEMPT AND FOR RELATED RELIEF** <br><br><br> Hearing Date: September 10, 2007 |

**JOHN M. AUGUST,** declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate with the law firm of Herrick, Feinstein LLP ("HF"), attorneys for defendant JPMorgan Chase Bank, N.A. ("Chase") in the above matter. I make this declaration in further support of Chase's motion to hold defendant Arthur Kupperman in contempt and for related relief (the "Motion").

2. Attached hereto as Exhibit A is a copy of a subpoena (the "Deposition Subpoena") directed to an officer or director of IFIG USA, Inc. ("IFIG").

3. Attached hereto as Exhibit B are copies of the documents produced by IFIG in response to the Deposition Subpoena.

4. I compared the customers listed on the IFIG invoices attached hereto as Exhibit B to the list of PGB's customers obtained through discovery in this matter. The following twenty-one customers listed on the IFIG invoices were also PGB's customers:

    a. MarBran USA,

    b. Greenwood Associates, Inc.,

    c. VIP Foods USA,

    d. Yoder's Homestyle Jams,

    e. Frenzel Oderland,

    f. Old Orchard Brands, LLC,

    g. Department of Correctional Services,

    h. James W. Valleau & Co.,

    i. Beverage Acquisition LLC,

    j. Langer Juice Company,

    k. Old Dutch Mustard Co., Inc.,

    l. Organic Ingredients Inc.,

    m. Countryside Jam House,

    n. Florida Key West, Inc.,

    o. Lakeside Food Sales,

    p. Preferred Meals,

    q. Juice Pac, Inc.

    r. Siroperie Meurens,

    s. Carriage House Foods,

      t. Leahy Orchards Inc.,

      u. H.C. Brill Company, Inc..

5.    It is possible, however, that all twenty-eight customers listed on the IFIG invoices were customers of PGB, but Chase has not yet been able to so confirm.

I declare under penalty of perjury that the foregoing is true and correct.

                           Attorneys for JPMorgan Chase Bank, N.A.

                           By:  /s/ John M. August
                                John M. August

Dated:   October 8, 2007