NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, and PGB INTERNATIONAL, LLC, and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-cv-4802(DMC) |

      This matter coming before the Court upon motion by Defendant JP Morgan Chase Bank, N.A. to hold Defendant Arthur Kupperman in contempt of court; to hold that Defendant Arthur Kupperman waived his Fifth Amendment Privilege; to compel Defendant Arthur Kupperman to appear for a deposition at Herrick, Feinstein, LLP; and to carry Defendant Arthur Kupperman's passport application until this motion has been decided. The Court having reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

    IT IS on this __23__ day of October, 2007;

    **ORDERED** that Defendant Arthur Kupperman is in contempt of This Court's Order to Show Cause and Writs of Attachment and Defendant Arthur Kupperman is **ORDERED** to pay Defendant Chase's fees in preparing submissions on this motion once an affidavit of services is presented to and approved by This Court; and it is further

**ORDERED** that Defendant Arthur Kupperman has not waived his Fifth Amendment Privilege; and it is further

**ORDERED** that Defendant Arthur Kupperman shall appear at Herrick Feinstein LLP's Newark, New Jersey offices for a deposition as soon as can be conveniently scheduled and if Defendant Arthur Kupperman fails to appear for the scheduled deposition, further civil contempt fines shall be imposed by This Court; and it is further

**ORDERED** that Defendant Chase's motion to carry Defendant Arthur Kupperman's passport application is moot because of This Court's August 7, 2007 order to return said passport.

    S/ Dennis M. Cavanaugh
    Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:    All Counsel of Record
         The Honorable Mark Falk, U.S.M.J.
         File