George R. Hirsch, Esq.
BRESSLER, AMERY & ROSS
A Professional Corporation
P.O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., | Docket No: 06-CV-4802 (DMC) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDMENT TO VERIFIED COMPLAINT** |
| ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Defendants. | |

To: All Persons On The Attached Service List

Counsel:

**PLEASE TAKE NOTICE** that on Monday, November 26, 2007 at 10:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff Merrill Lynch Business Financial Services Inc. ("MLBFS"), by and through its attorneys, Bressler, Amery & Ross, P.C., shall move before the Honorable Dennis M. Cavanaugh, U.S.D.J., at the United States District Court for the District of New Jersey, 451 U.S. Post Office and Courthouse

Building, Federal Square, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 15 granting MLBFS leave to file a Second Amendment To Verified Complaint.

In support of this motion, MLBFS shall rely upon the Declaration of George R. Hirsch, Esq. and Brief submitted herewith. A copy of the proposed Second Amendment To Verified Complaint is annexed hereto.

A proposed form of Order is also submitted herewith.

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Plaintiff

By: _____
George R. Hirsch

Dated: October 29, 2007

MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. vs.
ARTHUR KUPPERMAN, ET AL.

CIVIL ACTION NO: 06-4802 (DMC)

SERVICE LIST

---

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-7731
*Attorneys for Defendant Arthur Kupperman
and PGB International, LLC*

Vincent F. Papalia, Esq.
Saiber, Schlesinger, Satz &
 Goldstein, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102-5311
*Attorneys for Defendant E. Ross Browne*

Frederick B. Polak, Esq.
Post, Polak, Goodsell, MacNeil &
 Strauchler, P.A.
425 Eagle Rock Avenue
Suite 200
Roseland, New Jersey 07068
*Attorneys for Defendant Paulette Krelman*

John M. August, Esq.
Herrick Feinstein, LLP
One Gateway Center
Newark, New Jersey 07102
*Attorneys for J.P. Morgan Chase Bank, N.A.*

Paul H. Schafhauser, Esq.
Herrick Feinstein, LLP
One Gateway Center
Newark, New Jersey 07102
*Attorneys for J.P. Morgan Chase Bank, N.A.*