**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

January 15, 2008

| | |
|---|---|
| George R. Hirsch, Esq.<br>Bressler, Amery & Ross, P.C.<br>325 Columbia Turnpike<br>Florham Park, NJ 07932 | Vincent F. Papalia, Esq.<br>Saiber, Schlesinger, Satz & Goldstein, LLC<br>One Gateway Center<br>13th Floor<br>Newark, NJ 07102-5311 |
| A. Michael Covino, Esq.<br>Budd Larner<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078 | Paul H. Schafhauser, Esq.<br>Herrick Feinstein, LLP<br>One Gateway Center<br>22nd Floor<br>Newark, NJ 07102 |

**LETTER ORDER**

Re:   **Merrill Lynch v. Kupperman, et al.**
      **Civil Action No. 06-4802 (DMC)**

Dear Counsel:

I am in receipt of Mr. Papalia's letter of January 10, 2008. A settlement conference is scheduled for **Friday, January 25, 2008 at 11:00 a.m.** One week prior to the conference, each party is to deliver to the court and counsel a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients with full settlement authority are to be present at the conference or available by telephone. SETTLEMENT LETTERS AND CLIENT ATTENDANCE ARE MANDATORY.

Discovery is extended through March 1, 2008. Mr. Stanziale, the Bankruptcy Trustee, in In re Pittra G.B. Int'l, Case #08-10899 (MS), is invited to attend.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. Dennis M. Cavanaugh, U.S.D.J.
      Mr. Scarpone
      Mr. Ben Stanziale
      File

Mr. Scarpone
Robertson, Freilich, Bruno & Cohen
One Riverfront Plaza, 9th Floor
Newark, NJ 07101

Ben Stanziale, Esq.
Stanziale & Stanziale, P.C.
91 W. Main Street
West Orange, NJ 07052