George R. Hirsch, Esq. (GH 8284)
BRESSLER, AMERY & ROSS
A Professional Corporation
P. O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN, PGB INTERNATIONAL, LLC; and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Defendants. | 06 Civ. 4802 (DMC) <br><br> APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY (LOCAL CIVIL RULE 6.1(b)) |

Plaintiff Merrill Lynch Business Financial Services Inc. hereby moves for a Clerk's Order extending the time within which it may answer, move, or otherwise reply to the Counterclaim of Defendant JPMorgan Chase Bank, N.A., and states: No previous extension has been obtained; service was effected on January 4, 2008; and absent an extension, the time expires on January 24, 2008.

DATED: January 24, 2008                    BRESSLER, AMERY & ROSS, P.C.
                                           Attorneys for Plaintiff
                                           By: _____
                                               George R. Hirsch

ORDER

APPLICATION GRANTED, time extended to _____.

ORDER DATED: _____.             WILLIAM T. WALSH, Clerk

                                           By:_____
                                               Deputy Clerk