HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey  07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants,<br><br>and<br><br>IFIG USA, INC., JOHN DOES (1-10) and ABC CORPORATIONS (1-10),<br><br>Additionally Defendants on the Crossclaim. | CIVIL ACTION<br><br>Civil Action No. 06-4802 (DMC)<br><br>**ANSWER TO CROSSCLAIMS FOR CONTRIBUTION AND INDEMNIFICATION** |

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by way of answer to the crossclaims for contribution (including contribution under the Guarantees) and indemnification asserted by defendant IFIG USA, Inc. in its Answer to the Amended Crossclaim of JPMorgan Chase Bank, N.A. (filed at docket no. 250), responds as follows:

## ANSWER TO CROSSCLAIM FOR CONTRIBUTION

The crossclaim for contribution contains legal conclusions to which no response

is required. To the extent a response is required, Chase denies the allegations contained in the crossclaim for contribution.

### ANSWER TO CROSSCLAIM FOR CONTRIBUTION UNDER THE GUARANTEES

The crossclaim for contribution under the guarantees contains legal conclusions to which no response is required. To the extent a response is required, Chase denies the allegations contained in the crossclaim for contribution under the guarantees.

### ANSWER TO CROSSCLAIM FOR INDEMNIFICATION

The crossclaim for indemnification contains legal conclusions to which no response is required. To the extent a response is required, Chase denies the allegations contained in the crossclaim for indemnification.

### AFFIRMATIVE DEFENSES

Chase hereby incorporates by reference and asserts each and every affirmative defense which is set forth in Chase's answer, counterclaim and crossclaims, filed at docket no. 67, as a defense to the crossclaims for contribution and indemnification asserted by IFIG.

**WHEREFORE**, Chase demands judgment against IFIG dismissing all crossclaims for contribution and indemnification, awarding legal fees and costs of suit, and granting such other and further relief as this Court may deem just and equitable.

HERRICK, FEINSTEIN LLP
Attorneys for JPMorgan Chase Bank, N.A.

By: /s/ John M. August_____
    John M. August

Dated: February 21, 2008