HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants,<br><br>and<br><br>IFIG USA, INC., JOHN DOES (1-10) and ABC CORPORATIONS (1-10),<br><br>Additionally Defendants on the Crossclaim. | CIVIL ACTION<br><br>Civil Action No. 06-4802 (DMC)<br><br><br>**ORDER EXTENDING DISCOVERY END DATE AND SCHEDULING A STATUS CONFERENCE** |

**THIS MATTER** having been opened to the Court by Herrick, Feinstein LLP, attorneys for JPMorgan Chase Bank, N.A. ("Chase"), upon Chase's request to extend discovery; and counsel for all parties having consented to the relief sought; and due and adequate notice having been given; and for good cause shown;

IT IS on this 5 day of March, 2008;

**ORDERED** that fact discovery is to remain open through June 1, 2008; and it is further

**ORDERED** that there shall be a telephone status conference before the undersigned on May 28, 2008 at 4:00 p.m. Attorneys for Chase shall initiate the telephone conference.

_____
HON. MADELINE COX ARLEO, U.S.M.J.

2

HF 4010018 v.1 #04055/0002 03/05/2008 11:17 AM