George R. Hirsch, Esq.
BRESSLER, AMERY & ROSS
A Professional Corporation
P. O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

                    Plaintiff,

vs.

ARTHUR KUPPERMAN; E. ROSS
BROWNE; PAULETTE KRELMAN,
PGB INTERNATIONAL, LLC; and JP
MORGAN CHASE BANK, NATIONAL
ASSOCIATION,

                    Defendants.

Docket No: 06-Civ-4802 (DMC)

**SUBSTITUTION OF ATTORNEY**

     The undersigned hereby consent to the substitution of Vedder Price, Five Becker Farm

Road, Roseland, New Jersey 07068, as attorneys for Merrill Lynch Business Financial Services

Inc. (Merrill Lynch Commercial Finance Corp. is the assignee of the interest of Merrill Lynch

Business Financial Services Inc. with respect to all loans to Pittra GB International, Inc.) in the

referenced matter.

Superseding Attorney:                              Withdrawing Attorney:

VEDDER PRICE                                       BRESSLER, AMERY & ROSS, P.C.

By: _____                     By: _____
                                                        George R. Hirsch, Esq.

    Five Becker Farm Road                              325 Columbia Turnpike
    Roseland, New Jersey 07068                         Florham Park, New Jersey 07962
    (973) 597-1100                                     (973) 514-1200


Dated:   April 9, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.,

Plaintiff,

vs.

ARTHUR KUPPERMAN; E. ROSS BROWNE;
PAULETTE KRELMAN; PGB
INTERNATIONAL, LLC; JP MORGAN
CHASE BANK, NATIONAL ASSOCIATION,

Defendants.

**Docket No.: 06-Civ-4802 (DMC)**

<u>**ECF CASE**</u>

I, Charles Caranicas, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that on April 18, 2008, I caused a copy of the foregoing **SUBSTITUTION OF ATTORNEY** notices to be served by electronically filing same, thereby ensuring that the following parties, who are registered e-filers and registered to receive e-notices in this case, received a copy of same:

A. Michael Covino
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NJ 07078

*Attorney for Defendants*
*Arthur Kupperman and PGB*
*International, LLC,*
*And for Cross-Defendant IFIG USA,*
*Inc.*

Vincent Frank Papalia
Saiber, Schlesinger, Satz & Goldstein, LLC
One Gateway Center, 13th Floor
Newark, NJ 07102-5311

*Attorney for Defendant*
*E. Ross Browne*

Frederick Benno Polak
Post, Polak, Goodsell, MacNeill &
Strauchler, PA
425 Eagle Roack Avenue
Roseland, NJ 07068-1717

*Attorney for Defendant*
*Paulette Krelman*

John M. August
Herrick Feinstein, LLP
One Gateway Center, 22nd Floor
Newark, NJ 07105-2245

*Attorney for Creditor*
*J.P. Morgan Chase Bank, N.A.*

John P. Gleason
Gleason & Koatz, LLP
230 Park Avenue
New York, NY 10169

*Attorney for Creditor*
*Empresas Lourdes S.A.*

Patricia Anne Staiano
Hellring, Lindeman, Goldstein & Siegal, LLP
One Gateway Center
Newark, NJ 07102-5386

*Attorney for Trustee*
*Benjamin A. Stanziale, Jr.*

Paul H. Schafhauser
Herrick Feinstein, LLP
One Gateway Center, 22nd Floor
Newark, NJ 07102

*Attorney for Creditor*
*J.P. Morgan Chase Bank, N.A.*

DATED:  New York, New York
April 18, 2008

Charles Caranicas