NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 06-cv-4802 (DMC) |
| ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, and PGB INTERNATIONAL, LLC, and JP MORGAN CHASE BANK, NOATIONAL ASSOCIATION, |  |
| Defendants. |  |

This matter having come before the Court upon Defendant JP Morgan Chase Bank, National Association's ("Chase") motion for reconsideration pursuant to L. R. Civ. P. 7.1(i); and the Court having considered all submissions of the parties; and in light of the reasons stated in the Opinion of the Court issued on this same day;

IT IS on this   28   day of May, 2008;

**ORDERED** that the Chase's motion for reconsideration is **denied.**

       S/ Dennis M. Cavanaugh
       Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:    All Counsel of Record
        Hon. Mark Falk, U.S.M.J.
        File