**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

May 30, 2008

Charles S. Caranicas, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
Five Becker Farm Road
Roseland, NJ 07068

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NJ 07078

Vincent F. Papalia, Esq.
Saiber, Schlesinger, Satz & Goldstein, LLC
One Gateway Center
13th Floor
Newark, NJ 07102-5311

Paul H. Schafhauser, Esq.
Herrick Feinstein, LLP
One Gateway Center
22nd Floor
Newark, NJ 07102

## LETTER ORDER

Re: **Merrill Lynch v. Kupperman, et al.**
**Civil Action No. 06-4802 (DMC)**

Dear Counsel:

A settlement conference is scheduled for **Wednesday, June 23, 2008 at 2:00 p.m.** One week prior to the conference, each party is to deliver to the court and counsel a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients with full settlement authority are to be present at the conference.

Discovery is extended through August 1, 2008.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc: Clerk
Hon. Dennis M. Cavanaugh, U.S.D.J.
All Parties
File