UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.,

        Plaintiff,

- against -

ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN; PGB INTERNATIONAL, LLC; and J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION,

        Defendants.

Index No. 06-Civ-4802 (DMC)

ECF CASE

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE,** that the plaintiff Merrill Lynch Business Financial Services, Inc. hereby appears by Michael J. Goettig, Esq., of Vedder Price, P.C. and requests that all copies of papers herein be served upon the undersigned counsel.

Dated: New York, New York.
      October 13, 2008

Respectfully submitted,

**VEDDER PRICE, P.C.**

By: _____
Michael J. Goettig (MG-3771)

1633 Broadway, 47th Floor
New York, New York 10019
Phone: (212) 407-7700
Fax: (212) 407-7799

Attorneys for Plaintiff

NEWYORK/#201299.1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.,

        Plaintiff,

- against -

ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN; PGB INTERNATIONAL, LLC; and J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION,

        Defendants.

Index No. 06-Civ-4802 (DMC)

ECF CASE

**CERTIFICATE OF SERVICE**

---

    I, Michael J. Goettig, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that on October 13, 2008, I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served by electronically filing same, thereby ensuring that all of the following parties who are registered e-filers and registered to receive e-notices in this case received copies of same:

| | |
|---|---|
| A. Michael Covino<br>Budd Larner<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br><br>*Attorney for Defendants*<br>*Arthur Kupperman and PGB*<br>*International, LLC,*<br>*And for Cross-Defendant IFIG USA,*<br>*Inc.* | Vincent Frank Papalia<br>Saiber, Schlesinger, Satz & Goldstein, LLC<br>One Gateway Center, 13th Floor<br>Newark, NJ 07102-5311<br><br>*Attorney for Defendant*<br>*E. Ross Browne* |

| | |
|---|---|
| Frederick Benno Polak<br>Post, Polak, Goodsell,<br>MacNeill & Strauchler, PA<br>425 Eagle Roack Avenue<br>Roseland, NJ 07068-1717<br><br>*Attorney for Defendant*<br>*Paulette Krelman* | Patricia Anne Staiano<br>Hellring, Lindeman, Goldstein & Siegal, LLP<br>One Gateway Center<br>Newark, NJ 07102-5386<br><br>*Attorney for Trustee*<br>*Benjamin A. Stanziale, Jr.* |
| John M. August<br>Herrick Feinstein, LLP<br>One Gateway Center, 22nd Floor<br>Newark, NJ 07105-2245<br><br>*Attorney for Creditor*<br>*J.P. Morgan Chase Bank, N.A.* | Paul H. Schafhauser<br>Herrick Feinstein, LLP<br>One Gateway Center, 22nd Floor<br>Newark, NJ 07102<br><br>*Attorney for Creditor*<br>*J.P. Morgan Chase Bank, N.A.* |
| John P. Gleason<br>Gleason & Koatz, LLP<br>230 Park Avenue<br>New York, NY 10169<br><br>*Attorney for Creditor*<br>*Empresas Lourdes S.A.* | |

Dated:  October 13, 2008

_____
Michael J. Goettig, Esq. (MG-3771)