Vincent F. Papalia (VP1418)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333
*Attorneys for Defendant E. Ross Browne*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., <br><br> Defendants, <br> and <br><br> IFIG USA, INC., *et al.*, <br><br> Additional Defendants on the Crossclaim. | CIVIL ACTION <br><br> Civil Action No. 06-4802 (DMC) <br><br> **STIPULATION OF DISMISSAL AS TO E. ROSS BROWNE ONLY** |

**IT IS HEREBY STIPULATED AND AGREED** that the within action is dismissed with prejudice and without costs to any party, as to E. Ross Browne only.

**VEDDER PRICE P.C.**
Attorneys for Merrill Lynch Commercial
Finance Corp., as assignee of the interest of
Merrill Lynch Business Financial Services, Inc.

By: _____
Michael M. Eidelman

**HERRICK FEINSTEIN LLP**
Attorneys for JPMorgan Chase Bank, N.A.

By: _____
John M. August

Dated: February 27, 2009

**SAIBER LLC**
Attorneys for E. Ross Browne

By: _____
Vincent F. Papalia

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.

3-19-09

{00557560.DOC}