FREDERICK B. POLAK, ESQ.
POST, POLAK, GOODSELL, MacNEILL & STRAUCHLER, P.A.
425 Eagle Rock Avenue – Suite 200
Roseland, New Jersey 07068-1717
TEL: (973) 228-9900  FAX: (973) 994-1705
Attorneys for Defendant Paulette Krelman

UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. | Civil Action |
| Plaintiff, | Civil Action No.: 06-4802 (DMC) |
| vs. | |
| ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN and PGB INTERNATIONAL, LLC, and JPMorgan Chase Bank, N.A. | STIPULATION OF DISMISSAL AS TO PAULETTE KRELMAN |
| Defendants. | |

IT IS HERBY STIPULATED AND AGREED that the within action is dismissed with prejudice and without costs to any party, as to PAULETTE KRELMAN.

**VEDDER PRICE P.C.**
Attorneys for Merrill Lynch Commercial Finance Corp., as assignee of the interest of Merrill Lynch Business Financial Services, Inc.

By: _____
Michael M. Eidelman

**POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER P.A.**
Attorneys for Paulette Krelman

By: _____
Frederick B. Polak

**HERRICK FEINSTEIN LLP**
Attorneys for JPMorgan Chase Bank, N.A.

By: _____
John M. August

Dated: 4/1/09.

SO ORDERED

_____ U.S.D.J.
4/23/09
Dennis M. Cavanaugh
U.S. District Judge

{00061481.1}