**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

August 25, 2009

| | |
|---|---|
| Charles S. Caranicas, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>Five Becker Farm Road<br>Roseland, NJ 07068 | Paul H. Schafhauser, Esq.<br>Herrick Feinstein, LLP<br>One Gateway Center<br>22nd Floor<br>Newark, NJ 07102 |

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NJ 07078

## LETTER ORDER

    Re:    **Merrill Lynch v. Kupperman, et al.**
            **Civil Action No. 06-4802 (DMC)**

Dear Counsel:

    All dispositive motions shall be filed by September 30, 2009 or are waived and the case will proceed to trial.

    **SO ORDERED.**

                                        *s/Madeline Cox Arleo*
                                        **MADELINE COX ARLEO**
                                        **United States Magistrate Judge**

cc:    Clerk
        Hon. Dennis M. Cavanaugh, U.S.D.J.
        All Parties
        File