HERRICK, FEINSTEIN LLP
Paul H. Schafhauser (PS - 1337)
pschafhauser@herrick.com
John M. August (JA - 6451)
jaugust@herrick.com
One Gateway Center
Newark, New Jersey  07102
(973) 274-2000
Attorneys for Defendant JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br>        Plaintiff, <br><br> v. <br><br> ARTHUR KUPPERMAN, E. ROSS BROWNE, PAULETTE KRELMAN, PGB INTERNATIONAL, LLC, and JPMORGAN CHASE BANK, N.A., <br><br>        Defendants, <br><br> and <br><br> IFIG USA, INC., JOHN DOES (1-10) and ABC CORPORATIONS (1-10), <br><br>        Additionally Defendants <br>        on the Crossclaim. | <u>CIVIL ACTION</u> <br><br> Civil Action No. 06-4802 (DMC) <br><br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT ON CHASE'S COUNTERCLAIM AGAINST MLCFC AND FOR A DECLARATION THAT THE WRITS OF ATTACHMENT ENTERED IN THIS ACTION ARE FOR THE BENEFIT OF BOTH CHASE AND MLCFC** <br><br><br> **Hearing Date: November 2, 2009 at 10:00 a.m.** |

**TO:** All persons on the attached service list.

        **PLEASE TAKE NOTICE** that on November 2, 2009 at 10:00 am, or as soon

thereafter as counsel may be heard, defendant JPMorgan Chase Bank, N.A. ("Chase"), by and

through its attorneys, Herrick, Feinstein LLP, shall move before the Honorable Dennis M.

Cavanaugh, U.S.D.J., at the United States District Court, 451 U.S. Post Office Courthouse

Building, Federal Square, Newark, New Jersey, for the entry of an Order (i) declaring and

adjudging that Chase holds a first priority security interest with respect to all assets of defendant

PGB International, LLC ("PGB"), entering judgment on Chase's counterclaim (the

"Counterclaim") against plaintiff Merrill Lynch Commercial Finance Corp. ("MLCFC"), as

assignee of the interest of Merrill Lynch Business Financial Services Inc., and directing any

person or entity owing money to PGB to pay such money directly to Chase; and (ii) declaring

and adjudging that the writs of attachment entered in this action are for the benefit of both Chase

and MLCFC and, on any judgment entered in this action, Chase is entitled to recover on a first

priority basis against PGB and ratably with MLCFC from any remaining assets.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Chase shall

rely upon the accompanying Memorandum of Law, Statement of Uncontested Material Facts and

the Declarations of John M. August and Wayne E. Olson.  A proposed form of Order is attached.

**PLEASE TAKE FURTHER NOTICE** that Chase respectfully requests oral

argument if this motion is opposed.

> HERRICK, FEINSTEIN LLP
> Attorneys for JPMorgan Chase Bank, N.A.
>
>
> By:  /s/ John M. August
>      John M. August

Dated:    September 30, 2009

## SERVICE LIST

Randall M. Lending, Esq., *Attorney for plaintiff Merrill Lynch Commercial Finance Corp.*

A. Michael Covino, Esq., *Attorney for defendants PGB International LLC and Arthur Kupperman*

John P. Gleason, Esq., *Attorney for Interested Party Empress Lourdes, S.A.*

HF 5263030 v.1  #04055/0002 09/30/2009 05:14 PM