# Exhibit A

FROM PITTRA G.B. Intl  973 660 1070                    (THU)JAN  2 2003  7:53/ST. 7:52/NO. 6320062744 P  2



**AMPER, POLITZINER & MATTIA** P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0200

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719

(732) 919-1400
FAX (732) 919-6230

### Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheet of PITTRA G. B. International, Inc. as of September 30, 2002, and the related statements of income and retained earnings, and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2002, and the results of its operations and cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 12, 2002
Wall, New Jersey

MEMBERS OF AICPA DIVISION FOR CPA FIRMS - SEC AND PRIVATE COMPANIES PRACTICE SECTIONS

EXHIBIT A

## PITTRA G. B. INTERNATIONAL, INC.
### Balance Sheet
September 30, 2002

### Assets

| | | |
|---|---:|---:|
| **Current assets:** | | |
| Cash | | $204,372 |
| Accounts receivable: | | |
| Direct sales | $3,581,348 | |
| Indirect sales | 1,612,408 | |
| Other accounts receivable | 397,042 | |
| Total accounts receivable | | 5,590,798 |
| Inventory | | |
| Income paid in advance | | 1,418,283 |
| Prepaid expenses and other current | | 325,280 |
| assets | | 103,963 |
| | | $7,642,696 |
| Furniture and equipment | | 41,443 |
| Goodwill | | 500,000 |
| | | $8,184,139 |

### Liabilities and Stockholders' Equity

| | | |
|---|---:|---:|
| **Current liabilities:** | | |
| Asset based loan payable | | $1,625,384 |
| Accounts payable | | 3,739,297 |
| Accrued expenses | | 813,132 |
| Total current liabilities | | 6,177,813 |
| Subordinated debt payable | | 542,748 |
| Total liabilities | | 6,720,561 |
| **Stockholders's equity** | | |
| Common stock, no par value | | |
| 100 shares authorized, issued and outstanding | | 15,000 |
| Additional paid-in capital | | 1,239,185 |
| Retained earnings | | 209,393 |
| | | 1,463,578 |
| | | $8,184,139 |

See accompanying notes to financial statements

-2-

FROM PITTRA G.B. Intl  973 660 1070                (THU) JAN  2 2003  7:53/ST. 7:52/NO. 6320062744 P  4

### G. B. INTERNATIONAL, INC.
Statements of Income and Retained Earnings
For the Year Ended September 30, 2002

| | | |
|---|---:|---:|
| Sales: | | |
| Direct | $32,476,401 | |
| Commissionable | 15,387,208 | |
| | | $47,863,609 |
| Cost of sales | | |
| Direct | 30,647,557 | |
| Commissionable | 14,654,284 | |
| | | 45,301,841 |
| Gross profit | | 2,561,768 |
| Selling, general and administrative expenses | | 2,028,220 |
| Income from operations | | 533,548 |
| Other expense | | |
| Interest expense | | 132,408 |
| Financing commissions | | 63,247 |
| Total | | 195,655 |
| Income before provision for income taxes | | 337,893 |
| Provision for income taxes | | 128,500 |
| Net income | | 209,393 |
| Retained earnings - beginning | | 0 |
| Retained earnings - ending | | $209,393 |

See accompanying notes to financial statements

-3-

PITTRA G. B. INTERNATIONAL, INC.
Statement of Cash Flows
For the Year Ended September 30, 2002

| | |
|---|---:|
| **Cash flows from operating activities:** | |
| Net income | $209,393 |
| Adjustments to reconcile net income to net cash from operating activities | |
| Depreciation and amortization | 822,488 |
| (Increase) in: | |
| Accounts receivable | (5,590,798) |
| Inventory | (1,418,283) |
| Income paid in advance | (325,280) |
| Prepaid expenses and other current assets | (103,963) |
| Increase in: | |
| Accounts payable | 3,739,297 |
| Accrued expenses | 813,132 |
| Total adjustments | (2,876,539) |
| Cash flow (used in) operations | (2,667,146) |
| | |
| **Cash flows from investing activities:** | |
| Acquisition of furniture and equipment | (50,799) |
| Goodwill paid in connection with acquisition | (500,000) |
| Cash flows provided by (used in) investing activities | (550,799) |
| | |
| **Cash flows from financing activities:** | |
| Net increase in asset based loans payable | 1,625,384 |
| Proceeds from subordinated debt | 542,748 |
| Proceeds from sale of common stock | 1,254,185 |
| Cash flows provided by (used in) financing activities | 3,422,317 |
| | |
| Net change in cash | 204,372 |
| Cash - beginning | 0 |
| Cash - ending | $204,372 |
| | |
| **Supplemental disclosures of cash paid:** | |
| Interest | $124,787 |

See accompanying notes to financial statements

-4-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 1    Organization

The company was incorporated in October 2001 to acquire the net assets of G.B.
International, Inc. and simultaneously acquire accounts receivable, inventory and the
goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have
been recorded as goodwill.

Note 2    Summary of significant accounting policies

Operations

PITTRA G.B. International, Inc. (the "Company") is primarily an importer and distributor
of fruit juice concentrates. The company imports the concentrates primarily from
countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is
principally to companies located throughout the United States. Credit is granted to
substantially all customers, the majority of whom are in the juice industry.

Use of estimates

The preparation of financial statements in conformity with generally accepted accounting
principles requires management to make estimates and assumptions that affect the
reported amounts of assets and liabilities and disclosure of contingent assets and liabilities
at the date of the financial statements and the reported amounts of revenues and expenses
during the reporting period. Actual results could differ from those estimates.

Revenue Recognition

Revenue is recognized upon shipment to customers.

-5-

**PITTRA G. B. INTERNATIONAL, INC.**

Notes to Financial Statements

Note 2   <u>Inventory</u>

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost (determined on a specific identity basis) or market.

<u>Furniture and Equipment</u>

Furniture and equipment are stated at cost, less accumulated depreciation.  Depreciation is provided over the estimated useful lives of the assets as follows:

| | | |
|---|---|---|
| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

Note 3   <u>Concentration of Cash Balances</u>

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits.  The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash and equivalents.

Note 4   <u>Prepaid Expense and Other Current Assets</u>

| | |
|---|---|
| Prepaid insurance | $84,673 |
| Prepaid - miscellaneous | 29,390 |
| Total | $103,963 |

-6-

PITTRA G. B. INTERNATIONAL, INC.

Notes to Financial Statements

Note 5   Furniture and equipment

| | |
|---|---|
| Equipment | $42,049 |
| Furniture | 8,750 |
| Total | 50,799 |
| Accumulated depreciation | 9,356 |
| Net furniture and equipment | $41,443 |

Note 6   Asset Based Loan

The Company has entered into a financing agreement with an asset based lender. The agreement allows the Company to borrow up to 80% of the Company's eligible receivables, not to exceed $4 million.

The financing commission consists of 0.50% of the sales which have been financed. Outstanding loan balances bear interest at a rate of 2.50% plus the prime rate. The loan is collateralized by substantially all the assets of the Company and is personally guaranteed by the stockholders.

The prime rates at September 30, 2002 was 5.00%.

-7-

FROM PITTRA G.B. Intl  973 66⁰ 1070         (THU)JAN  2 2003  7:54/ST. 7:52/NO. 6320062744 P  9

**PITTRA G. B. INTERNATIONAL, INC.**
Notes to Financial Statements

Note 7    <u>Operating leases</u>

The Company is leasing office space in New Jersey from a stockholder at a monthly rate of approximately $5,400.  The lease is a month to month lease.  Rent expense recorded in connection with the stockholder lease was $65,200 for the year ended September 30, 2002.

The Company leases warehouse space for inventory storage on a month-to-month basis.  Monthly payments on the current lease are approximately $1,100.

Total office and warehouse rental expenses, including utilities, for the year ended September 30, 2002 was approximately $80,500.

The Company has other operating leases for transportation vehicles and office equipment.  The lease expenses in connection with these operating leases were approximately $47,600 for the year ended September 30, 2001.  These leases expire at various times through December 2003.

Note 8    <u>Income Taxes</u>

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

Note 9    <u>Commitments</u>

As of September 20, 2002  the Company had no open letters of credit.

-8-

# Exhibit B



**AMPER, POLITZINER & MATTIA** P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0200

FLEMINGTON, NEW JERSEY
(908) 762-7021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719
(732) 919-1400
FAX (732) 919-6230

## Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheets of PITTRA G. B. International, Inc. as of September 30, 2003 and 2002, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2003 and 2002, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 17, 2003
Wall, New Jersey

MEMBERS OF AICPA DIVISION FOR CPA FIRMS - SEC AND PRIVATE COMPANIES PRACTICE SECTIONS

EXHIBIT B

## PITTRA G. B. INTERNATIONAL, INC.
### Balance Sheet
September 30, 2003 and 2002

|  | 2003 | 2002 |
|---|---|---|
| Current assets: | | |
| Cash | $24,237 | $204,372 |
| Accounts receivable | | |
| Direct sales | 4,595,298 | 3,581,348 |
| Indirect sales | 836,096 | 1,612,408 |
| Other accounts receivable | 350,748 | 397,042 |
| Inventory | 491,763 | 1,418,283 |
| Prepaid income | 47,284 | 325,280 |
| Prepaid expenses | 27,636 | 103,963 |
| Total current assets | 6,373,062 | 7,642,696 |
| Equipment | 56,843 | 41,443 |
| Goodwill | 500,000 | 500,000 |
| Total assets | $6,929,905 | $8,184,139 |
| Current liabilities: | | |
| Credit line payable | $2,736,327 | $1,625,384 |
| Accounts payable | 1,298,683 | 3,739,297 |
| Accrued expenses | 576,045 | 813,132 |
| Total current liabilities | 4,611,055 | 6,177,813 |
| Subordinated loans | 542,748 | 542,748 |
| Total liabilities | 5,153,803 | 6,720,561 |
| Stockholder equity | | |
| Capital stock | 15,000 | 15,000 |
| Additional paid in capital | 1,539,185 | 1,239,185 |
|  | 221,917 | 209,393 |
| Total stockholder equity | 1,776,102 | 1,463,578 |
| Total liabilities and equity | $6,929,905 | $8,184,139 |

PITTRA G. B. INTERNATIONAL, INC.
Statements of Income and Retained Earnings
For the Years Ended September 30, 2003 and 2002

| | 2003 | 2002 |
|---|---|---|
| **Sales** | | |
| Direct | $32,154,064 | $32,476,401 |
| Brokered | 11,793,765 | 15,387,208 |
| Total sales | 43,947,829 | 47,863,609 |
| **Cost of sales** | | |
| Direct | 29,911,183 | 30,647,557 |
| Brokered | 11,218,760 | 14,654,284 |
| Total cost of sales | 41,129,943 | 45,301,841 |
| Operating income | 2,817,886 | 2,561,768 |
| Selling, general, and administrative expenses | 2,803,015 | 2,223,875 |
| Income before provision for taxes | 14,871 | 337,893 |
| Provision for taxes on income | 2,347 | 128,500 |
| Net income | 12,524 | 209,393 |
| Retained earnings - beginning | 209,393 | 0 |
| Retained earnings - ending | $221,917 | $209,393 |

PITTRA G. B. INTERNATIONAL, INC.
Statement of Cash Flows
For the Years Ended September 30, 2003 and 2002

|  | 2003 | 2002 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net income | $12,524 | $209,393 |
| Adjustments to reconcile net income to net | | |
| cash from operating activities | | |
| Depreciation and amortization | 287,956 | 822,488 |
| Decrease (Increase) in: | | |
| Accounts receivable | (191,344) | (5,590,798) |
| Inventory | 926,520 | (1,418,283) |
| Income paid in advance | | (325,280) |
| Prepaid expenses and other current assets | 76,327 | (103,963) |
| Increase (decrease) in: | | |
| Accounts payable | (2,440,614) | 3,739,297 |
| Accrued expenses | (237,087) | 813,132 |
| | | |
| Total adjustments | (1,578,242) | (2,876,539) |
| | | |
| Cash flow (used in) operations | (1,565,718) | (2,667,146) |
| | | |
| **Cash flows from investing activities:** | | |
| Acquisition of furniture and equipment | (25,360) | (50,799) |
| Goodwill paid in connection with acquisition | 0 | (500,000) |
| | | |
| Cash flows (used in) investing activities | (25,360) | (550,799) |
| | | |
| **Cash flows from financing activities:** | | |
| Net increase in credit lines payable | 1,110,943 | 1,625,384 |
| Proceeds from subordinated loans | 0 | 542,748 |
| Contributions to additional paid in capital | 300,000 | 1,239,185 |
| Proceeds from sale of common stock | 0 | 15,000 |
| | | |
| Cash flows provided by financing activies | 1,410,943 | 3,422,317 |
| | | |
| Net change in cash | (180,135) | 204,372 |
| | | |
| Cash - beginning | 204,372 | 0 |
| | | |
| Cash - ending | $24,237 | $204,372 |
| | | |
| **Supplemental disclosures of cash paid:** | | |
| Interest | $136,879 | $124,787 |

# PITTRA G. B. INTERNATIONAL, INC.
## Notes to Financial Statements

Note 1   **Organization**

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

Note 2   Summary of significant accounting policies

### Operations

PITTRA G.B. International, Inc. (the "Company") is an importer and distributor of fruit juice concentrates. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

### Use of estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Revenue Recognition

Revenue is recognized upon shipment to customers.

-5-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 2    Inventory

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost
(determined on a specific identity basis) or market.

Furniture and Equipment

Furniture and equipment are stated at cost, less accumulated depreciation.
Depreciation is provided over the estimated useful lives of the assets as follows:

| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

Note 3    Concentration of Cash Balances

The Company maintains its cash in bank deposit accounts which, at times, may exceed
federally insured limits.  The Company has not experienced any losses in such
accounts.  The Company believes it is not exposed to any significant credit risk on cash
and equivalents.

Note 4    Prepaid Expense and Other Current Assets

|  | 2003 | 2002 |
|---|---|---|
| Prepaid insurance | $21,186 | $84,673 |
| Prepaid  miscellaneous | 5,450 | 29,390 |
| Total | $27,636 | $103,963 |

-6-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

**Note 5    Furniture and equipment**

|  | 2003 | 2002 |
|---|---|---|
| Equipment | $67,409 | $42,049 |
| Furniture | 8,750 | 8,750 |
| Total | 76,159 | 50,799 |
| Accumulated depreciation | 19,316 | 9,356 |
| Net furniture and equipment | $56,843 | $41,443 |

**Note 6    Credit line payable**

On November 27, 2002, the Company entered into a credit line facility with an initial credit line in the initial amount of $2,250,000, and subsequently increased to $2,750,000. Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The initial term of the credit facility is one year. The credit facility is secured by all assets of the Company and is personally guaranteed by the stockholders of the Company.

The above credit line facility replaced a previous facility.

**Note 7    Operating leases**

The Company is leasing office space in New Jersey from a stockholder at a monthly rate of approximately $5,400. The lease is a month to month lease. Rent expense recorded in connection with the stockholder lease was $65,200 for the year ended September 30, 2003.

The Company has other operating leases for transportation vehicles and office equipment. The lease expenses in connection with these operating leases were approximately $52,000 for the year ended September 30, 2003. These leases expire at various times through June 2005.

**PITTRA G. B. INTERNATIONAL, INC.**
Notes to Financial Statements

Note 8    <u>Income Taxes</u>

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

Note 9    <u>Commitments</u>

As of September 20, 2003  the Company had no open letters of credit.

Note 10    <u>Retirement Plan</u>

The Company maintains a 401(K) profit-sharing plan ("Plan").  Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company.  The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries.  For the years ended September 30, 2003 and 2002 the contribution expense was approximately $38,500 and $37,000, respectively.

# Exhibit C



**AMPER, POLITZINER & MATTIA** P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0200

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719
(732) 919-1400
FAX (732) 919-6230

### Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheets of PITTRA G. B. International, Inc. as of September 30, 2004 and 2003, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2004 and 2003, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 22, 2004
Wall, New Jersey

EXHIBIT C

**PITTRA G. B. INTERNATIONAL, INC.**
Statements of Income and Retained Earnings
For the Years Ended September 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| Sales |  |  |
| Direct | $49,785,362 | $32,154,064 |
| Brokered | 5,735,179 | 11,793,765 |
| Total sales | 55,520,541 | 43,947,829 |
| Cost of sales |  |  |
| Direct | 47,416,789 | 29,911,183 |
| Brokered | 5,527,316 | 11,218,760 |
| Total cost of sales | 52,944,105 | 41,129,943 |
| Operating income | 2,576,436 | 2,817,886 |
| Selling, general, and administrative expenses | 2,551,897 | 2,803,015 |
| Income before provision for taxes | 24,539 | 14,871 |
| Provision for taxes on income | 1,690 | 2,347 |
| Net income | 22,849 | 12,524 |
| Retained earnings - beginning | 221,917 | 209,393 |
| Retained earnings - ending | $244,766 | $221,917 |

# PITTRA G. B. INTERNATIONAL, INC.

Statement of Cash Flows

For the Years Ended September 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net income | $22,849 | $12,524 |
| Adjustments to reconcile net income to net cash from operating activities |  |  |
| Depreciation and amortization | 50,434 | 287,956 |
| Decrease (increase) in: |  |  |
| Accounts receivable | (1,386,830) | (191,344) |
| Inventory | (475,535) | 926,520 |
| Prepaid expenses and other current assets | (9,145) | 76,327 |
| Increase (decrease) in: |  |  |
| Accounts payable | 70,960 | (2,440,614) |
| Accrued expenses | (194,142) | (237,087) |
| Total adjustments | (1,944,258) | (1,578,242) |
| Cash flow (used in) operations | (1,921,409) | (1,565,718) |
| Cash flows from investing activities: |  |  |
| Acquisition of furniture and equipment | 0 | (25,360) |
| Cash flows (used in) investing activities | 0 | (25,360) |
| Cash flows from financing activities: |  |  |
| Net increase in credit lines payable | 1,011,361 | 1,110,943 |
| Proceeds of long-term borrowings | 500,000 |  |
| Repayment of long-term borrowings | (27,991) |  |
| Contributions to additional paid in capital | 500,000 | 300,000 |
| Cash flows provided by financing activities | 1,983,370 | 1,410,943 |
| Net change in cash | 61,961 | (180,135) |
| Cash - beginning | 24,237 | 204,372 |
| Cash - ending | $86,198 | $24,237 |
| Supplemental disclosures of cash paid: |  |  |
| Interest | $158,259 | $136,879 |

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 1    Organization

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

Note 2    Summary of significant accounting policies

Operations

PITTRA G.B. International, Inc. (the "Company") is an importer and distributor of fruit juice concentrates. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

Use of estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Revenue Recognition

Revenue is recognized upon shipment to customers.

-5-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 2    Inventory

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost (determined on a specific identity basis) or market.

Furniture and Equipment

Furniture and equipment are stated at cost, less accumulated depreciation. Depreciation is provided over the estimated useful lives of the assets as follows:

| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

Note 3    Concentration of Cash Balances

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits.  The Company has not experienced any losses in such accounts.  The Company believes it is not exposed to any significant credit risk on cash and equivalents.

Note 4    Prepaid Expense and Other Current Assets

|  | 2004 | 2003 |
| --- | --- | --- |
| Prepaid insurance | $32,031 | $21,186 |
| Prepaid - miscellaneous | 4,750 | 5,450 |
| Total | $36,781 | $27,636 |

-6-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 5    Furniture and equipment

|  | 2004 | 2003 |
|---|---|---|
| Equipment | $67,409 | $67,409 |
| Furniture | 8,750 | 8,750 |
| Total | 76,159 | 76,159 |
| Accumulated depreciation | 22,466 | 19,316 |
| Net furniture and equipment | $53,693 | $56,843 |

Note 6    Credit line payable

The Company maintains a credit line facility with a credit line of $3,750,000.
Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus
3.15%. The term of the credit facility is one year. The credit facility is secured by all
assets of the Company and is personally guaranteed by the stockholders of the
Company.

Note 7    Long term debt

In June 2004 the Company entered into a term loan for $500,000 payable over a period
of three years. Payments are made in equal monthly installments of principle plus
interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term loan is
from the same financial institution as the credit line referred to in Note 6 and is secured
with the same collateral as the credit facility.

-7-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 8      Operating leases

The Company leases office space at a monthly rate of approximately $3,770 plus certain expenses.  The lease is for a term of five years and expires on December 31, 2008.

The Company has other operating leases for transportation vehicles and office equipment.  The lease expenses in connection with these operating leases were approximately $52,000 for the year ended September 30, 2004.  These leases expire at various times through June 2005.

Note 9      Income Taxes

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

Note 10    Commitments

As of September 20, 2004  the Company had no open letters of credit.

Note 11    Retirement Plan

The Company maintains a 401(K) profit-sharing plan ("Plan").  Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company.  The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries.  For the years ended September 30, 2004 and 2003 the contribution expense was approximately $37,600 and $38,500, respectively.

# Exhibit D

# AMPER, POLITZINER & MATTIA P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0300

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719

(732) 919-1400
FAX (732) 919-6230

## Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheets of PITTRA G. B. International, Inc. as of September 30, 2005 and 2004, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2005 and 2004, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 16, 2005
Wall, New Jersey

MEMBERS OF AICPA DIVISION FOR CPA FIRMS · SEC AND PRIVATE COMPANIES PRACTICE SECTIONS

EXHIBIT D

ERRILL LYNCH BUS

13122691345   P.03/11

# PITTRA G. B. INTERNATIONAL, INC.
## Balance Sheet
### September 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| **Current assets:** | | |
| Cash | $90,178 | $86,198 |
| Accounts receivable | | |
| Direct sales | 9,346,248 | 6,696,242 |
| Indirect sales | 152,190 | 209,834 |
| Other accounts receivable | 214,871 | 262,896 |
| Inventory | 728,190 | 967,298 |
| Prepaid expenses | 44,189 | 36,781 |
| Total current assets | 10,575,866 | 8,259,249 |
| Equipment | 43,459 | 53,693 |
| Goodwill | 500,000 | 500,000 |
| Total assets | $11,119,325 | $8,812,942 |
| **Current liabilities:** | | |
| Credit line payable | $3,748,948 | $3,747,688 |
| Current maturity of long term debt | 166,667 | 166,667 |
| Accounts payable | 2,780,676 | ·1,369,643 |
| Accrued expenses | 783,271 | 381,903 |
| Total current liabilities | 7,479,562 | 5,665,901 |
| Long term debt, less current maturities | 42,621 | 305,342 |
| Subordinated loans | 542,748 | 542,748 |
| Total liabilities | 8,064,931 | 6,513,991 |
| **Stockholder equity** | | |
| Capital stock | | |
| Additional paid in capital | 15,000 | 15,000 |
| Retained earnings | 2,739,185 | 2,039,185 |
|  | 300,209 | 244,766 |
| Total stockholder equity | 3,054,394 | 2,298,951 |
| Total liabilities and equity | $11,119,325 | $8,812,942 |

IERRILL LYNCH BUS                13122691345    P.04/11

**PITTRA G. B. INTERNATIONAL, INC.**
Statements of Income and Retained Earnings
For the Years Ended September 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| Sales |  |  |
| Direct | $53,987,193 | $49,785,362 |
| Brokered | 1,987,204 | 5,735,179 |
| Total sales | 55,974,397 | 55,520,541 |
| Cost of sales |  |  |
| Direct | 50,812,746 | 47,416,789 |
| Brokered | 1,907,723 | 5,527,316 |
| Total cost of sales | 52,720,469 | 52,944,105 |
| Operating income | 3,253,928 | 2,576,436 |
| Selling, general, and administrative expenses | 3,196,383 | 2,551,897 |
| Income before provision for taxes | 57,545 | 24,539 |
| Provision for taxes on income | 2,102 | 1,690 |
| Net income | 55,443 | 22,849 |
| Retained earnings - beginning | 244,766 | 221,917 |
| Retained earnings - ending | $300,209 | $244,766 |

11:42   RRILL LYNCH BUS        13122691345   P.05/11

PALTRA G. B. INTERNATIONAL, INC.
Statement of Cash Flows
For the Years Ended September 30, 2005 and 2004

|  | 2004 | 2003 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income | $55,443 | $22,849 |
| Adjustments to reconcile net income to net cash from operating activities | | |
| Depreciation and amortization | 10,234 | 50,434 |
| Decrease (increase) in: | | |
| Accounts receivable | (2,544,337) | (1,386,830) |
| Inventory | 239,108 | (475,535) |
| Prepaid expenses and other current assets | (7,408) | (9,145) |
| Increase (decrease) in: | | |
| Accounts payable | 1,411,033 | 70,960 |
| Accrued expenses | 401,368 | (194,142) |
| Total adjustments | (490,002) | (1,944,258) |
| Cash flow (used in) operations | (434,559) | (1,921,409) |
| | | |
| Cash flows from financing activities: | | |
| Net increase in credit lines payable | 1,260 | 1,011,361 |
| Proceeds of long-term borrowings | 0 | 500,000 |
| Repayment of long-term borrowings | (262,721) | (27,991) |
| Contributions to additional paid in capital | 700,000 | 500,000 |
| Cash flows provided by financing activities | 438,539 | 1,983,370 |
| Net change in cash | 3,980 | 61,961 |
| Cash - beginning | 86,198 | 24,237 |
| Cash - ending | $90,178 | $86,198 |
| Supplemental disclosures of cash paid: | | |
| Interest | $243,776 | $158,259 |

# PITTRA G. B. INTERNATIONAL, INC.
## Notes to Financial Statements

**Note 1.   Organization**

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

**Note 2   Summary of significant accounting policies**

### Operations

PITTRA G.B. International, Inc. (the "Company") is an importer and distributor of fruit juice concentrates. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

### Use of estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Revenue Recognition

Revenue is recognized upon shipment to customers.

-5-

ERRILL LYNCH BUS                13122691345    P.07/11

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

Note 2   Inventory

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower of cost (determined on a specific identity basis) or market.

Furniture and Equipment

Furniture and equipment are stated at cost, less accumulated depreciation. Depreciation is provided over the estimated useful lives of the assets as follows:

| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

Note 3   Concentration of Cash Balances

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits.  The Company has not experienced any losses in such accounts.  The Company believes it is not exposed to any significant credit risk on cash and equivalents.

Note 4   Prepaid Expense and Other Current Assets

|  | 2005 | 2004 |
|---|---|---|
| Prepaid insurance | $36,901 | $32,031 |
| Prepaid - miscellaneous | 7,288 | 4,750 |
| Total | $44,189 | $36,781 |

-6-

ERRILL LYNCH BUS                    13122691345    P.08/11

### PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 5    Furniture and equipment

|  | 2005 | 2004 |
|---|---|---|
| Equipment | $67,409 | $67,409 |
| Furniture | 8,750 | 8,750 |
| Total | 76,159 | 76,159 |
| Accumulated depreciation | 32,700 | 22,466 |
| Net furniture and equipment | $43,459 | $53,693 |

Note 6    Credit line payable

The Company maintains a credit line facility with a credit line of $3,750,000. Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term of the credit facility is one year. The credit facility is secured by all assets of the Company and is personally guaranteed by the stockholders of the Company.

Note 7    Long term debt

In June 2004 the Company entered into a term loan for $500,000 payable over a period of three years. Payments are made in equal monthly installments of principle plus interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term loan is from the same financial institution as the credit line referred to in Note 6 and is secured with the same collateral as the credit facility.

-7-

13122691345    P.09/11

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

Note 8    Operating leases

The Company leases office space at a monthly rate of approximately $3,770 plus certain expenses. The lease is for a term of five years and expires on December 31, 2008.

Note 9    Income Taxes

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

Note 10    Commitments

As of September 20, 2005 the Company had no open letters of credit.

Note 11    Retirement Plan

The Company maintains a 401(K) profit-sharing plan ("Plan"). Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company. The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries. For the years ended September 30, 2005 and 2004 the contribution expense was approximately $40,100 and $37,600, respectively.

-8-