# HERRICK

NEW YORK
NEWARK
PRINCETON

PAUL H. SCHAFHAUSER
PARTNER
Direct Tel:  973.274.2098
Direct Fax: 973.274.6414

Email: pschafhauser@herrick.com

October 1, 2009

**VIA ECF AND FEDERAL EXPRESS**

Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

      Re:    Merrill Lynch Business Financial Services, Inc.
              vs. Arthur Kupperman, et al.
              <u>Civil Action No. 06 Civ. 4802 (DMC)</u>

Dear Magistrate Judge Arleo:

      As Your Honor is aware, this firm represents defendant JPMorgan Chase Bank, N.A. ("Chase") in connection with the above-referenced matter. By Order dated August 25, 2009, Your Honor directed that "[a]ll dispositive motions shall be filed by September 30, 2009 or are waived and the case will proceed to trial." (A copy of Your Honor's Order is respectfully attached hereto as Exhibit A). As directed by Your Honor, Chase yesterday filed a motion for summary judgment against defendant Arthur Kupperman ("Kupperman"), and Chase also filed a motion for summary judgment against plaintiff Merrill Lynch Business Financial Services, Inc. ("MLBFS") with respect to Chase's counterclaim and for related relief.

      Chase duly filed its papers in support of a motion for summary judgment against MLBFS, including a brief, statement of uncontested material facts pursuant to Rule 56.1, and various affidavits, by ECF at 5:35 p.m. yesterday. (A copy of the notice of electronic filing regarding Chase's motion papers is respectfully attached hereto as Exhibit B). Yesterday evening at 11:12 p.m., MLBFS purported to file a "motion for summary judgment" against Chase. (A copy of the notice of electronic filing regarding MLBFS's "motion" is attached hereto as Exhibit C). MLBFS, however, failed to include any brief, statement of uncontested material facts pursuant to Rule 56.1, or other papers in support of its "motion." Instead, MLBFS merely filed a notice of motion (a copy of which is attached hereto as Exhibit D), by which MLBFS stated that it "relies upon the Second Amended Verified Complaint of MLBFS filed on December 27, 2007 (docket entry # 227 in this matter), the Rule 56.1 Statement of Uncontested Material Facts In Support of Plaintiff's Motion For Summary Judgment against Kupperman, filed contemporaneous herewith, and will *supplement this motion with a Memorandum of Law and a Supplemental Rule 56.1 Statement*." (Notice of Motion, Exhibit D hereto, at 2 (emphasis added)).

HERRICK

Honorable Madeline Cox Arleo, U.S.M.J.
October 1, 2009
Page 2

It is abundantly clear what MLBFS was trying to do through its hurriedly-filed "notice of motion" last night. MLBFS's counsel received Chase's duly-filed motion papers by ECF and, upon realizing that Your Honor had unqualifiedly directed that all motions be filed yesterday or would be waived, then decided to retaliate against Chase by hurriedly filing a "motion for summary judgment" against Chase literally at the eleventh hour. MLBFS's "motion," however, violates the Rules of Court and should therefore be stricken and dismissed in all respects.

Notwithstanding the requirements of Rule 7.1, MLBFS failed to submit a brief, and MLBFS also failed to file a Rule 56.1 statement with respect to its "motion" for summary judgment against Chase. See Rule 56.1 ("A motion for summary judgment unaccompanied by a statement of material facts not in dispute shall be dismissed").[1] Moreover, MLBFS failed to file any statement under Rule 7.1 (d)(4) asserting that no brief is necessary. Instead, MLBFS vaguely asserted that it would "supplement" its "motion for summary judgment" with the requisite brief and Rule 56.1 statement at some indeterminate later date.

Your Honor, however, expressly directed that "all dispositive motions shall be filed by September 30, 2009 or are waived." MLBFS's "motion," by which it professes the right to "supplement" its papers with the required brief and Rule 56.1 statement at some indeterminate date, plainly violates Your Honor's Order. MLBFS had many months to prepare and file a brief and Rule 56.1 statement if it truly wished to proceed by way of dispositive motion against Chase. Having failed to do so, MLBFS has waived its right to move for summary judgment against Chase, and Your Honor's Order should be enforced in that regard.

For these reasons, Chase respectfully requests that the Court strike and dismiss MLBFS's "motion for summary judgment" against Chase in all respects. Finally, we respectfully note that MLBFS has purported to make its motions returnable on October 30, 2009. This return date would appear to be contrary to Rule 7.1 (c) and Rule 78.1 in any event. Thank you.

Respectfully submitted,

Paul H. Schafhauser

cc:   Hon. Dennis M. Cavanaugh, U.S.D.J. (by ECF and Federal Express)
      A. Michael Covino, Esq. (via ECF and mail)
      Michael Eidelman, Esq. (via ECF and mail)

---

[1] In an obvious effort to circumvent Rule 56.1, MLBFS asserted in its notice of motion that for purposes of its motion for summary judgment against Chase, it will "rely" on its Rule 56.1 Statement of Uncontested Material Facts In Support of Plaintiff's Motion For Summary Judgment against Kupperman. See MLBFS's Notice of Motion, Exhibit D hereto, at 2. MLBFS's Rule 56.1 Statement against Kupperman, however, does not even *mention* Chase, nor does it include *a single fact bearing on the issues that MLBFS purportedly wishes to raise on its "motion for summary judgment" against Chase.* Therefore, insofar as MLBFS truly wishes to "rely" on its Rule 56.1 Statement against Kupperman for purposes of its "motion" against Chase, the Court should summarily dismiss MLBFS's motion because it does not even mention Chase -- let alone present any basis upon which relief may be entered in favor of MLBFS against Chase.

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>MADELINE COX ARLEO<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

August 25, 2009

Charles S. Caranicas, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
Five Becker Farm Road
Roseland, NJ 07068

Paul H. Schafhauser, Esq.
Herrick Feinstein, LLP
One Gateway Center
22nd Floor
Newark, NJ 07102

A. Michael Covino, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NJ 07078

## LETTER ORDER

Re:   Merrill Lynch v. Kupperman, et al.
      Civil Action No. 06-4802 (DMC)

Dear Counsel:

All dispositive motions shall be filed by September 30, 2009 or are waived and the case will proceed to trial.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. Dennis M. Cavanaugh, U.S.D.J.
      All Parties
      File

# EXHIBIT B

**Motions**
2:06-cv-04802-DMC-MCA MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. v. KUPPERMAN et al
SCHEDO

# U.S. District Court

## District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered by AUGUST, JOHN on 9/30/2009 at 5:35 PM EDT and filed on 9/30/2009

| | |
|---|---|
| **Case Name:** | MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. v. KUPPERMAN et al |
| **Case Number:** | 2:06-cv-4802 |
| **Filer:** | JPMORGAN CHASE BANK, N.A. |
| **Document Number:** | 290 |

**Docket Text:**
**MOTION for Summary Judgment by JPMORGAN CHASE BANK, N.A.. Responses due by 10/19/2009 (Attachments: # (1) Brief, # (2) Statement of Uncontested Material Facts, # (3) Declaration of John August, # (4) Declaration of Wayne Olson part 1, # (5) Declaration of Wayne Olson part 2, # (6) Text of Proposed Order)(AUGUST, JOHN)**

**2:06-cv-4802 Notice has been electronically mailed to:**

A. MICHAEL COVINO    mcovino@budd-larner.com

CHARLES S. CARANICAS    ccaranicas@vedderprice.com, ecfnydocket@vedderprice.com

FREDERICK BENNO POLAK    fbp@ppgms.com, vvk@ppgms.com

JOHN M. AUGUST    jaugust@herrick.com

JOHN P GLEASON    jgleason@gleasonkoatz.com

MARK A. RONEY    mar@saiber.com

MICHAEL JOHN GOETTIG    mgoettig@vedderprice.com, ecfnydocket@vedderprice.com, mgoettig@gmail.com

PATRICIA ANNE STAIANO     pstaiano@hlgslaw.com

PAUL H. SCHAFHAUSER     pschafhauser@herrick.com, courtnotices@herrick.com

RANDALL M. LENDING     rlending@vedderprice.com

VINCENT FRANK PAPALIA     vfp@saiber.com, bonnie@saiber.com

**2:06-cv-4802 Notice will not be electronically mailed to::**

EMPRESAS LOURDES S.A.
c/o Gleason & Koatz, LLP
230 Park Avenue
Suite 2430
New York, NY 10169

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/30/2009] [FileNumber=3708555-0
] [49920b5f2d82db8be817fa46dfee9dd53d2cb17de6a8b00ed1aeb42e61b1c7afe81
bf85004792afdf29f36d8a546a7a3d7ec80c1e86313cecdc72873f9212664]]
**Document description:**Brief
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/30/2009] [FileNumber=3708555-1
] [b1cc1e51cc904f371f198a88a68cdc1ad3ea628d8d35d3763e449d3e7ea7c1d73e5
b995c88d3a0a74b2ed1c67ee078ce1bdb84e5d769b429ddee33867a8e1abe]]
**Document description:**Statement of Uncontested Material Facts
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/30/2009] [FileNumber=3708555-2
] [814b6e306159fc8a06356d18470499100babd1d833fc0813d0b014aca8f923c4624
81c6531c33cebbde6d3404a143739a621bf4eb59798b4e5622a7fd74a7d14]]
**Document description:**Declaratio n of John August
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/30/2009] [FileNumber=3708555-3
] [6f50fc9d8b2481117994932e045d9ba79c00f5064611a232be76a2a74c618b85f4b
a2e46c30a1d8e18f611acadb549814bda843168ce30c1194b1dec0eb32b55]]
**Document description:**Declaration of Wayne Olson part 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/30/2009] [FileNumber=3708555-4
] [86a9941a58ed7874eb27c55faa99d19988b70e1abdc7602a143acad735a7d2f83a2
d5d5160fffdc8b5fdab3fd1c4b5bced1d257a78311f053794835ab28cbe30]]
**Document description:**Declaration of Wayne Olson part 2
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046708974 [Date=9/30/2009] [FileNumber=3708555-5
] [0c530016bca8caa9d4499ebe4c7b0e462f742a44b965f5da964dfcf94c1135df34a
f4caf9b0254577158ff934aab036189c39a5a9c9ffec25f07ff1842477ee9]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/30/2009] [FileNumber=3708555-6
] [07aeaf5654943e7d25ea28d854d05b9d92827366610fcafaad3a5d778b607d0f446
58044f364bd942a0b9793c2915a6faece50a2988646e887c8bb6c5b3e89d0]]

# EXHIBIT C

## August, John

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Wednesday, September 30, 2009 11:12 PM |
| **To:** | ecfhelp@njd.uscourts.gov |
| **Subject:** | Activity in Case 2:06-cv-04802-DMC-MCA MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. v. KUPPERMAN et al Motion for Summary Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered by GOETTIG, MICHAEL on 9/30/2009 at 11:12 PM EDT and filed on 9/30/2009

| | |
|---|---|
| **Case Name:** | MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. v. KUPPERMAN et al |
| **Case Number:** | 2:06-cv-4802 |
| **Filer:** | MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. |
| **Document Number:** | 307 |

Docket Text:
**MOTION for Summary Judgment by MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.. Responses due by 10/30/2009 (GOETTIG, MICHAEL)**

**2:06-cv-4802 Notice has been electronically mailed to:**

A. MICHAEL COVINO    mcovino@budd-larner.com

CHARLES S. CARANICAS    ccaranicas@vedderprice.com, ecfnydocket@vedderprice.com

FREDERICK BENNO POLAK    fbp@ppgms.com, vvk@ppgms.com

JOHN M. AUGUST    jaugust@herrick.com

JOHN P GLEASON    jgleason@gleasonkoatz.com

10/1/2009

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.,

                Plaintiff,

-against-

ARTHUR KUPPERMAN; E. ROSS BROWNE; PAULETTE KRELMAN; PGB INTERNATIONAL, LLC; and J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION,

                Defendants.

Case No. 06-Civ-4802 (DMC)

**NOTICE OF MOTION**

---

TO:    A. Michael Covino, Esq.
        BUDD LARNER P.C.
        150 John F. Kennedy Parkway
        Short Hills, New Jersey 07078
        *Attorneys for Defendant*
        *Arthur Kupperman*

        Paul H. Schafhauser, Esq.
        HERRICK FEINSTEIN, LLP
        One Gateway Center, 22nd Floor
        Newark, New Jersey 07102
        *Attorneys for Defendant/ Cross-Claim Plaintiff/ Counter-Claim Plaintiff*
        *J.P. Morgan Chase Bank, N.A.*

PLEASE TAKE NOTICE that the undersigned attorneys for plaintiff Merrill Lynch Business Financial Services Inc. ("MLBFS") will apply before the Honorable Judge Dennis M. Cavanaugh of the District of New Jersey at the Post Office and Courthouse Building, 50 Walnut Street, Newark, New Jersey, in Courtroom 4, on October 30, 2009, at 2:30 p.m., or as soon thereafter as counsel can be heard, for an Order pursuant to Federal Rule of Civil Procedure 56

#0220913.01

granting Summary Judgment in favor of MLBFS and against defendant J.P. Morgan Chase Bank, N.A. ("Chase") on the issue of MLBFS's first priority right over the assets of PITTRA that have been fraudulently transferred to PGB. MLBFS had the exclusive security interest over the assets of PITTRA, and because those assets were fraudulently conveyed to PGB, MLBFS is entitled to priority with respect to Chase as to PGB assets. In further support of this motion, MLBFS relies upon the Second Amended Verified Complaint of MLBFS filed on December 27, 2007 (docket entry #227 in this matter), the Rule 56.1 Statement of Uncontested Material Facts In Support of Plaintiff's Motion For Summary Judgment against Kupperman, filed contemporaneous herewith, and will supplement this motion with a Memorandum of Law and a Supplemental Rule 56.1 Statement.

Dated: New York, New York
       September 30, 2009

                              VEDDER PRICE P.C.

                              By:  s/ Randall M. Lending
                                 Randall M. Lending
                                 Michael M. Eidelman
                                 Michael J. Goettig (MG 2771)
                                 1633 Broadway, 47th Floor
                                 New York, New York 10019
                                 (212) 407-7700

                                 *Attorneys for Plaintiff*
                                 *Merrill Lynch Business Financial Services, Inc.*