# Exhibit A

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone: (800) 331-3282   Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
511103 IMERRILL
UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071
5636126
NJNJ

2133202-9

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME**
1a. ORGANIZATION'S NAME: Pitra G.B. International, Inc.
1c. MAILING ADDRESS: 123 Madison Avenue
CITY: Madison   STATE: NJ   POSTAL CODE: 07940
1d. TAX ID #: SSN OR EIN: 22-3834289
1f. TYPE OF ORGANIZATION: Corporation
1g. JURISDICTION OF ORGANIZATION: NJ
1h. ORGANIZATIONAL ID #: 0100662398

**3. SECURED PARTY'S NAME**
3a. ORGANIZATION'S NAME: Merrill Lynch Business Financial Services Inc.
3c. MAILING ADDRESS: 222 N. LaSalle Street
CITY: Chicago   STATE: IL   POSTAL CODE: 60601

**4. This FINANCING STATEMENT covers the following collateral:**
ALL ACCOUNTS, CHATTEL PAPER, CONTRACT RIGHTS, INVENTORY, EQUIPMENT, FIXTURES, GENERAL INTANGIBLES, DEPOSIT ACCOUNTS, DOCUMENTS, INSTRUMENTS, INVESTMENT PROPERTY AND FINANCIAL ASSETS OF DEBTOR, HOWSOEVER ARISING, WHETHER NOW OWNED OR EXISTING OR HEREAFTER ACQUIRED OR ARISING, AND WHEREVER LOCATED; TOGETHER WITH ALL PARTS THEREOF (INCLUDING SPARE PARTS), ALL ACCESSORIES AND ACCESSIONS THERETO, ALL BOOKS AND RECORDS (INCLUDING COMPUTER RECORDS) DIRECTLY RELATED THERETO, ALL PROCEEDS THEREOF (INCLUDING, WITHOUT LIMITATION, PROCEEDS IN THE FORM OF ACCOUNTS AND INSURANCE PROCEEDS). IN ACCORDANCE WITH THE TERMS OF A CERTAIN LOAN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED THAT EXCEPT FOR CERTAIN "PERMITTED LIENS" (AS DEFINED IN SAID LOAN AGREEMENT), DEBTOR WILL NOT FURTHER ENCUMBER ANY OF THE ABOVE PROPERTY WITHOUT THE PRIOR WRITTEN CONSENT OF SECURED PARTY. 014122

1183088
227/013

8. OPTIONAL FILER REFERENCE DATA
5636128   Pitra G.B. International   014122

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

http://prs.ilienonline.com/ViewImagesResults.aspx    7/6/2005

MLBFS 00376