# Exhibit B

Case 2:06-cv-04802-DMC-MCA   Document 318-2   Filed 10/07/09   Page 1 of 7

# Analysis Business Checking
PNC Bank

**For the period 07/01/2003 to 07/31/2003**

PITTRA G B INTERNATIONAL INC
123 MADISON AVE
MADISON NJ 07940-1421

Primary account number: 80-2216-3456

Page 1 of 3

Number of enclosures: 8

📞 For 24-hour banking or customer service,
sign-on to Account Link® for Business
on www.mybusiness.pncbank.com
or call 1-877-BUS-BNKG

**Moving?** Please contact us at 1-877-BUS-BNKG

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

💻 Visit us at www.mybusiness.pncbank.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Analysis Business Checking Summary

Account number: 80-2216-3456   Tax ID number: 22-3834289                Pittra G B International Inc
Account Link® number: 0223834289

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 7,200.48 | 204,335.30 | 208,823.88 | 2,711.90 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 9,544.99 | 3,079.89 |

### Deposits and Other Additions / Checks and Other Deductions

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| Deposits | 9 | 71,266.20 | Checks | 9 | 14,611.19 |
| ACH Additions | 1 | 7,878.10 | ACH Deductions | 1 | 7,878.10 |
| Fee Refunds | 1 | 5.00 | Service Charges and Fees | 4 | 130.00 |
| Other Additions | 6 | 125,186.00 | Other Deductions | 20 | 186,204.59 |
| Total | 17 | 204,335.30 | Total | 34 | 208,823.88 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 1,927.11 | 07/15 | 3,139.83 | 07/24 | 10,132.32 |
| 07/03 | 1,506.84 | 07/16 | 851.44- | 07/25 | 2,632.32 |
| 07/07 | 33,780.06 | 07/17 | 7,794.54- | 07/28 | 3,432.57 |
| 07/08 | 45,910.06 | 07/18 | 51.06 | 07/29 | 40,739.02 |
| 07/09 | 35,910.06 | 07/21 | 8,278.82 | 07/30 | 6,294.02 |
| 07/10 | 31,870.78 | 07/22 | 8,086.82 | 07/31 | 2,711.90 |
| 07/11 | 3,389.83 | 07/23 | 30,132.32 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/07 | 32,446.50 | Deposit | 035779972 |

Deposits continued on next page

# Analysis Business Checking

For 24-hour account information, sign-on to Account Link ® for Business on www.mybusiness.pncbank.com or call 1-877-BUS-BNKG

**For the period 07/01/2003 to 07/31/2003**
PITTRA G B INTERNATIONAL INC
Primary account number: 80-2216-3456

Analysis Business Checking Account number: 80-2216-3456 - continued

Page 2 of 3

## Deposits - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/17 | 1,000.00 | Deposit | 032378924 |
| 07/21 | 6,840.00 | Deposit | 031181747 |
| 07/21 | 840.00 | Deposit | 031183552 |
| 07/23 | 22,045.50 | Deposit | 031471835 |
| 07/28 | 4,125.25 | Deposit | 031389583 |
| 07/28 | 1,428.00 | Deposit | 032875279 |
| 07/29 | 1,700.95 | Deposit | 035233232 |
| 07/30 | 840.00 | Deposit | 035413896 |

## ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/18 | 7,878.10 | Reverse Corporate ACH Debit Effective 07-17-03 | 00020031980105034 |

## Fee Refunds

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/08 | 5.00 | Overdraft/NSF Fee Refund | REFUN103070800000000 |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/08 | 12,125.00 | Fed Wire In 021822 | W021822 0708 |
| 07/21 | 37,500.00 | Fed Wire In 003298 | W003298 0721 |
| 07/22 | 29,808.00 | Fed Wire In 017408 | W017408 0722 |
| 07/25 | 7,500.00 | Fed Wire In 008114 | W008114 0725 |
| 07/29 | 4,753.00 | Reverse Check Effective 07-28-03 | 033107538 |
| 07/29 | 33,500.00 | Fed Wire In 002079 | W002079 0729 |

## Checks and Other Deductions

### Checks       * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 07/28 | 5238 | 4,753.00 | 033107538 | 07/16 | 5285 * | 903.00 | 033682587 |
| 07/16 | 5234 | 742.50 | 032317510 | 07/03 | 5269 * | 420.27 | 031158817 | 07/01 | 5289 * | 4,280.00 | 035116471 |
| 07/16 | 5235 | 844.22 | 032341955 | 07/07 | 5274 * | 173.28 | 033226471 | | | | |
| 07/16 | 5237 * | 1,501.55 | 033682586 | 07/01 | 5277 * | 993.37 | 035143455 | | | | |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/17 | 7,878.10 | Corporate ACH 401(k) Frontier Trust 037297 06302003 | 00020031980105034 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/17 | 32.50 | NSF Paid Check Charge | 032317510 |

Service Charges and Fees continued on next page

# Analysis Business Checking

For 24-hour account information, sign-on to Account Link ® for Business on www.mybusiness.pncbank.com or call 1-877-BUS-BNKG

**For the period 07/01/2003 to 07/31/2003**
PITTRA G B INTERNATIONAL INC
Primary account number: 80-2216-3456

Analysis Business Checking Account number: 80-2216-3456 - continued

Page 3 of 3

## Service Charges and Fees - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/17 | 32.50 | NSF Paid Check Charge | 032341955 |
| 07/18 | 32.50 | NSF Returned Check Charge | 00020031980105034 |
| 07/29 | 32.50 | NSF Returned Check Charge | 033107538 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/09 | 10,000.00 | Withdrawal          Tel 0600000308 1007 | TEL 060 0000308 1007 |
| 07/10 | 4,039.28 | Fed Wire Out 009882 | W009882 0710 |
| 07/11 | 22,051.58 | Col Debit     000000003467509998 | CPS - COR 001 - 060 |
| 07/11 | 6,304.37 | Fed Wire Out 002304 | W002304 0711 |
| 07/11 | 125.00 | Col Debit     000000003467509998 | CPS - COR 001 - 060 |
| 07/15 | 250.00 | Withdrawal          Tel 0600000407 1256 | TEL 060 0000407 1256 |
| 07/21 | 20,862.24 | Col Debit     000000003469809997 | CPS - COR 001 - 060 |
| 07/21 | 15,840.00 | Col Debit     000000003468359998 | CPS - COR 001 - 060 |
| 07/21 | 125.00 | Col Debit     000000003468359998 | CPS - COR 001 - 060 |
| 07/21 | 125.00 | Col Debit     000000003469809997 | CPS - COR 001 - 060 |
| 07/22 | 15,000.00 | Fed Wire Out 019412 | W019412 0722 |
| 07/22 | 15,000.00 | Fed Wire Out 019413 | W019413 0722 |
| 07/24 | 20,000.00 | Fed Wire Out 006775 | W006775 0724 |
| 07/25 | 15,000.00 | Fed Wire Out 015049 | W015049 0725 |
| 07/29 | 2,615.00 | Fed Wire Out 003609 | W003609 0729 |
| 07/30 | 120.00 | Int'L Wire Out 005536 | W005536 0730 |
| 07/30 | 35,040.00 | Col Debit     000000003470409997 | CPS - COR 001 - 060 |
| 07/30 | 125.00 | Col Debit     000000003470409997 | CPS - COR 001 - 060 |
| 07/31 | 3,300.00 | Fed Wire Out 006654 | W006654 0731 |
| 07/31 | 282.12 | Corporate Account Analysis Charge | 00000000000007898 |

# Analysis Business Checking
PNC Bank

**For the period 08/01/2003 to 08/29/2003**

PITTRA G B INTERNATIONAL INC
123 MADISON AVE
MADISON NJ 07940-1421

N

Primary account number: 80-2216-3456
Page 1 of 3
Number of enclosures: 5

☎ For 24-hour banking or customer service,
🖥 sign-on to Account Link® for Business
on www.mybusiness.pncbank.com
or call 1-877-BUS-BNKG

**Moving?** Please contact us at 1-877-BUS-BNKG

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

🖥 Visit us at www.mybusiness.pncbank.com

📠 TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Important Account Information - Amendment to the Account Agreement for Your Business Accounts

The Information stated below describes changes to our Account Agreement for Your Business Accounts ("Agreement"). Changes provided in the enclosed Supplement amend the Account Agreement for Your Business Accounts Presentment and Withdrawals Section ("Supplement") and are effective October 6, 2003. All other information in our Agreement, as amended, continues to apply to your account.

Please review the following information and the enclosed Supplement and retain them for your records.

The Supplement to the Account Agreement for Your Business Accounts is enclosed. PNC may receive electronic notification of checks/debits to your account from other financial institutions, and as a result, PNC may debit your account for the item sooner than in the past. We want you to be aware of this change to ensure sufficient funds are available in your account. You may be charged an overdraft fee if the funds are not available. If you have any questions, please stop by your branch or call us at the number listed on the top of your statement. We are happy to answer any questions you may have. Thank you.

## Analysis Business Checking Summary

Account number: 80-2216-3456   Tax ID number: 22-3834289
Account Link® number: 0223834289

Pittra G B International Inc

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 2,711.90 | 181,788.30 | 181,164.86 | 3,335.34 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 4,736.15 | 3,724.22 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 4 | 27,135.30 |
| Other Additions | 8 | 154,653.00 |
| Total | 12 | 181,788.30 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | 9,385.97 |
| ACH Deductions | 3 | 4,038.75 |
| Service Charges and Fees | 2 | 65.00 |
| Other Deductions | 19 | 167,675.14 |
| Total | 30 | 181,164.86 |

# Analysis Business Checking

For 24-hour account information, sign-on to Account Link ®
for Business on www.mybusiness.pncbank.com or call 1-877-BUS-BNKG

**For the period 08/01/2003 to 08/29/2003**
PITTRA G B INTERNATIONAL INC
Primary account number: 80-2216-3456

Analysis Business Checking Account number: 80-2216-3456 - continued

Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | 1,521.94 | 08/13 | 717.94 | 08/26 | 5,734.68 |
| 08/04 | 3,231.06- | 08/19 | 1,480.81- | 08/27 | 2,734.68 |
| 08/05 | 1,489.44 | 08/20 | 23,486.69 | 08/28 | 6,421.86 |
| 08/06 | 3,609.44 | 08/21 | 8,031.59 | 08/29 | 3,335.34 |
| 08/11 | 30,208.64 | 08/22 | 2,556.44 | | |
| 08/12 | 14,217.94 | 08/25 | 7,056.44 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/06 | 4,500.00 | Deposit | 035887632 |
| 08/11 | 18,616.20 | Deposit | 031345231 |
| 08/26 | 3,166.92 | Deposit | 031210961 |
| 08/28 | 852.18 | Deposit | 031455142 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/05 | 4,753.00 | Reverse Check Effective 08-04-03 | H233191775 |
| 08/11 | 22,500.00 | Fed Wire In 005048 | W005048 0811 |
| 08/12 | 39,900.00 | Fed Wire In 009322 | W009322 0812 |
| 08/20 | 25,000.00 | Fed Wire In 014644 | W014644 0820 |
| 08/22 | 40,000.00 | Fed Wire In 003503 | W003503 0822 |
| 08/25 | 4,500.00 | Fed Wire In 017614 | W017614 0825 |
| 08/26 | 15,000.00 | Fed Wire In 005153 | W005153 0826 |
| 08/28 | 3,000.00 | Fed Wire In 020202 | W020202 0828 |

### Checks and Other Deductions

#### Checks                                    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 08/12 | 5249 * | 2,387.50 | 027670301 | 08/11 | 5496 | 135.00 | 027353138 |
| 08/04 | 5238 | 4,753.00 | H233191775 | 08/01 | 5307 * | 939.96 | 034151870 | | | | |
| 08/12 | 5247 * | 1,035.51 | 032604867 | 08/22 | 5495 * | 135.00 | 024295016 | | | | |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/19 | 2,198.75 | ACH Debit Fsa Debits Cobra Compliance 22-3834289 | 00020032301537290 |
| 08/28 | 165.00 | ACH Debit Fsa Debits Cobra Compliance 22-3834289 | 00020032391792878 |
| 08/29 | 1,675.00 | ACH Debit Fsa Debits Cobra Compliance 22-3834289 | 00020032402802546 |

# Analysis Business Checking

For 24-hour account information, sign-on to Account Link ®
for Business on www.mybusiness.pncbank.com or call 1-877-BUS-BNKG

**For the period 08/01/2003 to 08/29/2003**
PITTRA G B INTERNATIONAL INC
Primary account number: 80-2216-3456

Analysis Business Checking Account number: 80-2216-3456 - continued

Page 3 of 3

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/05 | 32.50 | NSF Returned Check Charge | H233191775 |
| 08/20 | 32.50 | NSF Paid Check Charge | 00020032301537290 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/01 | 250.00 | Withdrawal    Tel 0600000302 1165 | TEL 060 0000302 1165 |
| 08/06 | 2,380.00 | Fed Wire Out 002745 | W002745 0806 |
| 08/11 | 14,382.00 | Fed Wire Out 010074 | W010074 0811 |
| 08/12 | 22,556.30 | Fed Wire Out 015640 | W015640 0812 |
| 08/12 | 16,806.20 | Fed Wire Out 004795 | W004795 0812 |
| 08/12 | 13,105.19 | Fed Wire Out 003934 | W003934 0812 |
| 08/13 | 13,500.00 | Fed Wire Out 003551 | W003551 0813 |
| 08/21 | 10,225.10 | Fed Wire Out 011594 | W011594 0821 |
| 08/21 | 5,230.00 | Fed Wire Out 011595 | W011595 0821 |
| 08/22 | 14,384.25 | Fed Wire Out 007854 | W007854 0822 |
| 08/22 | 13,586.40 | Fed Wire Out 007852 | W007852 0822 |
| 08/22 | 10,489.50 | Fed Wire Out 007855 | W007855 0822 |
| 08/22 | 4,500.00 | Fed Wire Out 013255 | W013255 0822 |
| 08/22 | 2,380.00 | Fed Wire Out 007853 | W007853 0822 |
| 08/26 | 19,363.68 | Col Debit    000000003469899997 | CPS - COR 001 - 060 |
| 08/26 | 125.00 | Col Debit    000000003469899997 | CPS - COR 001 - 060 |
| 08/27 | 3,000.00 | Fed Wire Out 011791 | W011791 0827 |
| 08/29 | 1,200.00 | Withdrawal    Tel 0600000308 1019 | TEL 060 0000308 1019 |
| 08/29 | 211.52 | Corporate Account Analysis Charge | 0000000000000007388 |